Sean P. Nalty (SBN 121253)
e-mail: sean.nalty@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA 94105
Telephone: (415) 442-4810
Facsimile: (415) 442-4870

Attorneys for Defendant
Cigna Health and Life Insurance Company

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCIE GREENE<br><br>  Plaintiff,<br><br>  v.<br><br>INTEL CORPORATION HEALTH PLAN; CIGNA HEALTH AND LIFE INSURANCE COMPANY,<br><br>  Defendant. | Case No. 2:19-cv-05364-PSG-MRW<br><br>**CIGNA HEALTH AND LIFE INSURANCE COMPANY'S APPLICATION FOR AN ORDER TO FILE TRIAL EXHIBITS UNDER SEAL**<br><br><u>Accompanying Documents</u>:<br><br>1.   Declaration of Sean P. Nalty<br><br>2.   Proposed Order<br><br>Complaint Filed: June 19, 2019<br>Trial Date: November 3, 2020<br>Judge: Hon. Philip S. Gutierrez |

Please take notice that pursuant to Local Rule 79-5.1, defendants Cigna Health and Life Insurance Company ("Cigna") applies to the Honorable Philip S. Gutierrez in Courtroom 6A of this Court, located at the United States Federal Courthouse, 350 W. 1st Street, Los Angeles, California, for an order that the following documents may be filed under seal in this matter:

**Cigna's Opening Trial Brief** ("Trial Brief"), the unredacted version of which is attached as **Exhibit A** to the declaration of Sean P. Nalty ("Nalty Decl.") in support of this application;

The following exhibits to the Opening Trial Brief ("Trial Exhibits") which are attached to the Nalty Declaration:

- **Exhibit C**, pertinent portions of Cigna's medical necessity guidelines, bates-stamp AG. v. Cigna 002309-002313, 002335, 002340-002345, 002396-002415, & 002428-002431.
- **Exhibit D**, Cigna's Case Notes, bates-stamp AG. v. Cigna 002169-AG. v. Cigna 002308;
- **Exhibit E**, Cigna's September 21, 2018 letter, bates-stamp AG. v. Cigna 001560-AG. v. Cigna 001574;
- **Exhibit F**, Cigna's February 28, 2019 letter, bates-stamp AG. v. Cigna 001116-AG. v. Cigna 001127;
- **Exhibit G**, Records from the Administrative Record, bates-stamp AG. v. Cigna 000732-AG. v. Cigna 000750;

Good cause exists for granting this Application for the following reasons:

1. This matter is governed by the Employee Retirement Income Security Act and involves the mental health treatment of a 16 year old, A.G. For the reasons stated below, the Trial Brief must be filed under seal because plaintiff's full name, Marcie Greene, is on the caption of this case. As a result, it is very easily to figure out the actual name of Ms. Greene's daughter AG. Highly confidential information concerning Plaintiff and AG will be exposed to the public if the Trial Brief and Trial

1. Exhibit are not filed under seal. Exhibit C provides treatment guidelines that describe the treatment that AG received that is the subject of this action.

2. For the reasons discussed below, Cigna respectfully requests that Exhibits D through F to the trial brief ("Trial Exhibits") also be filed under seal. These exhibits are excerpts from the Administrative Record in this matter which Cigna cites in its opening brief. The Court issued an order on September 24, 2020 allowing the Parties to file the Administrative Record under seal. Cigna attaches these Trial Exhibits to its opening brief for the convenience of the Court as Cigna relies on these documents in particular in the brief and the exhibits and information referred to in the brief is highlighted in these exhibits.

3. The Trial Brief and the Trial Exhibits contain information from medical records, medical and health information, evaluations of the medical and mental health issues, claim notes and other information reflecting the minor patient AG's health care treatment and information which constitute Protected Health Information ("PHI") pursuant to 45 C.F.R. Section 160.103. The healthcare information is highly confidential and Cigna cannot disclose it. The Trial Brief and Trial Exhibits also contain confidential information about Plaintiff and her family.

4. In addition, the Trial Exhibits contain individually identifiable information, including names, addresses, and other unique identifying numbers and characteristics of A.G. and her parents.

5. Finally, redaction is futile as a redacted version of the Trial Brief and Trial Exhibits is unusable for the Court. The Court will need to have the complete un-redacted version of the Trial Brief and the Trial Exhibits.

According, Cigna respectfully requests that the Court allow it to file the Trial Brief and Trial Exhibits in this matter under seal.

//
//
//

DATED: September 25, 2020

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: */s/ Sean P. Nalty*
Sean P. Nalty
Attorneys for Defendant Cigna Health and Life Insurance Company

44296625.1