Lisa S. Kantor, Esq., SBN 110678
e-mail: lkantor@kantorlaw.net
Elizabeth K. Green, Esq., SBN 199634
e-mail: egreen@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone: (818) 886-2525
Facsimile: (818) 350-6272

Attorneys for Plaintiff
Marcie Greene

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCIE GREENE,<br><br>   Plaintiff,<br><br>v.<br><br>INTEL CORPORATION HEALTH PLAN; CIGNA HEALTH AND LIFE INSURANCE COMPANY,<br><br>   Defendants. | Case No.: 2:19-cv-05364-PSG-MRW<br><br>**PLAINTIFF'S APPLICATION FOR AN ORDER TO ALLOW PLAINTIFF'S OPENING TRIAL BRIEF TO BE FILED UNDER SEAL**<br><br>Hon. Philip S. Gutierrez |

PLEASE TAKE NOTICE that pursuant to Local Rule 79-5.1, Plaintiff Marcie Greene hereby applies to the Honorable Philip S. Gutierrez in Courtroom 6A of this Court, located at the United States Federal Courthouse, 350 W. 1st Street, Los Angeles, California, for an order that the following document be filed under seal: Plaintiff's Opening Trial Brief and Exhibit A to the Declaration of Elizabeth K. Green.

Good cause exists for granting this Application for the following reasons:

1. This ERISA case concerns the mental health treatment of a 16 year old, A.G.

2. The record for the Court's review is comprised of the documents generated and received by Defendants in the course of administering Plaintiff's claims for mental health benefits.

3. The record contains A.G.'s medical records and/or documents and communications containing descriptions of A.G.'s medical records or medical or mental health conditions, medical bills, billing statements, explanations of benefits, claim file notes, and other documents reflecting the minor patient's health care services which constitute Protected Health Information ("PHI") pursuant to 45 C.F.R. Section 160.103.

4. The also contains individually identifiable information, including names, addresses, telephone numbers and other unique identifying numbers and characteristics of A.G.

5. The PHI and individually identifiable information cannot be reasonably redacted to protect the patient's PHI and individually identifiable information.

6. Disclosure of this protected health information or any personal data identifiers in a publicly-filed document will irreparably harm those individuals whose information is contained within the documents to be redacted, particularly since this case implicates medical records associated with a minor's mental health and behavioral health treatment.

7. The Court has ordered that the administrative record is filed under seal in this case. ECF No. 58.

8. Plaintiff's Opening Trial Brief necessarily contains confidential information from the administrative record and cannot be reasonably redacted to prevent disclosure of such information.

9. Plaintiff respectfully requests the Court seal Plaintiff's Opening Trial Brief.

10. Defendant consents to this application for leave file under seal.

| | | |
|---|---|---|
| 1 | DATED: September 25, 2020 | KANTOR & KANTOR, LLP |
| 2 | | BY:  /s/ Elizabeth K. Green |
| 3 | | Elizabeth K. Green |
| 4 | | Attorneys for Plaintiff, Marcie Greene |

KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525

3
PLAINTIFF'S APPLICATION FOR AN ORDER
TO ALLOW PLAINTIFF'S OPENING TRIAL BRIEF TO BE FILED UNDER SEAL