Lisa S. Kantor, Esq., SBN 110678
e-mail: lkantor@kantorlaw.net
Elizabeth K. Green, Esq, SBN 199634
e-mail: egreen@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone: (818) 886-2525
Facsimile: (818) 350-6272

Attorneys for Plaintiff,
Marcie Greene

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCIE GREENE,<br><br>          Plaintiff,<br><br>     v.<br><br>INTEL CORPORATION HEALTH PLAN; CIGNA HEALTH AND LIFE INSURANCE COMPANY,<br><br>          Defendants. | Case No.: 2:19-cv-05364-PSG-MRW<br><br>***ENTIRE DOCUMENT REQUESTED TO BE FILED UNDER SEAL***<br><br>**DECLARATION OF ELIZABETH K. GREEN IN SUPPORT OF PLAINTIFF'S OPENING TRIAL BRIEF**<br><br>Hon. Philip S. Gutierrez<br><br>Court Trial: November 3, 2020<br>Time: 9:00 a.m.<br>Courtroom: 6A |

KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525