Sean P. Nalty (SBN 121253)
e-mail: sean.nalty@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA 94105
Telephone: (415) 442-4810
Facsimile: (415) 442-4870

Attorneys for Defendant
Cigna Health and Life Insurance Company

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCIE GREENE<br><br>        Plaintiff,<br><br>   v.<br><br>INTEL CORPORATION HEALTH PLAN; CIGNA HEALTH AND LIFE INSURANCE COMPANY,<br><br>        Defendant. | Case No. 2:19-cv-05364-PSG-MRW<br><br>**DECLARATION OF SEAN P. NALTY IN SUPPORT OF CIGNA HEALTH AND LIFE INSURANCE COMPANY'S APPLICATION TO FILE ITS OPENING BRIEF AND TRAIL EXHIBITS UNDER SEAL**<br><br>**REDACTED EXHIBITS**<br><br>Complaint Filed: June 19, 2019<br>Trial Date:     November 3, 2020<br>Judge:       Hon. Philip S. Gutierrez |

I, Sean P. Nalty, declare:

I am an attorney at law licensed to practice in all courts in the State of California. I am a shareholder at Ogletree, Deakins, Nash, Smoak & Stewart, P.C. As such, I represent Cigna Health and Life Insurance Company ("Cigna") in the above captioned matter. I have personal knowledge of the facts set forth below, and if called upon to testify under oath in this matter, I could and would testify to the following:

    1.    I make this declaration in support of the Cigna's application to file its

opening trial brief ("Trial Brief") and trial exhibits C through G under seal ("Trial Exhibits").

2.    A true, correct, and complete copy of Cigna's <u>Redacted</u> Trial Brief   is attached hereto as **Exhibit A**.

3.    A true, correct and redacted copy of the Trial Exhibits referred to below are attached hereto.  Exhibits A through B to the Trial Brief do not have to be filed under seal and were filed with the redacted trial brief.

- **Exhibit C**, <u>Redacted</u> pertinent portions of Cigna's medical necessity guidelines, bates-stamp AG. v. Cigna 002309-002313, 002335, 002340-002345, 002396-002415, & 002428-002431.

- **Exhibit D**, <u>Redacted</u> Cigna's Case Notes, bates-stamp AG. v. Cigna 002169-AG. v. Cigna 002308;

- **Exhibit E**, <u>Redacted</u> Cigna's September 21, 2018 letter, bates-stamp AG. v. Cigna 001560-AG. v. Cigna 001574;

- **Exhibit F**, <u>Redacted</u> Cigna's February 28, 2019 letter, bates-stamp AG. v. Cigna 001116-AG. v. Cigna 001127;

- **Exhibit G**, <u>Redacted</u> Records from the Administrative Record, bates-stamp AG. v. Cigna 000732-AG. v. Cigna 000750;

4.    These exhibits are excerpts from the Administrative Record in this matter which Cigna cites in its opening brief.  The Court issued an order on September 24, 2020 allowing the Parties to file the Administrative Record under seal.  Cigna attaches these Trial Exhibits to its opening brief for the convenience of the Court as Cigna relies on these documents in particular in the brief and the exhibits and information referred to in the brief is highlighted in these exhibits.

I have reviewed the Trial Brief and Trial Exhibits.  They contain medical and health information, evaluations of medical and mental health issues, and information from claim notes reflecting the minor patient AG's health care services and information. The Trial Brief and Trial Exhibits also contain confidential information

THE DECLARATION OF SEAN P. NALTY IN SUPPORT OF CIGNA'S APPLICATION TO FILE UNDER SEAL

about Plaintiff and her family. Finally, the Trial Exhibits contain personal information pertaining to A.G. and her parents.

I declare under penalty of perjury, under the laws of the United States of America, that the forgoing is true and correct and that I signed this declaration at Castro Valley, California on September 25, 2020.

*/s/ Sean P. Nalty*

THE DECLARATION OF SEAN P. NALTY IN SUPPORT OF CIGNA'S APPLICATION TO FILE UNDER SEAL

EXHIBIT A
[REDACTED]

SEAN P. NALTY, CA Bar No. 121253
sean.nalty@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA  94105
Telephone:  415-442-4810
Facsimile:   415-442-4870

Attorneys for Defendant
CIGNA HEALTH AND LIFE INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCIE GREENE,<br><br>              Plaintiff,<br><br>       v.<br><br>INTEL CORPORATION HEALTH PLAN; CIGNA HEALTH AND LIFE INSURANCE COMPANY,<br><br>              Defendant. | Case No. 2:19-cv-05364-PSG-MRW<br><br>**DEFENDANT CIGNA HEALTH AND LIFE INSURANCE COMPANY'S OPENING TRIAL  BRIEF; DECLARATION OF SEAN P. NALTY IN SUPPORT THEREOF**<br><br>**REDACTED TRIAL BRIEF**<br><br>Complaint Filed: June 19, 2019<br>Trial Date:        November 3, 2020<br>Judge:             Hon. Philip S. Gutierrez |

## **TABLE OF CONTENTS**

I.      INTRODUCTION ............................................................................ 1

II.     THE ISSUES PRESENTED ........................................................... 1

III.    SUMMARY OF ARGUMENTS ..................................................... 1

IV.     PERTINENT FACTS...................................................................... 4

        A.      Plan Terms ......................................................................... 4

        B.      Medical Necessity Guidelines............................................ 4

        C.      Cigna's ███████████████████ ...................... 5

                1.      Cigna Authorized ███████████ ................... 5

                2.      AG's ███████████████████
                        ████████ ..................................................... 6

                        a.      ████████████ UCLA .................... 6

                        b.      ███████████
                                ████ ............................................. 6

                        c.      Cigna Authorizes ███████████ ......... 7

                        d.      Cigna Authorizes ████████████ ...... 8

        D.      Cigna Authorizes ███████████████
                ████ ..................................................................... 8

        E.      AG's Condition Improves During Her █████████ ..... 9

        F.      Clinical Reviews .............................................................. 10

        G.      Cigna Concludes that ████████████ that
                ████████████ ............................................. 11

        H.      Cigna's Peer Review Leads to █████████ ............... 12

        I.      The Weekend ████ .................................................. 12

        J.      ██. Qayyum's September 18, 2018 Review Confirms that
                ███████████████████ ..................... 13

K.   Cigna Authorizes ███████████████ ............................... 14

L.   Plaintiff Requested Authorization at ██████ for AG's
     Board ................................................................................. 14

M.   ████████ After September 14, 2018 Included Going Home
     to California ..................................................................... 15

N.   Cigna Denies Plaintiff's Appeal ......................................... 15

O.   Kantor Submits a Second Letter with the Identical Materials
     Enclosed in the February 1 Appeal. ................................... 16

V.   LEGAL ARGUMENT ..................................................................... 17

A.   The Abuse-of-Discretion Standard Applies to Cigna's
     Coverage Determination. ..................................................... 17

B.   Cigna's Claim Determination Was Reasonable .................... 19

C.   Cigna Prevails Under the De Novo Standard as Well ........... 23

D.   Plaintiff's Claim under 29 U.S.C. 1132(a)(3) ...................... 25

VI.  CONCLUSION ............................................................................. 255

# <u>TABLE OF AUTHORITIES</u>

**Page(s)**

**CASES**

*Abatie v. Alta Health & Life Ins. Co.*,
  458 F.3d 955 (9th Cir. 2006) .................................................................... 17, 18, 23

*Biggar v. Prudential Ins. Co. of Am.*,
  274 F. Supp. 3d 954 (N.D. Cal. 2017) .......................................................... 23

*Conkright v. Frommert*,
  559 U.S. 506 (2010) ............................................................................. 19

*Day v. AT&T Disability Income Plan*,
  698 F.3d 1091 (9th Cir. 2012) .................................................................. 19

*Doe v. Harvard Pilgrim Health Care, Inc.*,
  2020 WL 5405367 (1st Cir. Sept. 9, 2020) ...................................................... 22

*Eric P. v. Directors Guild of Am.*,
  2020 WL 1531339 (N.D. Cal. Mar. 30, 2020) .................................................. 22

*Gatti v. Reliance Standard Life Ins. Co.*,
  415 F.3d 978 (9th Cir. 2005) .................................................................... 19

*Jacqueline A. v. Motion Picture Indus. Health Plan*,
  785 F. App'x 435 (9th Cir. 2019) ............................................................... 19

*Jennifer A. v. United Healthcare Ins. Co.*,
  2012 WL 3996877 (C.D. Cal. Sept. 11, 2012) ................................................ 21

*Mark M. v. United Behavioral Health*,
  2020 WL 5259345 (D. Utah Sept. 3, 2020) .................................................. 21, 23

*O.D. v. Jones Lang Lasalle Med. PPO Plus Plan*,
  772 F. App'x 800 (11th Cir. 2019) .............................................................. 23

*Rittinger v. Healthy All. Life Insurance Co.*,
  914 F.3d 952 (5th Cir. 2019) .................................................................... 18

*Stephan v. Unum Life Ins. Co. of Am.*,
  697 F.3d 917 (9th Cir. 2012) .................................................................. 17, 19

*Tracy O. v. Anthem Blue Cross Life & Health Ins.*,
    807 F. App'x 845 (10th Cir. 2020)...........................................................21

*Tracy O. v. Anthem Blue Cross Life & Health Ins. Co.*,
    2017 WL 3437672 (D. Utah Aug. 10, 2017)...........................................21

*Varity Corp. v. Howe*,
    516 U.S. 489, 116 S. Ct. 1065 (1996) ....................................................26

*Williby v. Aetna Life Ins. Co.*,
    867 F.3d 1129 (9th Cir. 2017) ................................................................17

**STATUTES**

ERISA ...........................................................................................*passim*

29 U.S.C. 1132(a)(1)(B) ...............................................................1, 25

29 U.S.C. 1132(a)(3).................................................................1, 4, 25

California Insurance Code Section 10110.6 ..............................................17

**OTHER AUTHORITIES**

https://www.cdc.gov/healthyweight ...........................................................9

## LIST OF EXHIBITS THE ACCOMPANY THE BRIEF

The following exhibits accompany this brief which are excerpts from the Administrative Record filed under seal in this matter.

**Exhibit A**, Pertinent Portions of the Intel Benefit Plan, Chapter 6, Medical and Vision Benefits, bates-stamp AG. v. Cigna 002522- AG. V. Cigna 002639;

**Exhibit B**, Pertinent Portions of the Intel Benefit Plan, Chapter 3, Administrative Information, bates-stamp AG. v. Cigna 002451- AG. V. Cigna 002496;

**Exhibit C**, Pertinent Portions of Cigna Standards and Guidelines/Medical Necessity Criteria, bates-stamp AG. v. Cigna 002309- AG. v. Cigna 002431;

**Exhibit D**, Cigna's Case Notes, bates-stamp AG. v. Cigna 002169-AG. v. Cigna 002308;

**Exhibit E**, Cigna's September 21, 2018 letter, bates-stamp AG. v. Cigna 001560-AG. v. Cigna 001574;

**Exhibit F**, Cigna's February 28, 2019 letter, bates-stamp AG. v. Cigna 001116-AG. v. Cigna 001127;

**Exhibit G**, Records from the Administrative Record, bates-stamp AG. v. Cigna 000732-AG. v. Cigna 000750;

# I.    INTRODUCTION[1]

Defendant Cigna submits this opening brief pursuant to the November 3, 2020 bench trial in this ERISA governed matter.

# II.    THE ISSUES PRESENTED

As the administrator of the self-funded Intel Plan, did Cigna abuse its discretion in concluding that the ███████████ for Plaintiff's daughter AG at ████████████████████████████████ was ████████████ ██████ from September 17, 2018 to December 31, 2018 while at the same time authorizing ██████████ care for AG?

# III.    SUMMARY OF ARGUMENTS

Plaintiff brings claims for relief under 29 U.S.C. 1132(a)(1)(B) and 1132(a)(3) seeking benefits under the Intel Plan for ████████████████ for AG from September 17, 2018 to December 31, 2018.[2] The Intel Plan covers only medically necessary care, and it specifies that ███████████ is medically necessary only where the patient's condition is so ██████ so that it cannot be safely and effectively treated at a lower level of care. The Intel Plan delegated to Cigna the discretionary authority to determine whether this criteria was met.

AG entered ████████████████████████ in June 2018.  Cigna had already been closely monitoring AG's care since September 2017, authorizing-more than ████████████████████ and █ ██████ ██████████, and from the outset at █████, Cigna approved AG's ███████████ █ as █████████████ under the terms of the Intel Plan.  After three months at Avalon, however, AG's clinical records showed █████████████████ ████████████████████████████████████████ ████████████████████████████████████

---

[1] In this brief, "Cigna" refers to Defendant Cigna Health and Life Insurance Company and the "Intel Plan" or "Plan" refers to Intel Corporation Health Plan.

[2] Plaintiff and AG were no longer covered under a Plan administered by Cigna after December 31, 2018.

1    ████████████████████████████████████.

2    Based on this and other evidence that ██████████████████████ at

3    ██████ had stabilized and improved AG's condition so she could be safely and

4    effectively treated on an ████████████, Cigna determined that AG's

5    ██████ at Avalon was no longer medically necessary. That is not to say that Cigna

6    determined ███████████████████████████████████████████

7    █████████████████████████████████████████, but

8    Plaintiff told Cigna that she would decline that offer because she did not have the

9    ability to continue working if AG was released to a lower level of care.

10   Under ERISA, Cigna's medical necessity determinations are entitled to a great

11   deal of deference.  To prevail in this case, Plaintiff must show not only that Cigna's

12   medical necessity determinations were incorrect, but also that they were

13   unreasonable and an abuse of discretion.  Plaintiff cannot meet that high bar: the

14   extensive record here shows that Cigna's ████████████████ reasonably

15   determined that, █████████████████████, AG's condition could be

16   safely and effectively treated at the lower level of █████████████ care given

17   that, among other things, ███████████████████████████████

18   ████████████████████████████████████████████████████████

19   ████████████████████████████████████████████████████

20   ███████████████████████████████████████████████

21   ████████████████████████████████████. (2283) ████████████

22   █████████████████████████████. (Id)

23   Recognizing that Plaintiff cannot show Cigna abused its discretion, Plaintiff

24   contends that this Court should review Cigna's benefits determination *de novo*,

25   because Cigna allegedly failed to respond to an appeal letter sent by her

26   counsel.  Not so, as Cigna fully considered Plaintiff's appeal and all of the clinical

27   evidence Plaintiff submitted. There is no basis for *de novo* review here. However,

28   even if this Court reviews *de novo*, Cigna coverage decision was correct for the

following reasons.

First, the Plan states that to be medically necessary, the treatment must be "rendered in the least intensive professional setting that is appropriate for the delivery of the services and supplies." As noted above, ██████████████████ ████████████████████████████████████████████████████ ██████████████████████████████████████████████████████████ ██████████████████████████████████████████████████ ██████████████████████████████████████████████████████ █████████████████

Second, the ████████████████████████, which includes 7-days-per-week, 24-hour-per-day supervision and monitoring, was inconsistent with ████ ████████████████ by September 17, 2018. For treatment to be medically necessary, the Plan requires that there be consistency among symptoms, diagnosis, and treatment. Recognizing that her condition had improved, starting on September 14, 2018, ██████████████████████████, including two trips to Southern California to see her parents in October and December. Both Cigna and presumably AG's treating physicians agreed that 24-hour care was not needed for AG's symptoms as she was able to leave ██████ for a week at a time.

Third, ████████████████ is not medically necessary under the Intel Plan where it is solely for the convenience of the member. Here, the record showed that Plaintiff requested ██████████████ because she could not take time away from work to care for AG while she was in ████████████████. Fourth, ████████'s treatment plan of treating AG in Utah, flying her to California to live with her family, and then flying her back to Utah for additional treatment is contrary to the purpose of ████████████████ which is transitional in nature, for the purpose of returning the individual to the community. Finally, like his 1132(a)(1)(B) claim, Plaintiff's 29 U.S.C. 1132(a)(3) claim also fails because Plaintiff is not entitled to benefits under the Plan.

## IV.   PERTINENT FACTS

### A.   Plan Terms

In 2018, Plaintiff and her child, AG, were covered by the Intel Plan, an ERISA-governed plan sponsored by Plaintiff's employer, Intel Corporation, and for which Cigna administers certain health benefits and claims.  The Intel Plan is self-funded, which means that Intel, not Cigna, fund the Plan and pay for the costs of the Plan's benefits.  Among other benefits, the Plan covers ████████████ ████████████████████████████████ Exhibit ("Ex.") A to this brief, Chapter 6 of the Plan, AG v. Cigna 002570.[3]  To receive coverage, however, these services must be "rendered in the least intensive professional setting that is appropriate for the delivery of the services and supplies."  (*Id.* at 2561) The services must also be "Medically Necessary," which the Plan defines as:

> Services not considered medically necessary are excluded. Each plan option utilizes its own internal guidelines and protocols for determining whether a service is medical necessary. Medically necessary services must meet all of the following criteria: consistency among symptoms, diagnosis, and treatment; appropriate and in keeping with standards of good medical practice; not solely for the convenience of the member or participating providers; not for conditions that have reached maximum medical improvement or are maintenance in nature.

(Ex. A, 2583.) The Plan grants Cigna discretion to apply plan terms, such as Medical Necessity, and to adjudicate benefit claims.  (Ex. B, 2481)

### B.   Medical Necessity Guidelines

Pursuant to the definition of "Medical Necessity" above, the Plan uses Cigna's Standards and Guidelines/Medical Necessity Criteria (the "Guidelines"), including for determining the medical necessity of ████████████████.[4]  The Guidelines

---

[3] From this point forward, Cigna will refer to the bates-stamp number only without the zeros.  Moreover, all of the exhibits to this brief are excerpts from the Administrative Record filed with the Court.  They are attached for the Court's convenience.

[4] ████████████████████████████████████████████████████ ████████████████████████████████████████████████████ ████████████████████████ (Ex. C, 2313) ██████████████.

provide that ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ should be "transitional in nature, for the purpose of returning the individual to the community with continued treatment services at less-restrictive levels of care, as needed." (Ex. C, 2401)  They state that ▓▓▓▓▓▓▓▓▓ should not be "a substitute for a lack of available supportive living environment in the community" (*Id*. at 2402). Finally, for treatment to be "medically necessary," the Guidelines mandate that "[t]he individual and family are involved to the best of their ability in the treatment and discharge planning process," the "[c]ontinued stay is not primarily for the purpose of providing a safe and structured environment," and "[c]ontinued stay is not primarily due to a lack of external supports." (Ex. C, 2405)

### C.   Cigna's Medical Necessity Review of AGs's Treatment

#### 1.   Cigna Authorized Extensive Treatment for AG

Cigna coordinates the assessment of medical necessity through a team of case managers (here, primarily Shannon Mann, ▓▓▓▓▓▓▓▓▓▓▓) and medical directors (here, ▓▓▓▓▓▓▓▓▓▓), who compile clinical evidence and record their evaluations in what are called "Case Notes." The Case Notes for AG's ▓▓▓▓▓▓▓▓▓▓▓ are attached hereto as Ex. D, 2169 to 2308, and consist of 140 pages,[5] including ▓▓▓▓▓▓▓▓▓▓▓▓▓ In the case of AG, the Case Notes detail the origins of AG's ▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.[6]  As described more fully below, by the time Cigna denied Plaintiff's request for ▓▓▓▓▓▓▓▓▓▓ from September 17, 2020 to December 31, 2020, and authorized ▓▓▓▓▓▓▓▓ ▓▓▓, Cigna had already approved, and the Plan had paid for, 127 days of

---

*Id*. "These evidence-based clinical practices . . . serve as a decision support tool to help define the most appropriate treatment setting and help assure consistency of care for each individual." *Id*.

[5] From this point forward, unless otherwise stated, the bates-stamp numbers are contained in Exhibit D.

[6] In the case notes, AG is referred to as the "customer."



1 ████████████████████████████████████████████████████████

2 over the course of 12 months based on 32 ██████ reviews.

3 ████████████████████████████████████████████████████████

4 **a.** ████████████████████ **UCLA**

5 Plaintiff and her husband discovered ████████████ in the summer 2017,

6 when AG reported that she wanted to get in shape and ████████ for the start of

7 school. (2187)  In July 2017, she was ██████████, but over the course of the summer,

8 she started to over exercise, ████████████████████████████

9 ██████████████████████████████ (Administrative Record ("AR"), 672; Ex.

10 D, 2174) By September 2017, her ████████████████████████, and she was

11 having ███████████████████████████. (2174 & 2175)

12 On September 20, 2017, AG was admitted to impatient hospitalization at

13 UCLA. (2170)  She was ████████████████████████████████████████

14 ████████████████████████████████████████████████████

15 ████████. (*Id*) Cigna authorized the treatment when it was first requested,

16 September 27, 2017, and for the entire length of the treatment. (2169)  When

17 discharge approached, Ms. Mann reached out to Plaintiff and confirmed that ██████

18 ████████ were in place. (2172) Plaintiff elected ████████████████. (2175)

19 **b.** ████████████████████████

20 AG ████████████████████ during her first week at home. (2174-2175) As a

21 result, AG was ████████████████████████████████████████

22 ████████████ on October 11, 2017. (2173 & 2174) AG's ████████████████

23 ████████████████████████████ (2175)  Cigna authorized

24 ████████████████████, from October 11, 2017 to November 13, 2017.

25 (2175 & 2193)  On seven separate occasions, Ms. Mann evaluated the clinical

26 evidence and extended coverage, authorizing AG's ████████████████████████

27 ████████████████ ████████████████████████████████

28 ████████████ (2175, 2178, 2181, 2184, 2187, 2190, & 2193) ████████████████

6

Case No. 2:19-cv-05364 PSG-MRW

1 ██████████████████████████████████ (2180)

2 As part of her review, Ms. Mann learned ████████████████████

3 ████████████████████████████████████

4 ████████████████████. (2174)  AG's behavior

5 appeared to have been ███████████████████████

6 ████████████████████████████████████

7 ████████████████████████████████████

8 ████████████████████ (2177 & 2178)

9 The treatment team ███████████████████

10 ████████████████. (2192) AG was ████████████

11 on November 13, 2017 ████████████████████. (2193,

12 2194, & 2195)

13             **c.**     **Cigna Authorizes** ██████████████

14 Two days later, on November 15, 2017, AG was ██████████

15 ████████████████████████████████████

16 (2196)  AG initially attended ██████████████, but increased to

17 ████████ by November 20, 2017. (2198 & 2201)  Cigna authorized this ████

18 ████████████████. (2198 & 2229)  Cigna's

19 authorization not only covered ████████████████████

20 ████████████████████████████████

21 ██████████ (2199, 2202, 2204, 2205, 2208, 2211, 2214, 2219, 2222, & 2225),

22 ████████████████████████████████████

23 ████████████████████. (2202; see also,

24 2199, 2201, 2204, 2205, 2208, 2211, 2214, 2219, & 2225) █████████

25 ████████████████████████████████

26

27 ————————————

28 [7] ██████████████████████████████████. (Ex. C, 2406)

1  ████████████████████████████. (2200 & 2204-2205)

2  On January 10, 2018, █████████████████████████████████, and

3  based on this clinical evidence, Ms. Mann concluded that AG ███████

4  ████████████████████████████████████████████████████████

5  ████████████████████████. (2229) Ms. Mann offered ██████████

6  ██████████ accepted the offer. (*Id*)

        **d.**    **Cigna Authorizes** ████████████████████

7  On February 22, 2018, Ms. Mann received a request from Heather at

8  ██████████████████████████████ for authorization of up to 30

9  ████████████████████████████████████████████. (2231-

10  2232) Cigna initially authorized these ██ sessions, starting February 21, 2018, then

11  authorized an additional ███ days starting March 29, 2018, and another ████ of

12  ████████████████████ starting April 9, 2018. (2232-2234)[8] On May 24, 2018,

13  ██████████ called Cigna requesting authorization to step AG █████████████

14  ████████████████████████. (2235) ███████████████████████

15  ████. (*Id*) Cigna referred this request to a peer review, but before Cigna could

16  initiate the review, ██████████ withdrew the request because AG ███████████

17  ████████████. (2236)

    **D.**    **Cigna Authorizes** ████████████████████

18  On June 8, 2018, Plaintiff informed Cigna that they were considering

19  treatment at ██████ in Utah. (2236) Two days later, on June 10, AG's parents told

20  her that she was going back to ██████████████████████. (AR, 672) In

21  response, █████████████████████████████████████████████

22  (*Id; See also, Ex. D, 2239 & 2240*) ████████████████████████████

23  ██████████████████ (*Id*)  Cigna received the request for authorization for

24  treatment at ██████ on June 12, 2018, and immediately authorized ███ days. (2237)

---

[8] ████████████████████████████████████████████████████

(Ex. C, 2411 & 2412)

When she was ███████████ on June 13, 2018, AG's ██████ ████
████████████████████████████████████ (2240) ████████████████████
████████████████████████████████████████████████████████ (2240)
█████████████████████████████████████████████████████████
█████. (2239)
████████████████████████████████████████████████████████. (2240)
Cigna determined that AG met the medical necessity guidelines for ██████████
████████████████████████████████████████████ (2240)  Cigna took a
number of things into consideration in authorizing this treatment.
████████████████████████████████████ ██████████████████████████
████████████████████████████████████████████████████████
████████ (2240-2242)[10]  To do this, ███████████████████████████████
████████████████████████████████████████████. (*Id*)  AG also needed
████████████████████████████████████████████████████████████
████████████████████████████████. (*Id*) Cigna authorized █████████
███████████████, making 15 evaluations of the clinical evidence in extending the
authorization each time.  (2237, 2240-2241, 2242, 2243, 2246, 2249, 2252, 2255,
2258, 2261-2262, 2265, 2267-2268, 2271, 2273-2274, 2277, & 2286-2287)

**E.   AG's Condition Improves During Her** ██████████████████████
███ AG ██████████████████████████████████████████████████████████
████████████████████████████████. On June 12, 2018, AG ███████████████
████████████████████████████████████████ (2240 & 2279) By
September 5, 2018, AG ███████████████████████████████████████████████
████████████████████████ (2240 & 2279) By September 17, 2018,

───────────────────

[9] According to the Centers of Disease Control website, █████████████████████████
█████████████████████████████████████████████████████████████████████

[10] The clinical note at bates-stamp 2242 states that AG's ███████████████████████



████████████████████████ (2292 & 2294)  That is consistent with Avalon's reports that AG ████████████████████████████ ████ on September 5, 2018. (2279)

Moreover, AG ███████████████████████ ████████████████████████████████████████. (2294)  AG ████████ ████████████████████████████████. Finally, as of September 5 and 6, 2018, ████████████████████████████████████████████ ██████████. (2278, 2282-2283)

**F.    Clinical Reviews**

Ms. Mann conducted periodic clinical reviews of AG's ████████████████. During her August 1, 2018 review,  she asked how AG's parents were being prepared to ████████ AG when she returned home since there had been no ████ ████████████████████████████████████████ ████████████████████████████████. (2258) reviewer Julie (2259) explained that, before ████████████████████████, the treatment team wanted AG to be ████████████████████████████ ████████████████████████. (2261)  Ms. Mann explained that, while passes off the ████ with parents were a good clinical indicator of where the family stands, it was expected that AG would return ████████████████████ ████████████████████████ (2261)  By definition in the Guidelines, ████████████████████ is medically necessary only if the patient needs ████████████ ████████. (Ex. C, 2340, 2341, 2401 & 2405)

On August 27, 2018, ████████████████████████████. Kilburn") discussed the ████████ with treating physician Chad Stepth, ████████ and AG's ████████ Mike Hinds ("Hinds"). (2271-2274) Although AG did well in an ████████████████, ████. Stepth and Hinds stated that no further ████████████████████████████████████████████████ ████████████. (2274) ████. Kilburn opined that AG was falling out of

10                                                          Case No. 2:19-cv-05364 PSG-MRW

1    ████████████████████ because AG's ██████████████████

2    ████████████████████. (*Id*) The ████████ felt that AG

3    required ██████████████████████████. (*Id*)

4    █. Kilburn authorized continued ████████████ with a recommendation that

5    another ████████ be done on September 4th or 5th. (*Id*)

**G.    Cigna Concludes that AG's ████████████ is No Longer ████████████.**

8    Cigna consistently reviewed AG's case file during the course of her ████████,

9    including at least ████████████████ with AG's ████████ and

10   ████████████████, including by Ms. Mann and █. Kilburn.  By September, these

11   reviews showed two key things.

12   <u>First</u>, as noted above, AG made ██████████████████████

13   ████████ by September 2018.  Over the course of her stay, she ████████

14   ████████████, so that by September 5, 2018, she had achieved her █

15   ██████████████████ By that time, she was also ████████████████

16   ██████████████. She was ██████████████████████

17   ████████████████████. (2240, 2278, 2279, 2283, & 

18   2294)

19   <u>Second</u>, Avalon reported that AG's parents had been ██████████████

20   ████████████████████. (2283)  Avalon also stated that

21   they were working to ████████████. (*Id*)

22   Ms. Mann referred the claim for a peer review. ████████████

23   Leslie Taylor (2284) performed the review on September 6, 2018. (2281-2284) Dr.

24   Taylor reviewed the clinical evidence and noted that ██████████████

25   ████████████████. (2283)  She noted that AG still had ████████

26   ██████████████, including ████████, and that she had ████████ and had

27   slightly ██████████████, but she did not have any ██████████████ and her

28   ██████████████████. (*Id*)  AG's parents were ████████████



. (*Id*)   Accordingly, ███. Taylor concluded that ████████ had led to sufficient improvement in the ████ ████ so that she could be ████████ (*Id*) ████████ Russell Scheffer, ███. agreed with ███ Taylor's opinion, and ████████ ███ was authorized. (2284)

Cigna notified ████ and Plaintiff of this decision on September 6, 2018 by voicemail. (2284 & 2285) Cigna also sent a letter to AG, ██████, and to AG's ████████. (AR, 651) ████ called on September 7, 2018 and requested an expedited appeal. (2285) Ms. Mann called Plaintiff to advise her that an expedited appeal had been requested and that a peer review had been scheduled. (2285)

**H.    Cigna's Peer Review Leads to Authorizing Additional Care**

On September 7, 2018, ████████ Fred Green, ███. conducted a peer review with ████. (2286-2287)  During his review, ███. Green raised concerns with AG's ████████ ████████ (2286) To give Avalon time to plan for these needs and generate a set of expectations for AG's parents, ███ Green authorized additional treatment at ████ through September 16, 2018.  (2286-2287) Cigna communicated this decision to ████ and Plaintiff via by phone on September 7, 2018 and to Plaintiff, ██████, and AG's ████████ via letter on September 8, 2018. (AR, 660-666)

**I.    The Weekend ████**

On September 17, 2018, Avalon informed Ms. Mann that AG went on a weekend ███ with her parents on September 14, 2018. (2293) After this ███, AG reported ████████ ████████. *Id*. Avalon told Ms. Mann that they planned to address any issues that arose during the weekend

1    ████, have AG return home for a week at some point, and then have her return to

2    ████ to address any ████. *Id*.  AG still ████████████████████████

3    ████████████████████████████████████████████

4    ████████████████████████████████████████████

5    ████████████████████████████████████████

6    (2294)

7    **J.**      **Qayyum's September 18, 2018 Review** ████████████

8    ████**.**

9         Cigna's ████████████ Mohsin Qayyum ████. discussed the case

10   with AG's ████████████████ (2296) on September 18,

11   2018.  (2296-2297) They stated that AG's father had ████ ████ during the

12   three-day ██, AG had ████████████████████████

13   ████████████████ (2296)  They also told █ Qayyum that AG

14   had ████████████████████. (2296-2297)

15        However, as noted above, between September 5th and September 17th, which

16   included this visit with her parents, AG continued to ████████████████

17   ████████████████████. (2294)  As █. Qayyum

18   correctly observed, AG had not ████████████████████████

19   ████ (2297)  AG's ████████████████████████

20   ████████████████████████. (*Id*)

21        Based on this information, █. Qayyum concluded that ████████ for

22   ████████ was not supported because there were no ████████████

23   ████████████████████ improved.

24   (2297) Her current ████████████████████████

25   ████. (*Id*) █. Qayyum noted that AG had ████████ (2296) and that

26   her ████ reported that she was ████████████ but he could not give any

27   details. (2297)  AG still was able to maintain her ████████ despite these

28   issues and there were no other ████████████████████

1  ███████████████████████████. (*Id*) ██. Qayyum authorized a ████████████

2  ████████████████████, to address these issues and ensure AG's ██████ (*Id*)

3      Following ██. Qayyum's review, on September 21, 2018, Cigna sent a letter to

4  AG with a copy to ███████ and AG's ██████████ informing them that it

5  determined ██████████████████████████████. (Ex. E, 1560-1574)

6  Cigna provided a detailed explanation of the basis for the decision, a link to the

7  Guidelines used to make the decision, and the information needed to appeal the

8  decision.  (*Id*. at 1560-1561)

9      **K.**   **Cigna Authorizes** ██████████████████████

10  ██. Taylor, Scheffer, and Gelman (see below) each ████████████████

11  ████████████ after September 16, 2018 and ██. Green suggested the same and

12  gave ██████ additional time to make appropriate arrangements. ████████████████

13  is intended for a patient who is ████████████████████████████████

14  ████████████ and who is ████████████████████████████████

15  ████████████████████████████████████████

16  ████████████████ (Ex. C, 2411) The patient must have the ability to ██

17  ████████████████. (*Id*)  This level of care is authorized to generate new ██████████ or

18  can follow a more ████████████████████████████████████

19  ████████████████████████████████████████. (*Id*)

20  The ██████ includes individual, family and group ██████████ along with

21  ████ management. (*Id*) The level typically involves participation in a ██████████

22  ████████████ 3 to 4 hours per day, 3 to 5 days per week. (Ex. C, 2412)

23      **L.**   **Plaintiff Requested Authorization at** ██████ **for AG's Board**

24      After Cigna's Quality Support Care Coordinator Rachel Mooney notified

25  ████████ of ██ Qayyum's decision by telephone, ████████ representative Angela

26  advised Ms. Mooney that she would speak to the ██████ team and let Cigna know

27  how they wanted to proceed. (2298) Ms. Mooney also learned from ████████ that

28  AG's parents wanted AG to remain at ██████ regardless of what level of ██ was

1    approved. (*Id*)  Ms. Mooney explained that ████████████ required

2    AG to live with her parents and AG could not remain in ████████ at an

3    ████████. (2299)

4        On September 20, 2018, Ms. Mann had a phone call with Plaintiff to discuss

5    AG's ████.  As the Case Notes show, during this call Plaintiff "made comments

6    about getting lawyers involved if cust.'s care is not authorized at ████████

7    [████████████████████] as mom cannot leave her job to take

8    care of cust. while she is in ████." (2299)

9    **M.** ████████ **After September 14, 2018 Included Going Home to**

10   **California**

11       The ████ at Avalon after September 14, 2018 included AG taking trips

12   home to California and returning to ████ in Utah. Ex. G, 732, 733, 734, 736-737,

13   739, & 750.  These trips took place in October and December, AG also had a

14   weekend ████ with her parents in November. (*Id*)

15   **N.** **Cigna Denies Plaintiff's Appeal**

16       By February 5, 2019, Cigna had still received no information about what

17   ████ wanted to do.  Cigna received a letter from Plaintiff's trial counsel, Kantor &

18   Kantor, appealing Cigna's decision that AG's ████████████ from

19   September 17, 2018 to December 31, 2018 was not ████████.  The letter,

20   dated February 1, 2019, stated that:  "This office represents your covered beneficiary

21   [AG] regarding Cigna's denials of claims and ***appeals*** regarding [AG's] ████

22   ████████." (Emphasis Added) (AR, 668)   The letter goes on to

23   state  that the letter was in response to Cigna's multiple January 19, 2019 letters

24   seeking an authorization and ████████████████

25   ████████ (*Id*)  The letter enclosed bates-stamp documents AG0001-

26   AG0428, which was a ████ authorization and ████ records from ████.

27       On February 26, 2019, ████████ Liebe Gelman analyzed the

28   information contained in the ████ records, bates stamp AG0004-AG0428.  (Ex. D,

2301-2307) ██. Gelman found that AG's ████████ had improved. (2306)  AG was ██, her ████ had been █████, and she had maintained her █████████ ██████████████████████. (2306)  AG had not developed new ████████ ████████████████████████████████████ ██████ (2306) AG had no ██████████ issues, her ████████ were noted to be at baseline, and there was no ████████████████. ██. Gelman authorized ████████████████. (Ex. D, 2306-2307)

██. Gelman communicated her decision in a February 28, 2019 letter sent to AG at her parents' home address, with a copy to ██████, Kantor, and ████ ████████████ (Ex. F, 1116-1118) The letter stated that on February 5, 2019, Cigna received AG's appeal of Cigna's decision to deny █████████████ from September 16 to December 31, 2018 rendered at ████. (*Id*. at 1116)  The letter explained that after reviewing the appeal and accompanying materials, ██. Gelman decided to uphold the denial and provided her rationale, as noted above. (*Id*. at 1117)  The letter noted that this was the final step of the internal appeal process but enclosed forms for AG or her counsel to fill out if they wanted an external appeal.  (*Id*. at 1118)

### O.   Kantor Submits a Second Letter with the Identical Materials Enclosed in the February 1 Appeal.

In a March 13, 2019 letter, Kantor submitted another letter with the identical documents that counsel previously enclosed in the February 1, 2019 letter which ██. Gelman already had evaluated and concluded did not establish that ████████ ████████████████████. (AR, 1129-1559)  This second letter made no reference at all to Cigna's February 28, 2019 letter treating Kantor's first letter as AG's appeal.  Given that Cigna had recently decided AG's February 1st appeal based on the same exact materials, Cigna treated this letter as a duplicate appeal to which it had already responded.

## V.    LEGAL ARGUMENT

### A.    The Abuse-of-Discretion Standard Applies to Cigna's Coverage Determination.

Under ERISA, where the plan has delegated discretion to an administrator to make a benefits determination, the administrator's determination will be reviewed for abuse of discretion.[11] *Stephan v. Unum Life Ins. Co. of Am.*, 697 F.3d 917, 929 (9th Cir. 2012).

The abuse of discretion standard applies to Cigna's decision to deny coverage for A.G.'s ▮▮▮▮▮▮▮▮▮▮▮▮  The Intel Plan unambiguously confers Cigna with discretion, stating that "the plan administrator has delegated authority to the designated third party claims administrator [Cigna]," such that Cigna "has sole, discretionary authority to grant or deny benefits, to make findings of fact in any benefit determination, and to interpret the terms of each of the plans . . ." (Ex. B, 2481) Courts are clear that this language is sufficient to trigger abuse-of-discretion review. *Abatie v. Alta Health & Life Ins. Co.*, 458 F.3d 955, 963 (9th Cir. 2006)

Plaintiff has argued that Cigna should not be entitled to deference on A.G.'s claim because Cigna purportedly did not respond to a March 13, 2019 letter from her counsel indicating she wished to appeal.  That is wrong.  In fact, Plaintiff had sent an earlier letter on February 1, 2019 containing 400 pages of AG's ▮▮▮ records, and Cigna considered Plaintiff's appeal at that time.  The first line of her counsel's letter stated that "[t]his office represents [AG] regarding Cigna's denials of claims ***and appeals regarding [AG's]*** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮" (Emphasis Added) (AR, 668) AG had not yet appealed Cigna's decision to deny ▮▮▮▮ ▮▮▮ after September 16, 2018, so Cigna interpreted the letter as an appeal.  Tellingly, Plaintiff's counsel never disputed that Cigna appropriately treated their

---

[11] While Section 10110.6 of the California Insurance Code bans the enforcement of discretionary clauses, the Ninth Circuit has held that law is pre-empted by ERISA as to self-funded plans such as the Intel Plan. *See Williby v. Aetna Life Ins. Co.*, 867 F.3d 1129, 1137 (9th Cir. 2017)

February 1, 2019 letter as an appeal until this litigation; in fact, they made no mention of that letter at all during the administrative process. Thus, when Plaintiff's counsel sent a letter in March enclosing the same exact materials as they did with their February 1, 2019 letter, Cigna reasonably interpreted it as a duplicate that required no response since Cigna had already addressed it.

The Fifth Circuit's per curiam decision in *Rittinger v. Healthy All. Life Insurance Co.*, 914 F.3d 952, 956 (5th Cir. 2019), is instructive on this point.  In *Rittinger*, an ERISA plan member argued that Anthem abused its discretion when it treated her husband's email that he "would like to file an appeal" as a formal first-level appeal of her denial of surgical care coverage.  According to the plaintiff, Anthem could not have reasonably interpreted this email as an appeal because the plan had elaborate appeals procedures, none of which expressly allowed for an appeal via e-mail. *Id*. at 956.  Anthem countered that its treatment of the email as an appeal was within the wide discretion it had to administer the plan, and the Fifth Circuit agreed based on the wording of the email.  *Id.*  Here, too: the first sentence of Plaintiff's February 1 letter stated that Plaintiff's counsel's office "appeals regarding [AG]'s treatment at Avalon Hills" and attached all the records she ultimately thought were necessary for an appeal.  Like Anthem in *Rittinger*, Cigna's interpretation of this letter as a request for an appeal was a reasonable exercise of Cigna's discretion.

But even if Cigna's interpretation was mistaken, "an administrator's failure to comply with . . . procedural requirements ordinarily does not alter the standard of review." *Abatie*, supra, 458 F.3d at 971.  Instead, the Ninth Circuit has consistently held that "procedural violations of ERISA do not alter the standard of review unless those violations are so flagrant as to alter the substantive relationship between the employer and employee, thereby causing the beneficiary substantive harm." *Gatti v. Reliance Standard Life Ins. Co*., 415 F.3d 978, 985 (9th Cir. 2005).

No harm occurred from Cigna's treatment of Plaintiff's February 1 and March 13 letters.  Plaintiff's counsel enclosed the exact same records with these letters, and

CIGNA'S OPENING TRIAL BRIEF

therefore Cigna had all the evidence Plaintiff contends it needed when it denied A.G.'s appeal on February 28.[12]  As the U.S. Supreme Court stated, "the question here is whether a single honest mistake in plan interpretation justifies stripping the administrator of that deference for subsequent related interpretations of the plan. We hold that it does not." *Conkright v. Frommert,* 559 U.S. 506, 509 (2010).  This Court should hold the same here.

## B.    Cigna's Claim Determination Was Reasonable.

"ERISA plan administrators abuse their discretion if they render decisions without any explanation, . . . construe provisions of the plan in a way that conflicts with the plain language of the plan or rely on clearly erroneous findings of fact." *Day v. AT&T Disability Income Plan*, 698 F.3d 1091, 1096 (9th Cir. 2012). But a plan administrator's decision will be upheld if it is "reasonable," *Stephan*, 697 F.3d at 929, including if the reasons provided by the reviewers are not "illogical" and are drawn from "the facts on in the record." *Jacqueline A. v. Motion Picture Indus. Health Plan*, 785 F. App'x 435, 436 (9th Cir.  2019) (internal quotation marks omitted).

Cigna reasonably exercised its discretion under the Intel Plan when it denied coverage for AG's ████████████████ after September 16, 2018.  Under the Intel Plan and the Guidelines, a service is ████████████ only if there is "consistency among symptoms, diagnosis, and treatment." (Ex. A, 2583)  ████████ ████████ is appropriate when "████████████████████████ and ████████" is required, and ████████████████████████████ ████████████████████████ into the community." (Ex. C, 2340, 2341& 2405)  ████████████████ is "transitional in nature for the purpose of returning the individual to the community with continued ████████████ ████████████████, as needed."  (*Id.* at 2401)  In contrast, ████████████ care is intended for ██████ who are ████████████████████

---

[12] Moreover, even though Cigna enclosed directions in its February 28 letter if A.G. wished to submit a second-level appeal to an independent review organization, Plaintiff's counsel never pursued that independent review at all.



1  ██████████████████████ but are ████████████████████████████████

2  ████████████████████████████████████████████████████████

3  █████████████████" (Ex. C, 2411)

4       After three months of authorized ████████████████ at ██████, Cigna

5  reasonably determined based on the record before it that AG's ████████ no longer

6  met the standards for ████████████████ as of September 16, 2018. Cigna reviewed

7  AG's case file and the 400 such pages Plaintiff submitted in the appeal. As Cigna's

8  ██ Qayyum and Gelman explained in their respective denial letters, AG's

9  ████████████████████████████████████████████████████████████

10 ████████████████████████████████████████████████████████

11 ████████████████████████████████████████████████████████

12 ████████████████████████████████████████████" (Ex. D, 2296-

13 2297& 2306-2307; Ex. E, 1560 letter explaining ██ Qayyum's decision; Ex. F,

14 1117-██ Gelman letter)

15      By September 2018, Cigna had closely monitored AG's case for a year, since

16 she was first ████████████████ in September 2017.  As both ████████████ noted, AG

17 had regained ██████████████████████████████████.  Despite ongoing

18 ████████████ and continued ████████████████████ that ██. Qayyum

19 acknowledged, ██. Qayyum reasonably concluded that AG's ████████████

20 ████████████ had improved and AG was able to ████████████████████████ despite these

21 issues. (Ex. D, 2297) ████. Gelman concluded that AG was ██████, her ██████t had

22 ████████████, and she had maintained her ████████████████████████████████

23 ████████ (*Id.* at 2306)  See, *Mark M. v. United Behavioral Health*, 2020 WL 5259345,

24 at *12 (D. Utah Sept. 3, 2020) (upholding denial where administrator disagreed with

25 treating physician's opinion based on the entirety of the record available to it).

26      These conclusions by ████. Qayyum and Gelman are supported by the ████████

27 evidence. As of September 5, 2018, AG's ████████████████████████████. (Ex.

28 D, 2279) Thereafter she ████████████████████████████████ on September 17,



2018, despite the issues with ████████ that arose during the September 14, 2018 weekend ███. (*Id.* at 2294)  She did this while ██████████████████████ ████████████. *Id.*  She was ████████████████████████████████ as of September 5, 2018. (*Id.* at 2277 & 2278) In addition, there were no ████ ███████████████████████████████. ██. Qayyum noted that AG ████████ ██████████████████████████████████████ and ██ Gelman similarly noted ██████████████████████ (Ex. D, 2297-2227 & 2306; Ex. E, 1560; Ex. F, 1117)

Cigna did not breach its discretion because the compelling evidence supported Cigna's conclusion that AG's ████████ had improved and was sufficiently ████ to be treated at a ██████████████. See *Jennifer A. v. United Healthcare Ins. Co.*, 2012 WL 3996877, at *10 (C.D. Cal. Sept. 11, 2012) (concluding there was no abuse of discretion and noting that the denial letter referenced the patient's ████ ████████████████ among other things); see also *Tracy O. v. Anthem Blue Cross Life & Health Ins. Co.*, 2017 WL 3437672, at *7, *10 (D. Utah Aug. 10, 2017), aff'd sub nom. *Tracy O. v. Anthem Blue Cross Life & Health Ins.*, 807 F. App'x 845 (10th Cir. 2020) (upholding denial of benefits for ██████████████ where evidence showed that the ████████████████████████ ██████████████████████).

As ██ Qayyum and ██. Gelman also concluded, although ████████ ████████ was not medically necessary, AG's ████████ did match the profile for which ████████████ is well suited.  As Cigna's peer reviewers recognized, through the authorization of ████████████, Cigna's expectation was that AG would participate in ████████ and come home to her parents every day, where she would practice and improve her ██████████████████ ████ and her parents would practice and improve their support of AG with the help of the local ████████. This ████████ team would address any issues and concerns.



AG was in ██████████ in Utah through December 31, 2018.  AG's experience with weekend ████ from ████ and trips home to Southern California illustrate the effectiveness of this approach-she was able to stay with her family without ████████ and far away from her ██████████ in Utah.  Under an ██████████████████, she would have a ██████████ providing her support. As courts have found under similar circumstances, Cigna reasonably determined that ██████████████ was ████ necessary while ███████ ████ was not. See *Eric P. v. Directors Guild of Am.,* 2020 WL 1531339, at *4, *10-12 (N.D. Cal. Mar. 30, 2020) (upholding denial of benefits for ████████ ████ where reviewer determined that the ████ was  no longer ███████ ██████████████████████████████); see also *Doe v. Harvard Pilgrim Health Care, Inc.,* 2020 WL 5405367 (1st Cir. Sept. 9, 2020) (finding Harvard Pilgrim did not commit clear error and thus upholding its denial of roughly three months of the plaintiff's nearly five-month stay at ██████ ██████████ where, inter alia, plaintiff's condition ██████████ and the record showed she was able to "spend time away from ████████ for recreation and other personal reasons during her admission").

Cigna also reasonably determined that ██████████████ was not ████ necessary in light of AG's particular circumstances as an adolescent.  As the Guidelines explain, according to the ████████████████████████ ████████, "[t]he best place for children and adolescents is at home with their families" and that "services should be 'wrapped-around' to provide more intensive home or community-based services." (Ex. C, 2340)  During his peer review on September 6, 2018, █. Green recognized that AG required an environment at home that ██████████████████, so he authorized additional days in ████ ████ to give ████ time to develop a clear and concrete plan for ██████████ ██████████.

In light of the evidence presented to Cigna and its clinical reviews, Cigna's

denial of authorization of continued ████████████, and authorizing ████████████, was entirely reasonable and should be upheld.   *See O.D. v. Jones Lang Lasalle Med. PPO Plus Plan*, 772 F. App'x 800, 806 (11th Cir. 2019) (concluding that benefits determination was reasonable where the approved level of care provided the patient with the "structure and monitoring" needed to address the symptoms of her ████████████); *Mark M.*, 2020 WL 5259345, at *6-10 (finding United Behavioral Health did not abuse its discretion when it denied coverage for ████████████ but authorized coverage for ████████ care based on United's findings that the ████████████ could be "safely, efficiently and effectively" managed at this lower level of care).

### C. <u>Cigna Prevails Under the De Novo Standard as Well</u>

Cigna also prevails under a de novo review standard.  "If de novo review applies, no further preliminary analytical steps are required. The court simply proceeds to evaluate whether the plan administrator correctly or incorrectly denied benefits . . . "  *Abatie*, 458 F.3d at 963; *Biggar v. Prudential Ins. Co. of Am.*, 274 F. Supp. 3d 954, 964 (N.D. Cal. 2017)  There are multiple reasons why Cigna correctly decided that ████████████ care, not ████████████, was medically necessary under the terms of the Plan and Guidelines.

<u>First</u>, the Plan states that to be medically necessary, the treatment must be "rendered in the least intensive professional setting that is appropriate for the delivery of the services and supplies." (Ex. A, 2561)  The Guidelines provide that ████████████ should be "transitional in nature, for the purpose of returning the individual to the community with continued treatment services at less-restrictive levels of care, as needed." (Ex. C, 2401)

As of September 5, 2018, AG's ████████████ (Ex. D, 2278, 2279, & 2294) ████████████



CIGNA'S OPENING TRIAL BRIEF

1 ████████████████████████████████████████████████████

2 ████████████████████████████████████████████████

3 ████████████████ (Ex. D, 2297-2227& 2306) and ██████ had reported

4 that AG's parents were ████████████████████████████

5 ██████████████████████████████████████. (2283)  As ██████

6 Qayyum and Gelman correctly concluded, with this ████████ picture, AG could be

7 ████████████████████████████████

Second, the Plan requires that there be consistency among symptoms,

9 diagnosis, and treatment for the treatment to be medically necessary. (Ex. A, 2583)

10 Since AG's ████████████████ had improved significantly, she did not

11 require ████████████████████████████. (Ex. C, 2340, 2341, 2401,

12 & 2405)  The ████████ team felt that AG required ████████████████████

13 ████████████████████ (Ex. D, 2274)  However, by September 14,

14 2018, there was no evidence that the need for ████████ was so serious that AG

15 needed ████████.

The ████████ provided at ████████ from September 14, 2018 and thereafter

17 proves this point.  AG was discharged from ████ on September 14, 2018 to spend

18 the weekend with her parents. On October 22, 2018, she flew home to Southern

19 California and spent a week with her parents. (Ex. G, 736-737) She had a weekend

20 ████ away from ████████ in November and she again went home to Southern

21 California for 4 days in December. (*Id*. at 733-734) It is axiomatic that ████████████

22 ████████████████ is not ████████ necessary if AG can safely leave ████████

23 ████ for up to a week and fly to California from Utah.  The fact that AG was able to

24 go home to Southern California twice, one time for a week, demonstrates that any

25 family ████████ had resolved to the point that ████████████████ care was appropriate.

26 Third, the Plan states that ████████ treatment cannot be solely for the

27 member's convenience (Ex. A, 2583), and the Guidelines provide that continued stay

28 at a level of care cannot be primarily due to a lack of external supports. (Ex. C, 2405)

Plaintiff "made comments [to Ms. Mann] about getting lawyers involved if cust.'s care is not authorized at █████████ [intensive outpatient level of care at Avalon] as mom cannot leave her job to take care of cust. while she is in █████." (Ex. D, 2299)  As this shows, Plaintiff needed AG to have room and board at ████ because she could not take time off work to care for her. (2299)  The Plan terms and Guidelines do not allow for the authorization of coverage for this reason.

Finally, treating AG in Utah, flying her to California to live with her family, and then flying her back to Utah, is contrary to the purpose of ██████████████. ██████████████ should be "transitional in nature, for the purpose of returning the individual to the community at an appropriate lower level of care. (Ex. C, 2401) AG's ██████████████ had improved as of September 17, 2018 so that she could transition home. In short, Plaintiff is not entitled to benefits under the Plan for the treatment provided to AG at █████ from September 17, 2018 to December 31, 2018.

### D.    Plaintiff's Claim under 29 U.S.C. 1132(a)(3)

Plaintiff seeks in his second cause of action under 29 U.S.C. 1132(a)(3) restitution of all past benefits and interest. The Amended Complaint, ¶ 32. This claim fails as Plaintiff is not entitled to benefits under the Plan and, in fact, cannot recover plan benefits under 1132(a)(3). *Varity Corp. v. Howe*, 516 U.S. 489 (1996).

## VI.   CONCLUSION

For all the reasons stated above, Plaintiff should take nothing in this action and judgement should be entered in favor of the Plan and Cigna.

DATED: September 25, 2020          OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
_____


By:  /s/ *Sean P. Nalty*
     Sean P. Nalty
     Attorneys for Defendant
     CIGNA HEALTH AND LIFE
     INSURANCE COMPANY

25                          Case No. 2:19-cv-05364 PSG-MRW

**REDACTED DECLARATION OF SEAN P. NALTY IN SUPPORT OF CIGNA HEALTH AND LIFE INSURANCE COMPANY'S TRIAL BRIEF**

I, Sean P. Nalty, declare:

I am an attorney at law licensed to practice in all courts in the State of California.  I am a shareholder at Ogletree, Deakins, Nash, Smoak & Stewart, P.C.  As such, I represent Cigna Health and Life Insurance Company ("Cigna") in the above captioned matter.  I have personal knowledge of the facts set forth below, and if called upon to testify under oath, I could and would testify to the following:

1.     I make this declaration in support of defendant Cigna's trial brief.

2.     The administrative record produced by Cigna in this matter is 2,792 pages designated as bates stamp A.G. v. Cigna, 000001-A.G. v. Cigna 002792. ("Administrative Record")  Pursuant to the Court's September 24, 2020 order, the Administrative Record will be filed under seal.  It will be filed in four volumes with a caption page on each volume.

3.     The exhibits attached to Cigna's trial brief are portions of the Administrative Record cited in Cigna's trial brief.  Exhibits C through G are redacted.  Cigna will file an application to file these Exhibits under seal.  The exhibits include the following:

- **Exhibit A**, Pertinent Portions of the Intel Benefit Plan, Chapter 6, Medical and Vision Benefits, bates-stamp AG. v. Cigna 002522-AG. V. Cigna 002639;

- **Exhibit B,** Pertinent Portions of the Intel Benefit Plan, Chapter 3, Administrative Information, bates-stamp AG. v. Cigna 002451-AG. V. Cigna 002496;

- **Exhibit C**, Pertinent Portions of Cigna Standards and Guidelines/Medical Necessity Criteria, bates-stamp AG. v. Cigna 002309- AG. v. Cigna 002431;

- **Exhibit D**, Cigna's Case Notes, bates-stamp AG. v. Cigna

002169-AG. v. Cigna 002308;

- **Exhibit E**, Cigna's September 21, 2018 letter, bates-stamp AG. v. Cigna 001560-AG. v. Cigna 001574;

- **Exhibit F**, Cigna's February 28, 2019 letter, bates-stamp AG. v. Cigna 001116-AG. v. Cigna 001127;

- **Exhibit G**, Records from the Administrative Record, bates-stamp AG. v. Cigna 000732-AG. v. Cigna 000750;

I declare under penalty of perjury, under the laws of the United States of America, that the forgoing is true and correct and that I signed this declaration at Castro Valley, California on September 25, 2020.

_____

Sean P. Nalty

44352449.1

CIGNA'S OPENING TRIAL BRIEF                                    **33**

EXHIBIT C



# CIGNA STANDARDS AND GUIDELINES/ █████████ NECESSITY CRITERIA

**Revised Edition: January 1, 2018**



**Together, all the way.™**

# Table of Contents

Foreword ................................................................................................................3

**Core Principles**.................................................................................................4

**References** ......................................................................................................119

1

EXH C - pg. 2

A.G. v. Cigna 002310

202

**Editorial Staff**.............................................................................................................**122**

EXH C - pg. 3

A.G. v. Cigna 002311

**203**

# Foreword



EXH C - pg. 4
A.G. v. Cigna 002312
**204**

# Core Principles



## Medical Necessity Criteria

4

A.G. v. Cigna 002313

**205**

# ████████████ ████████ for Children and Adolescents

## SECTION II.

EXH C - pg. 6

A.G. v. Cigna 002335

**206**



A.G. v. Cigna 002340
**207**



32

EXH C - pg. 8
A.G. v. Cigna 002341

208



A.G. v. Cigna 002342



34

A.G. v. Cigna 002343
**210**



A.G. v. Cigna 002344

EXH C - pg. 12
A.G. v. Cigna 002345
212



# SECTION V.

87



88

A.G. v. Cigna 002397
**214**



89

A.G. v. Cigna 002398



90

A.G. v. Cigna 002399
216



91

A.G. v. Cigna 002400
**217**



92

A.G. v. Cigna 002401



93

A.G. v. Cigna 002402



94

EXH C - pg. 20

A.G. v. Cigna 002403

220



95

A.G. v. Cigna 002404
**221**



96

A.G. v. Cigna 002405



97

A.G. v. Cigna 002406
223



EXH C - pg. 24

A.G. v. Cigna 002407

**224**



99

A.G. v. Cigna 002408



100

A.G. v. Cigna 002409
**226**



101

EXH C - pg. 27

A.G. v. Cigna 002410

**227**



102

EXH C - pg. 28
A.G. v. Cigna 002411
228



103

A.G. v. Cigna 002412
229



104

A.G. v. Cigna 002413
**230**



105

A.G. v. Cigna 002414

**231**



106

A.G. v. Cigna 002415

**232**

# References

## References:



119



120

EXH C - pg. 34

A.G. v. Cigna 002429

234



EXH C - pg. 35
A.G. v. Cigna 002430
235

# Editorial Staff

### Senior Editors



### Associate Editors



### Editorial Board



122

# EXHIBIT D

**Kelly Anderson**

Kelly Anderson ,

**: Kelly Anderson**

A.G. v. Cigna 002170

Kelly Anderson , ██████████████████████

A.G. v. Cigna 002171

Shannon Mann

Kevin M. Welkos,

**Shannon Mann**

Shannon Mann

**Shannon Mann**

Shannon Mann

**Shannon Mann**

Shannon Mann

**Xue Yang**

Xue Yang,

**: Kya Fischer** :

: KYA FISCHER



Kya Fischer

**Shannon Mann**

Shannon Mann

**Shannon Mann**

**State:**



Shannon Mann

**Shannon Mann**

Shannon Mann ███████

: Shannon Mann



A.G. v. Cigna 002180

Shannon Mann

**Shannon Mann**

Shannon Mann

**Shannon Mann**

Shannon Mann

**: Shannon Mann**

A.G. v. Cigna 002182



A.G. v. Cigna 002183

A.G. v. Cigna 002184

Shannon Mann ███████

██████████████████: **Shannon Mann** ████████████████

████████████████ Kevin Welkos ████████████████████

Shannon Mann ████████

████████████████ **Shannon Mann** ███████████████████c

A.G. v. Cigna 002186
255



Shannon Mann

**Shannon Mann**



A.G. v. Cigna 002188

A.G. v. Cigna 002189

Shannon Mann

**Shannon Mann**

Hoover

Shannon Mann

**Shannon Mann**

A.G. v. Cigna 002190

A.G. v. Cigna 002191



Shannon Mann

Shannon Mann

Shannon Mann

Shannon Mann

A.G. v. Cigna 002194



A.G. v. Cigna 002195

264



A.G. v. Cigna 002196

Shannon Mann

: Shannon Mann



A.G. v. Cigna 002198

Shannon Mann

**Shannon Mann**

Shannon Mann

**Shannon Mann**

A.G. v. Cigna 002200

A.G. v. Cigna 002201

270



Shannon Mann

**Shannon Mann**

A.G. v. Cigna 002202

**271**

A.G. v. Cigna 002203

**272**

A.G. v. Cigna 002204

Shannon Mann

**Shannon Mann**

Hoover

Shannon Mann

: **Shannon Mann**

A.G. v. Cigna 002206

275

A.G. v. Cigna 002207

Shannon Mann

**Shannon Mann**

Shannon Mann

**Shannon Mann**

A.G. v. Cigna 002208

A.G. v. Cigna 002209

278

A.G. v. Cigna 002210



Shannon Mann

: **Shannon Mann** c

Hoover d

**Shannon Mann**

A.G. v. Cigna 002212

281

A.G. v. Cigna 002213

282

Shannon Mann

: **Shannon Mann**

Shannon Mann

A.G. v. Cigna 002214



Shannon Mann

: Joanna Callan

: Shannon Mann

Shannon Mann

Shannon Mann

Joanna Callan

: Joanna Callan :

A.G. v. Cigna 002215



Joanna Callan

**Joanna Callan**

Joanna Callan

**Shannon Mann**

Cirelli

Shannon Mann

**Shannon Mann**

Shannon Mann

**Shannon Mann**

A.G. v. Cigna 002218
**287**

Shannon Mann

**Shannon Mann**

Shannon Mann

**: Shannon Mann**

A.G. v. Cigna 002219

Shannon Mann

**: Shannon Mann**

A.G. v. Cigna 002221



Shannon Mann

EXH D pg. 54
A.G. v. Cigna 002222
291

**Shannon Mann**

Hoover

Shannon Mann

**: Shannon Mann**

Shannon Mann

**Shannon Mann**

A.G. v. Cigna 002224
**293**

Shannon Mann

**: Shannon Mann**

Shannon Mann

**: Shannon Mann**

Shannon Mann

**Shannon Mann**

A.G. v. Cigna 002227

296

A.G. v. Cigna 002228

297



Shannon Mann

**: Shannon Mann**

Shannon Mann

**Shannon Mann**

Shannon Mann

A.G. v. Cigna 002229
**298**

**: Shannon Mann**

Shannon Mann

**: Shannon Mann**

Shannon Mann ███████

███████████████████████**: Shannon Mann** ████████████████████████████
██████████

Shannon Mann ████████████

██████████████████**Shannon Mann** ████████████████████████████
███████████████████

Shannon Mann ███████

██████████████████**: Shannon Mann** ████████████████████

Shannon Mann ███████

████████████████**: Samuel Miller** ████████████████████



Sam Miller

**Alexis Stafford**

Alexis Stafford - ███████████

**Tammy Morgan**

TAMMY MORGAN ████████████████████

**Christopher Brown**

Christopher M. Brown- ████████████████

**Victoria Soller**   I



Victoria Soller -

: **Kelsey Herrgott**

K. Herrgott,

**Julene Bolstad**

Julene Bolstad,

**: Julene Bolstad**

Julene Bolstad,

**: Kevin Welkos**

Kevin M. Welkos,

**: Anna Thelen**



ANNA THELEN -

**Kassie Lien**

Kassie Lien,

**Shannon Mann**

Shannon Mann

**Kya Fischer**

KYA FISCHER

Kya Fischer

**: Steven Richter**

A.G. v. Cigna 002237

Steven Richter



Steven Richter

**Shannon Mann**



A.G. v. Cigna 002239

**308**

A.G. v. Cigna 002240



Shannon Mann

**: Shannon Mann**

Shannon Mann

**: Shannon Mann**

Shannon Mann

**Shannon Mann**

A.G. v. Cigna 002242



Shannon Mann ▮▮▮▮▮▮

**Shannon Mann**

A.G. v. Cigna 002244

313

A.G. v. Cigna 002245
314



Shannon Mann

**Shannon Mann**

A.G. v. Cigna 002248

**317**

Shannon Mann

**Shannon Mann**

A.G. v. Cigna 002250
319

A.G. v. Cigna 002251

320

Shannon Mann

**Shannon Mann**





A.G. v. Cigna 002254



Shannon Mann

**: Shannon Mann**

Kilburn

Shannon Mann

**: Shannon Mann**

Shannon Mann

**Shannon Mann**

A.G. v. Cigna 002256

**325**



Shannon Mann

**: Shannon Mann**

Shannon Mann

**: Katie Anderson**

Katie Anderson, ▮▮▮▮▮▮

▮▮▮▮▮▮: **Shannon Mann**

Shannon Mann ▮▮▮▮

**Shannon Mann**

A.G. v. Cigna 002259

A.G. v. Cigna 002260



A.G. v. Cigna 002261

330

Shannon Mann

**: Shannon Mann**

Shannon Mann

**: Shannon Mann**

A.G. v. Cigna 002262



A.G. v. Cigna 002263

**332**



A.G. v. Cigna 002264

Shannon Mann

**Bettina Kilburn**

: Shannon Mann

A.G. v. Cigna 002266

**335**



A.G. v. Cigna 002267

336

Bettina B. Kilburn,

**Shannon Mann**

. Kilburn,

Shannon Mann

**: Shannon Mann**

A.G. v. Cigna 002269

**338**



A.G. v. Cigna 002270

**339**



Kilburn

Shannon Mann

**Bettina Kilburn**

**91609924   Jurac State: CA**

t

: Shannon Mann

A.G. v. Cigna 002272

341



Chad Steph, Mike,

Dr.Steph                                                                    (Dr. Steph

A.G. v. Cigna 002273



Mike

Mike

(Mike

Bettina B. Kilburn,

: Shannon Mann

Shannon Mann

Shannon Mann



A.G. v. Cigna 002275

**344**



A.G. v. Cigna 002276



Shannon Mann

: Shannon Mann    C

A.G. v. Cigna 002277

**346**

A.G. v. Cigna 002278

**347**



A.G. v. Cigna 002279

348

A.G. v. Cigna 002280

**349**



Shannon Mann

**Shannon Mann**

Shannon Mann

**Molly Zeier**

Matt A.

Molly Zeier

Molly Zeier -

**: Shannon Mann   C**

Shannon Mann

**Leslie Taylor**

Matt                                    . Leslie Taylor

Matt Adlof

Leslie Taylor,

Angela, Mike

A.G. v. Cigna 002282

Leslie Taylor, ███

Matt Adlof; ██████████████

**: Russell Scheffer**

**. Taylor**

**: Matthew Adlof BA**

EXH D pg. 116

A.G. v. Cigna 002284

: Matt Adlof

Matt Adlof; r

**Shannon Mann**

Shannon Mann

**: Matthew Adlof**

Matt Adlof;

**Matthew Adlof**

Chris Lancaster    Matt Adlof

Matt Adlof;

**: Shannon Mann**

Shannon Mann

**Lindsay Vanselow    _B**

: Matthew Adlof

Lindsay Vanselow,

**Frederick Green**

: Kelly Spielman :

KELLY SPIELMAN,

Kelly Spielman c



: Kelly S, RN

KELLY SPIELMAN,

: Sara Urban

: Frederick Green,

: Russell Scheffer,

Sara Urban,

Shannon Mann

Shannon Mann

**Shannon Mann**

Shannon Mann

**Shannon Mann**

A.G. v. Cigna 002289



A.G. v. Cigna 002290

**359**



Shannon Mann

**Tyler Becker**

Tyler Becker

Tyler Becker

**Shannon Mann**

Shannon Mann

**Shannon Mann**





A.G. v. Cigna 002295

Shannon Mann ███████

**: Shannon Mann**


████████████████████████████████████ Kevin Welkos' ████████████████████████████████████
██████████

Shannon Mann ███████

**: Shannon Mann**

████████████████████████████████████████████

████████████████████████████ Paula w█████████████████████████████████████

Shannon Mann ███████T

**Ella Avagyants**

Shannon Mann

Ella Avagyants███████████████

**Erin Miller**

████████████████████████████████████████
Qayyum ████████████████████████████
Q███████CC Rachel M █████████████████████.

Erin Miller██████

**Mohsin Qayyum**

**Rachel Mooney**

RACHEL MOONEY                                        MOHSIN QAYYUM

Rachel Mooney

**Rachel Mooney**

Rachel Mooney

Rachel Mooney

**Rachel Mooney**

Qayyum.

. Qayyum

Qayyum t.

Rachel Mooney

**Paula Degroot**

Paula DeGroot,

**: Rachel Mooney**

Rachel Mooney

**: Rachel Mooney**

Rachel Mooney

**Shannon Mann**

Rachel M.

Rachel      t Rachel's

Shannon Mann

**0                                      : Shannon Mann**

Shannon Mann

**hannon Mann**

Rachel M.

Shannon Mann

**: Rachel Mooney**



Rachel Mooney

**: Joseph Wentzel**

Mohsin Qayyum,

Joe Wentzel,

**: Shannon Mann**

Shannon Mann

**Rachel Mooney**

: Rachel Mooney

Rachel Mooney

: **Shannon Mann**

Kevin Welkos

Shannon Mann

: **Shannon Mann**

Shannon Mann

**Sara Urban**

Sara Urban

**Liebe Gelman**

A.G. v. Cigna 002301



: Mohsin Qayyum,

A.G. v. Cigna 002303

**372**

A.G. v. Cigna 002304

373

A.G. v. Cigna 002305
**374**



--L Gelman

A.G. v. Cigna 002306



L Gelman

Jan F Swanson

**: Sara Urban**

Sara Urban,

**Diane Wilson**



Liebe Gelman,
r: Mohsin Qayyum

# EXHIBIT E



September 21, 2018

**Cigna Behavioral Health, Inc.**
**Behavioral Operations Support Team**
**PO Box 46237**
**Eden Prairie, MN  55344**
**www.cigna.com**

███████████

RE:      ███████████████████████████████████████████████████f Cigna
         Health and Life Insurance Company
         Date Issue Received at ██████████████████ 09/17/2018
         Date(s) of █████ Requested:  09/16/2018 - Discharge
         Date(s) of █████ Denied:  09/16/2018 - Discharge
         Date(s) of █████ Authorized:  Zero (0)
         Issue ID:  ██████████

Dear ████████████

██████████████████, a licensed utilization review agent, reviews certain ████████
██████████████████ Cigna Health and Life Insurance Company.  Your health
benefit plan requires some services to be reviewed to determine coverage.  We received a
coverage request on 09/17/2018 for ████████████ for the following ████████████
████████████████████████████████████████████████.
After a review of the information submitted by your provider and the terms of your benefit plan,
██████████████████████████████████████████ This decision was based on the
following:

████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████

"Cigna" and the "Tree of Life" logo are registered service marks of Cigna Intellectual Property, Inc., licensed for use by Cigna Corporation and its operating subsidiaries.  All products and services are provided exclusively by such operating subsidiaries and not by Cigna Corporation.  Such operating subsidiaries include Connecticut General Life Insurance Company (CGLIC), Cigna Health and Life Insurance Company (CHLIC), Cigna Behavioral Health, Inc. and HMO or service company subsidiaries of Cigna Health Corporation.  Cigna Behavioral Health, Inc. is licensed and accredited as a utilization review agent and Third Party Administrator.

EXH E pg. 1

██████████████

Claim #:  No claim on file at the time this letter was generated.
Claim Amount:  Not applicable

████████████████████████████████████████

https://apps████████████████████████████████████
████████████████

Scroll through the Table of Contents and click on the ████████████████ ████████l ████████████████t  to view.  If you do not have access to the Internet you may obtain a hard copy of the guideline free of charge by calling 800.241.4057, ext. 7962009.

████████████████████████████████████████████

If you are not satisfied with this coverage decision, you, your authorized representative, or your ████████████████████on your behalf, may start the appeal process by submitting a request along with any additional supporting information within 180 days, or longer as defined in your benefit plan, from the date of this letter to:

████████████████

Central Appeals Unit
P.O. Box 188064
Chattanooga, TN 37422

A.G. v. Cigna 001561



**What happens in the appeals process:**
- If you appeal █████████████████████████████
  █████████████████████

- The reviewer will make a decision no later than 30 days from when we receive your request.
- We'll mail you a letter with the decision within 30 days of your request.

**Expedited appeals**
In certain cases, we can make a decision more quickly -- within 72 hours.  This is called an expedited appeal.  Your appeal may be expedited, if you haven't had the ████████████████ and you're in one or more of these situations:



You may request an expedited appeal by calling 800.241.4057 ext. 7963346.  If you call let us know this is an expedited request.

If your plan is governed by ERISA, you also have the right to bring legal action under section 502(a) of ERISA following an adverse benefit determination.

For questions about your appeal rights or for assistance, you can contact the Employee Benefits Security Administration at 1.866.444.EBSA (3272) or www.askebsa.dol.gov.



You are entitled to receive free of charge, copies of, all documents, records and other information relevant to your appeal for benefits, including the benefit provision, guideline or protocol upon which the decision was based.  If you want to request copies or if you have any questions, please write to us at ████████████████, Central Appeals Unit, P.O. Box 188064, Chattanooga, TN 37422 or contact us by facsimile at 877.815.4827 or call our department at 800.241.4057 ext. 7962009.  One of our representatives will be happy to help you.

Sincerely,

Joseph W., Care Coordinator

Copy sent to:

8530 S 500 W
Paradise, UT 84328

Enclosure(s):  Important Additional Information
Non-Discrimination and Language Assistance Notice
California Language Assistance Program

**No Cost Language Services** for customers who live in California and customers who live outside of California who are covered under a policy issued in California. You can get an interpreter. You can get documents read to you and some sent to you in your language. For help, call us at the number listed on your ID card or 1-800-244-6224 for Cigna medical/dental or 1-866-421-8629 for Cigna Behavioral Health mental health/substance abuse. For more help, call either the HMO Help Center at 1-888-466-2219 or for Non-HMO plans (e.g. PPO) call the CA Dept. of Insurance at 1-800-927-4357. **English**

**Servicios de idioma sin costo** para asegurados que viven en California y para asegurados que viven fuera de California y que están cubiertos por una póliza emitida en California. Puede obtener un intérprete. Puede hacer que le lean los documentos en español y que le envíen algunos de ellos en ese idioma. Para obtener ayuda, llámenos al número que aparece en su tarjeta de identificación o al 1-800-244-6224 para servicios médicos/dentales de Cigna o al 1-866-421-8629 para servicios de salud mental/farmacodependencia de Cigna Behavioral Health. Para obtener ayuda adicional, llame al Centro de ayuda HMO al 1-888-466-2219 o para los planes que no sean HMO (p. ej. PPO) llame al Departamento de Seguros de CA al 1-800-927-4357. **Spanish**

居住在加州境內的被保人和居住在加州境外但受到加州境內核發保單承保的被保人可取得**免費語言服務**。您可取得口譯員服務。我們可以用中文將文件讀給您聽，並將部分備有中文版的文件寄送給您。欲取得協助，請撥打您會員卡上所列示的電話號碼，或致電 1-800-244-6224 與 Cigna 醫療 / 牙科聯絡，或撥打 1-866-421-8629 聯繫 Cigna Behavioral Health 精神健康 / 物質濫用。欲取得其他協助，請致電 1-888-466-2219 與 HMO 協助中心聯絡，或非 HMO 計畫 (例如：PPO) 請致電 1-800-927-4357 與加州保險部聯絡。**Chinese**

**خدمات لغوية بدون تكلفة** للعملاء المقيمين في ولاية كاليفورنيا والعملاء المقيمين خارج ولاية كاليفورنيا الذين تشملهم سياسة تأمين صادرة في ولاية كاليفورنيا. يُمكنك الاستعانة بمترجم. يمكنك طلب قراءة الوثائق لك وإرسال بعض منها إليك بلغتك. للحصول على المساعدة، اتصل بنا على الرقم المبين على بطاقة عضويتك أو على الرقم 6244-244-800-1 لخدمات Cigna الطبية / صحة الأسنان أو على الرقم 8629-421-866-1 لخدمات Cigna للصحة السلوكية والنفسية / إساءة استخدام المواد المخدرة. للحصول على المزيد من المساعدة، اتصل بنا بمركز HMO للمساعدة على الرقم 2219-466-888-1 أو للبرامج الأخرى غير HMO (مثل PPO)، اتصل بإدارة التأمين لولاية كاليفورنيا على الرقم 4357-927-800-1. **Arabic**

캘리포니아 거주 고객 및 캘리포니아에서 발행된 보험으로 보장을 받는 캘리포니아 이외 지역 거주 고객님들을 위한 **무료 언어 지원 서비스**. 귀하는 통역 서비스를 받으실 수 있습니다. 한국어로 서류를 낭독해주는 서비스를 받으실 수 있고 한국어로 번역된 서류를 받아보실 수도 있습니다. 도움이 필요하신 분은 본인의 ID 카드상에 기재된 안내번호 혹은 Cigna 의료/치과 안내번호(1-800-244-6224번), 혹은 Cigna Behavioral Health 정신 건강/약물 남용 안내번호(1-866-421-2219번)으로 연락해주십시오. 더 많은 도움이 필요하신 분은 HMO 헬프 센터(HMO Help Center), 안내번호 1-888-466-2219번으로 문의하시거나 비-HMO 플랜(예: PPO)에 해당하시는 분은 캘리포니아주 보험국(CA Dept. of Insurance), 안내번호 1-800-927-4357번으로 연락해주십시오. **Korean**

**Walang Gastos na Mga Serbisyo sa Wika** para sa mga customer na nakatira sa California at mga customer na nakatira sa labas ng California na sakop ng isang polisiyang inisyu sa California. Makakakuha ka ng interpreter. Maaari mong ipabasa para sa iyo ang mga dokumento at maaaring ipadala sa iyo ang ilan sa iyong wika. Para sa tulong, tawagan kami sa numerong nakalista sa iyong ID card o sa 1-800-244-6224 para sa medikal/dental ng Cigna o sa 1-866-421-8629 para sa kalusugang pangkaisipan/pag-abuso sa droga ng Cigna Behavioral Health. Para sa karagdagang tulong, tumawag sa HMO Help Center sa 1-888-466-2219 o para sa mga planong Hindi HMO (hal. PPO) tawagan ang CA Dept. of Insurance sa 1-800-927-4357. **Tagalog**

**Dịch vụ trợ giúp ngôn ngữ miễn phí** cho khách hàng sinh sống trong tiểu bang California và khách hàng sống ngoài California được đài thọ qua một hợp đồng bảo hiểm y tế ký kết tại California. Quý vị có thể được cấp thông dịch viên. Quý vị có thể được có người đọc văn bản cho quý vị hoặc được nhận tài liệu, văn bản bằng ngôn ngữ của quý vị. Để được giúp đỡ, vui lòng gọi cho chúng tôi tại số điện thoại ghi trên thẻ hội viên (ID) của quý vị hoặc gọi cho chương trình bảo hiểm y tế/nha khoa Cigna tại số 1-800-244-6224, hoặc gọi số 1-866-421-8629 cho chương trình chăm sóc sức khỏe tâm thần/lạm dụng chất gây nghiện thuộc Chương trình Sức khỏe Hành vi của Cigna. Để được giúp đỡ thêm, vui lòng gọi Trung tâm Trợ giúp HMO tại 1-888-466-2219 hoặc gọi Bộ Bảo hiểm California tại số 1-800-927-4357 cho các vấn đề thuộc các chương trình bảo hiểm không thuộc loại HMO (như các chương trình PPO). **Vietnamese**

**សេវាបកប្រែភាសាដោយឥតគិតថ្លៃ** សំរាប់អតិថិជនដែលរស់នៅក្នុងរដ្ឋកាលីហ្វ័រនីញ៉ា និងអតិថិជនដែលរស់នៅក្រៅរដ្ឋកាលីហ្វ័រនីញ៉ា ដែលបានរ៉ាប់រង នៅក្រោមធានារ៉ាប់រងសុខភាព បានចេញឲ្យក្នុងរដ្ឋកាលីហ្វ័រនីញ៉ា។ អ្នកអាចទទួលបានជំនួយអ្នកបកប្រែវាចាល់។ អ្នកអាចឲ្យគេអានឯកសារជូនអ្នក និងឲ្យឯកសារឬ ទៅឲ្យអ្នក ជាភាសាខ្មែរ។ សំរាប់ជំនួយ សូមទូរស័ព្ទមកយើង តាមលេខទូរស័ព្ទដែលនៅលើប័ណ្ណ ID របស់អ្នក ឬលេខ 1-800-244-6224 សំរាប់ខាង សុខភាព/ធ្មេញ Cigna ឬ 1-866-421-8629 សំរាប់ខាងជំនួយបញ្ហាសុខភាពអារម្មណ៍/កាំលេខការសាធារណ៍ឲ្យ Cigna។ សំរាប់ជំនួយថែមទៀត ទូរស័ព្ទទៅមជ្ឈមណ្ឌលជំនួយ HMO តាមលេខ 1-888-466-2219 ឬសំរាប់ត៌ាន់ដែលមិនមែនជា HMO (ដូចជា PPO) ទូរស័ព្ទទៅ ក្រសួងធានារ៉ាប់រង រដ្ឋកាលីហ្វ័រនីញ៉ា តាមលេខ 1-800-927-4357។ **Khmer**

**ਮੁਫ਼ਤ ਭਾਸ਼ਾ ਸੇਵਾਵਾਂ** ਉਹਨਾਂ ਗਾਹਕਾਂ ਲਈ ਹਨ ਜੋ ਕੈਲੀਫ਼ੋਰਨੀਆਂ ਵਿੱਚ ਰਹਿੰਦੇ ਹਨ ਅਤੇ ਉਹਨਾਂ ਗਾਹਕਾਂ ਲਈ ਜੋ ਕੈਲੀਫ਼ੋਰਨੀਆਂ ਤੋਂ ਬਾਹਰ ਰਹਿੰਦੇ ਹਨ ਅਤੇ ਕੈਲੀਫ਼ੋਰਨੀਆਂ ਵਿੱਚ ਜਾਰੀ ਕੀਤੀ ਗਈ ਪਾਲਿਸੀ ਦੇ ਅਧੀਨ ਕਵਰਡ੍ਰ ਹਨ। ਤੁਹਾਨੂੰ ਦੁਭਾਸ਼ੀਆ ਮਿਲ ਸਕਦਾ ਹੈ। ਤੁਹਾਨੂੰ ਤੁਹਾਡੀ ਭਾਸ਼ਾ ਵਿੱਚ ਦਸਤਾਵੇਜ਼ ਪੜ੍ਹ ਕੇ ਸੁਣਾਏ ਜਾ ਸਕਦੇ ਹਨ ਅਤੇ ਕੁਝ ਤੁਹਾਨੂੰ ਭੇਜੇ ਜਾ ਸਕਦੇ ਹਨ। ਮਦਦ ਲਈ ਸਾਨੂੰ ਆਪਣੇ ਆਈ.ਡੀ. ਕਾਰਡ ਉੱਤੇ ਦਿੱਤੇ ਗਏ ਨੰਬਰ ਤੇ ਜਾਂ Cigna ਮੈਡੀਕਲ/ਡੈਂਟਲ ਲਈ 1-800-244-6224 ਤੇ ਜਾਂ Cigna ਵਿਵਹਾਰਕ ਸਿਹਤ ਮਾਨਸਿਕ ਸਿਹਤ/ਪਦਾਰਥਾਂ ਦੇ ਦਰਉਪਯੋਗ ਲਈ 1-866-421-8629 ਤੇ ਫ਼ੋਨ ਕਰੋ। ਹੋਰ ਮਦਦ ਲਈ, ਜਾਂ ਤਾਂ HMO ਮਦਦ ਕੇਂਦਰ ਨੂੰ 1-888-466-2219 ਤੇ ਫ਼ੋਨ ਕਰੋ ਜਾਂ ਗੈਰ HMO ਯੋਜਨਾਵਾਂ (ਉਦਾਹਰਣ ਲਈ PPO) ਲਈ CA ਦੇ ਬੀਮਾ ਵਿਭਾਗ (CA Dept. of Insurance) ਨੂੰ 1-800-927-4357 ਤੇ ਫ਼ੋਨ ਕਰੋ। **Punjabi**

**خدمات مجانی مربوط به زبان** برای مشتریانی که در کالیفرنیا زندگی می کنند و مشتریانی که در خارج کالیفرنیا زندگی کرده و بر اساس بیمه نامه ای که در کالیفرنیا صادر شده تحت پوشش هستند. می توانید از خدمات یک مترجم شفاهی برخوردار شوید. می توانید بگوئید که مدارک به زبان شما برایتان قرائت شوند و برخی از آنها به زبان برایتان ارسال شوند. برای دریافت کمک، با ما از طریق شماره تلفنی که روی کارت شناسائی شما قید شده است تماس بگیرید و یا به شماره 1-800-244-6224 برای طرح پزشکی/دندانپزشکی Cigna و یا به شماره 1-866-421-8629 برای برنامه بهداشت روانی/سوء استفاده از مواد مخدر طرح بهداشت رفتاری Cigna تلفن کنید. برای دریافت کمک بیشتر، به مرکز کمک HMO به شماره 1-888-466-2219 و یا برای طرح های غیر HMO (برای مثال PPO) به اداره بیمه کالیفرنیا به شماره 1-800-927-4357 تلفن کنید. **Persian**

**無料の言語サービス**。カリフォルニア州にお住まいのお客様、および、カリフォルニア州外にお住まいで、カリフォルニア州において発行された保険のお客様が対象。通訳がご利用でき、書類を日本語でお読みします。また、書類によっては日本語版をお届けできるものもあります。サービスをご希望の方は、IDカードに記載の電話番号、またはCigna医療・歯科サービス担当：1-800-244-6224、またはCigna Behavioral Health（メンタルヘルス・薬物乱用）サービス担当：1-866-421-8629までご連絡ください。その他のお問い合わせは、HMO Help Center：1-888-466-2219、またはNon-HMOプラン（例：PPO「優先医療給付機構」）については、カリフォルニア州保険庁、1-800-927-4357までご連絡ください。**Japanese**

**Бесплатные услуги перевода** для клиентов, проживающих на территории штата Калифорния, а также для тех клиентов, которые проживают за его пределами и имеют страховой полис, выданный в штате Калифорния. Вы имеете право воспользоваться услугами устного переводчика. Вам могут прочесть ваши документы, а также выслать перевод некоторых из них на вашем языке. Для получения помощи, позвоните нам по телефону, указанному в вашей Идентификационной карте, по вопросам медицинского и стоматологического обслуживания, предоставляемого компанией Cigna, позвоните по телефону 1-800-244-6224, по вопросам связанным с психическим здоровьем/злоупотреблением алкоголем или наркотиками обращайтесь по телефону 1-866-421-8629 в программу Cigna Behavioral Health. Для получения дополнительной помощи обращайтесь либо в Центр поддержки HMO по телефону 1-888-466-2219 либо обращайтесь в Министерство страхования штата Калифорния (CA Dept. of Insurance) по телефону 1-800-927-4357 для получения информации в отношении не HMO планов (например PPO). **Russian**

**Անվճար Լեզվական Ծառայություններ** անհամների համար, ովքեր բնակվում են Կալիֆորնիայում և անհամների համար, ովքեր բնակվում են Կալիֆորնիայից դուրս բայց ապահովագրված են Կալիֆորնիայում տրված ապահովագրությամբ։ Դուք կարող եք թարգմանիչ ձեռք բերել։ Դուք կարող եք փաստաթղթերը ձեր լեզվով ընթերցել տալ ձեզ համար և նրանից մի մասը ստանալ ձեր լեզվով։ Օգնության համար, զանգահարեք մեզ ձեր ինքնության (ID) տոմսմի վրա նշված համարով՝ կամ 1-800-244-6244, Cigna-ի բժշկական/ստոմատոլոգիական ծրագրի համար կամ՝ 1-866-421-8629 Cigna Վարվեցողական Առողջապահության հոգեկան առողջության/թմրամոլության համար։ Լրացուցիչ օգնության համար զանգահարեք կամ մ Օգնության կենտրոն 1-888-466-2219 համարով կամ՝ Ոչ-HMO ծրագրերի համար (օրինակ՝ PPO) զանգահարեք Կալիֆորնիայի Ապահովագրության Բաժանմունք 1-800-927-4357 համարով։ **Armenian**

**Cov Kev Pab Txhais Lus Uas Tsis Tau Them Nqi** rau cov qhua uas nyob hauv xeev California thiab cov qhua uas nyob tawm Xeev California uas tau muaj kev pov fwm los ntawm California. Koj yeej muaj tau tus neeg txhais lus. Koj hais tau kom muab cov ntawv nyeem rau koj mloog thiab kom muab qee cov ntaub ntawv txhais ua koj hom lus xa rau. Yog xav tau kev pab, hu rau peb ntawm tus xov tooj nyob hauv koj daim yuaj ID los sis 1-800-244-6224 rau Cigna chaw pab them nqi kho mob/kho hniav los sis 1-866-421-8629 rau Cigna Chaw pab them nqi kho Kev Coj Cuj Pwm kev puas hlwb/kev quav tshuaj yeeb dej caw. Yog xav tau kev pab ntxiv, hu rau HMO Qhov Chaw Muab Kev Pab ntawm tus xov tooj 1-888-466-2219 los sis rau cov chaw pab them nqi kho mob uas Tsis Koom HMO (piv txwv li yog PPO) hu rau CA Lub Tuam Tsev Tswj Xyuas Txog Kev Tuav Pov Hwm ntawm 1-800-927-4357. **Hmong**

कैलिफोर्निया और कैलिफोर्निया के बाहर रहने वाले कैलिफोर्निया में जारी पॉलिसी के तहत कवर किये गए ग्राहकों के लिए **निःशुल्क भाषा सेवाएं**। आप एक दुभाषिया प्राप्त कर सकते हैं। आप इन दस्तावेज़ों को किसी से पढ़वा सकते हैं और कुछ दस्तावेज़ों को अपनी भाषा में प्राप्त कर सकते हैं। Cigna स्वास्थ्य/दंत के लिए अपने ID कार्ड पर सूचीबद्ध नंबर 1-800-244-6224 पर या Cigna व्यवहार स्वास्थ्य मानसिक स्वास्थ्य/नशे की अधिकता की सहायता के लिए, 1-866-421-8629 पर कॉल करें। अधिक सहायता के लिए, HMO सहायता केंद्र पर 1-888-466-2219 पर कॉल करें या गैर-HMO योजनाओं (उदा. PPO) के लिए 1-800-927-4357 पर CA बीमा विभाग (CA Dept. of Insurance) को कॉल करें। **Hindi**

**บริการภาษาโดยไม่เสียค่าใช้จ่าย** สำหรับลูกค้าที่อาศัยอยู่ในรัฐแคลิฟอร์เนีย และที่อาศัยอยู่นอกรัฐแคลิฟอร์เนียที่ได้รับการคุ้มครองภายใต้กรมธรรม์ที่ออกในรัฐแคลิฟอร์เนีย คุณสามารถขอล่ามแปลภาษาได้ คุณสามารถขอให้อ่านเอกสารให้คุณฟัง และขอให้ส่งเอกสารบางส่วนถึงคุณเป็นภาษาของคุณ หากต้องการความช่วยเหลือ โปรดโทรศัพท์หาเราตามหมายเลขที่ระบุไว้บนบัตรประจำตัวของคุณ หรือหมายเลข 1-800-244-6224 สำหรับบริการของ Cigna ด้านการรักษาพยาบาล/ทันตกรรมของ Cigna หรือ 1-866-421-8629 สำหรับบริการของ Cigna Behavioral Health ด้านสุขภาพจิต/การใช้สารที่มีผลต่อจิตประสาทในทางที่ผิด หากต้องการความช่วยเหลือเพิ่มเติม โปรดโทรศัพท์หาศูนย์ช่วยเหลือสำหรับแผนการรักษาพยาบาลแบบ HMO ที่หมายเลข 1-888-466-2219 หรือสำหรับแผนการรักษาพยาบาลที่ไม่ใช่ HMO (เช่น PPO) โปรดโทรศัพท์ถึง Dept. of Insurance ของรัฐแคลิฟอร์เนียที่หมายเลข 1-800-927-4357 **Thai**

EXH E pg. 7

A.G. v. Cigna 001566

## *Important Additional Information*

If you're not satisfied with the final internal review, you may be able to ask for an independent, external review of our decision, as determined by your plan and any state or federal requirements.

The following states may offer a consumer assistance or ombudsman program to assist you. Please note that these program offices may not be the offices designated to receive your request for an external review. See the external review information in the accompanying attachment.

| State | Contact Information |
|---|---|
| Arkansas | Arkansas Insurance Department, Consumer Services Division<br>1200 West Third St.<br>Little Rock, AR  72201<br>(800) 852-5494<br>http://insurance.arkansas.gov/csd.htm (website)<br>Insurance.consumers@arkansas.gov (email) |
| California | California Consumer Assistance Program<br>Operated by the California Department of Managed Health Care and Department of Insurance<br>980 9th St, Suite #500<br>Sacramento, CA 95814<br>(888) 466-2219<br>http://www.HealthHelp.ca.gov |
| Connecticut | Connecticut Office of the Healthcare Advocate<br> P. O. Box 1543Hartford, CT 06144<br>(866) 466-4446<br> http://www.ct.gov/oha/site/default.asp (website)healthcare.advocate@ct.gov (email) |
| Delaware | Delaware Department of Insurance<br>841 Silver Lake Blvd<br>Dover, DE 19904<br>(800) 282-8611<br>http://www.delawareinsurance.gov (website)<br>consumer@state.de.us (email) |
| District of Columbia | DC Office of the Health Care Ombudsman and Bill of Rights<br>One Judicial Square<br>441 4th St., NW  900 South<br>Washington, DC 20001<br>(877) 685-6391<br>http://www.healthcareombudsman.dc.gov (website)<br>healthcareombudsman@dc.gov (email) |
| Georgia | Georgia Office of Insurance and Safety Fire Commissioner<br>Consumer Services Division<br>2 Martin Luther King, Jr. Drive<br>West Tower, Suite 716<br>Atlanta, Georgia 30334<br>(800) 656-2298<br>http://www.oci.ga.gov/ConsumerService/Home.aspx (website) |
| Illinois | Illinois Department of Insurance<br>320 W. Washington St, 4th Floor<br>Springfield, IL  62767<br>(866) 445-5364<br>http://www.insurance.illinois.gov (website)<br>DOI.Director@illinois.gov (email) |

| Kansas | Kansas Insurance Department |
| | Consumer Assistance Division |
| | 420 SW 9th Street |
| | Topeka, KS  66612-1678 |
| | (800) 432-2484 (in state) |
| | (785) 296-3071 (all others) |
| | http://www.ksinsurance.org (website) |
| | CAP@ksinsurance.org (email) |
| Kentucky | Kentucky Department of Insurance, Consumer Protection Division |
| | P.O. Box 517 |
| | Frankfort, KY 40602-0517 |
| | (800) 595-6053 |
| | http://insurance.ky.gov (website) |
| | consumerservices@ky.gov (email) |
| Maine | Consumers for Affordable Health Care |
| | 12 Church Street, PO Box 2490 |
| | Augusta, ME 04338-2490 |
| | (800) 965-7476 |
| | www.mainecahc.org |
| | consumerhealth@mainecahc.org |
| Maryland | Maryland Office of the Attorney General |
| | Health Education and Advocacy Unit |
| | 200 St. Paul Place, 16th Floor |
| | Baltimore, MD 21202 |
| | (877) 261-8807 |
| | http://www.oag.state.md.us/Consumer.HEAU.htm |
| | heau@oag.state.md.us |
| Massachusetts | Health Care For All |
| | One Federal Street |
| | Boston, MA 02110 |
| |  800-272-4232 |
| | www.massconsumerassistance.org |
| Michigan | Michigan Health Insurance Consumer Assistance Program (HICAP) |
| | Michigan Department of Insurance and Financial Services (DIFS) |
| | PO Box 30220 |
| | Lansing, MI 48909-7720 |
| | (877) 999-6442 |
| | http://www.michigan.gov/difs (website) |
| | difs-HICAP@michigan.gov (email) |
| Mississippi | Health Help Mississippi |
| | 800 North President St |
| | Jackson, MS 39202 |
| | 1-877-314-3843 |
| | http://www.healthhelpms.org |
| | healthhelpms@mhap.org |
| Missouri | Missouri Department of Insurance |
| | Harry S. Truman State Office Building Room 530 |
| | P.O. Box 690 |
| | Jefferson City, MO  65102 |
| | (800) 726-7390 |
| | www.insurance.mo.gov/consumers/ (website) |
| | consumeraffairs@insurance.mo.gov (email) |
| Montana | Office of the Montana State Auditor |
| | Commissioner of Securities and Insurance |
| | 840 Helena Ave |

|  | Helena, MT 59601<br>(800) 332-6148 (in-state only)<br>http://www.montanahealthanswers.com (website) |
|---|---|
| Nevada | Office of Consumer Health Assistance<br>Governor's Consumer Health Advocate<br>555 East Washington Ave #4800<br>Las Vegas, NV 89101<br>(702) 486-3587<br>(888) 333-1597<br>http://www.dhhs.nv.gov (website)<br>cha@govcha.nv.gov (email) |
| New Hampshire | New Hampshire Department of Insurance<br>21 South Fruit Street, Suite 14<br>Concord, NH 03301<br>(800) 852-3416<br>http://www.nh.gov/insurance (website)<br>consumerservices@ins.nh.gov (email) |
| New Jersey | New Jersey Department of Banking and Insurance<br>20 West State Street<br>PO Box 325<br>Trenton, NJ 08625<br>(800) 446-7467<br>(609) 292-7272<br>http://www.state.nj.us/dobi/consumer.htm (website)<br>ombudsman@dobi.state.nj.us (email) |
| New Mexico | New Mexico Public Regulation Commission<br>Consumer Relations Division<br>1120 Paseo De Peralta<br>Santa Fe, NM 87504<br>(855) 857-0972 or (888) 427-5772<br>(505) 476-0326 (fax)<br>http://nmprc.state.nm.us/consumer-relations/index.html (website)<br>mchb.grievance@state.nm.us (email) |
| New York | Community Service Society of New York, Community Health Advocates<br>633 Third Avenue, 10th floor<br>New York, NY 10017<br>(888) 614-5400<br>http://www.communityhealthadvocates.org/ (website)<br>cha@cssny.org (email) |
| North Carolina | North Carolina Department of Insurance<br>Health Insurance Smart NC<br>430 N. Salisbury Street Suite 1018<br>Raleigh, NC  27603<br>855-408-1212<br>http://www.ncdoi.com/Smart/ (website)<br><br>Eastern Regional Office:<br>North Carolina Department of Insurance<br>Health Insurance Smart NC<br>1316 Unit A Commerce Drive<br>New Bern, NC  28562 |

A.G. v. Cigna 001569

| | |
|---|---|
| | Western Regional Office:<br>North Carolina Department of Insurance<br>Health Insurance Smart NC<br>537 College Street<br>Asheville, NC 28801 |
| Oklahoma | Oklahoma Insurance Department<br>Five Corporate Plaza<br>3625 Northwest 56th Street, Suite 100<br>Oklahoma City, OK 73112-4511<br>(800) 522-0071 (in-state only)<br>(405) 521-2828<br>https://www.ok.gov/oid/Consumers/Consumer_Assistance/ (website) |
| Oregon | Oregon Health Connect<br>1435 NE 81st Ave. Suite 500<br>Portland, OR 97213-6759<br>(866) 698-6155<br>http://211info.org/health/ (website)<br>healthconnect@211info.org (email) |
| Pennsylvania | Pennsylvania Insurance Department<br>1326 Strawberry Square<br>Harrisburg, PA 17120<br>(877) 881-6388<br>http://www.insurance.pa.gov (website) |
| Puerto Rico | Puerto Rico Oficina de la Procuradora del Paciente<br>Calle Recinto Sur #303<br>San Juan, PR  00910<br>(787) 979-0909<br>http://www.pr.gov/ (website)<br>querellas@opp.gobierno.pr (email) |
| Rhode Island | Rhode Island Consumer Assistance Program<br>Rhode Island Parent Information Network, Inc.<br>1210 Pontiac Avenue<br>Cranston, RI 02920<br>(855) 747-3224<br>http://www.rireach.org/ (website)<br>rireach@ripin.org (email)<br><br>Office of Managed Care Regulation<br>Rhode Island Department of Health<br>Room 410<br>3 Capitol Hill<br>Providence, RI  02908<br>Telephone: (401) 222-6015<br>Email: DOH.ManagedCare@health.ri.gov |
| South Carolina | South Carolina Department of Insurance<br>Consumer and Individual Licensing Services<br>P.O. Box 100105<br>Columbia, SC 29202<br>(803) 737-6180<br>http://www.doi.sc.gov/638/Health-Insurance (website)<br>consumers@doi.sc.gov (email) |
| Tennessee | Tennessee Department of Commerce & Insurance<br>500 James Robertson Parkway |

A.G. v. Cigna 001570

| | |
|---|---|
| | Davy Crockett Tower, 4th floor<br>Nashville, TN 37243-0565<br>(615) 741-2241<br>http://www.tn.gov/commerce/section/consumer-services (website) |
| Texas | Texas Consumer Health Assistance Program<br>Texas Department of Insurance<br>Mail Code 111-1A<br>333 Guadalupe<br>P.O. Box 149091<br>Austin, TX  78714-9091<br>(800) 252-3439<br>http://www.texashealthoptions.com (website)<br>ConsumerProtection@tdi.texas.gov (email) |
| Vermont | Vermont Legal Aid<br>264 North Winooski Ave.<br>Burlington, VT 05402<br>(800) 889-2047<br>www.vtlegalaid.org |
| Virginia | Virginia State Corporation Commission<br>Life & Health Division, Bureau of Insurance<br>P.O. Box 1157<br>Richmond, VA 23218<br>(804) 371-9691<br>http://www.scc.virginia.gov/boi/cons/index.aspx (website)<br>bureauofinsurance@scc.virginia.gov (email) |
| Virgin Islands | U.S. Virgin Islands Division of Banking and Insurance<br>1131 King Street<br>Suite 101<br>Christiansted<br>St. Croix, VI 00820<br>(340) 773-6459<br>http://ltg.gov.vi (website) |
| Washington | Washington Consumer Assistance Program<br>5000 Capitol Blvd<br>Tumwater, WA 98501<br>(800) 562-6900<br>https://www.insurance.wa.gov/ (website)<br>cap@oic.wa.gov (email) |
| West Virginia | West Virginia Offices of the Insurance Commissioner<br>Consumer Service Division<br>P.O. Box 50540<br>Charleston, WV 25305-0540<br>(888) 879-9842<br>http://www.wvinsurance.gov/ConsumerServices/ConsumerServices.aspx (website) |

If you would like to request information about the specific diagnosis and treatment codes submitted by your Health Care Professional, please either contact your Health Care Professional, or go to http://www.cigna.com/privacy/privacy_healthcare_forms.html, or call the Customer Service number on the back of your ID card.

If you have difficulty reading English, we offer language assistance. For help please call the Customer Service number on your ID card.

Si tiene problemas para leer el texto en inglés, le ofrecemos asistencia de idiomas. Para obtener ayuda, por favor, llame al número de Servicio al cliente que figura en su tarjeta de identificación.

A.G. v. Cigna 001571

Si vous avez des difficultés à lire l'anglais, nous offrons une assistance linguistique. Pour toute aide, veuillez composer le numéro du Service à la clientèle qui se trouve sur votre carte d'identification.

Für den Fall, dass Sie den englischen Text nicht verstehen, bieten wir mehrsprachige Unterstützung an.  Rufen Sie in diesem Fall bitte die auf Ihrer Versicherungskarte angegebene Kundenservice-Nummer an.

Kung nahihirapan ka sa pagbabasa ng wikang Ingles, nag-aalok kami ng tulong sa wika. Para sa tulong pakitawagan ang numero ng Serbisyo ng Customer sa iyong ID card.

如果對您來說閱讀英文會有困難，我們可以提供您語言協助。欲取得協助，請撥打會員卡上的客戶服務電話號碼。

Bilagáana Bizaad wólta' nił nanitł'ahgo, saad bee niká'a'doowolígíí hóló. Áká'a'áyeed biniiyé t'áá shóódi áká'anídaalwo'go dabinaanishígíí bich'į' hodíílnih éí naaltsoos bee nee hózínígíí bikáa'gi bibéésh bee hane'é yisdzoh.

# DISCRIMINATION IS AGAINST THE LAW

## Medical coverage

Cigna complies with applicable Federal civil rights laws and does not discriminate on the basis of race, color, national origin, age, disability, or sex. Cigna does not exclude people or treat them differently because of race, color, national origin, age, disability, or sex.

Cigna:

- Provides free aids and services to people with disabilities to communicate effectively with us, such as:
  - Qualified sign language interpreters
  - Written information in other formats (large print, audio, accessible electronic formats, other formats)
- Provides free language services to people whose primary language is not English, such as:
  - Qualified interpreters
  - Information written in other languages

If you need these services, contact customer service at the toll-free number shown on your ID card, and ask a Customer Service Associate for assistance.

If you believe that Cigna has failed to provide these services or discriminated in another way on the basis of race, color, national origin, age, disability, or sex, you can file a grievance by sending an email to ACAGrievance@Cigna.com or by writing to the following address:

Cigna
Nondiscrimination Complaint Coordinator
PO Box 188016
Chattanooga, TN  37422

If you need assistance filing a written grievance, please call the number on the back of your ID card or send an email to ACAGrievance@Cigna.com. You can also file a civil rights complaint with the U.S. Department of Health and Human Services, Office for Civil Rights electronically through the Office for Civil Rights Complaint Portal, available at https://ocrportal.hhs.gov/ocr/portal/lobby.jsf, or by mail or phone at:

U.S. Department of Health and Human Services
200 Independence Avenue, SW
Room 509F, HHH Building
Washington, DC 20201
1.800.368.1019, 800.537.7697 (TDD)
Complaint forms are available at
http://www.hhs.gov/ocr/office/file/index.html.



All Cigna products and services are provided exclusively by or through operating subsidiaries of Cigna Corporation, including Cigna Health and Life Insurance Company, Connecticut General Life Insurance Company, Cigna Behavioral Health, Inc., Cigna Health Management, Inc., and HMO or service company subsidiaries of Cigna Health Corporation and Cigna Dental Health, Inc. The Cigna name, logos, and other Cigna marks are owned by Cigna Intellectual Property, Inc. ATTENTION: If you speak languages other than English, language assistance services, free of charge are available to you. For current Cigna customers, call the number on the back of your ID card. Otherwise, call 1.800.244.6224 (TTY: Dial 711). ATENCIÓN: Si usted habla un idioma que no sea inglés, tiene a su disposición servicios gratuitos de asistencia lingüística. Si es un cliente actual de Cigna, llame al número que figura en el reverso de su tarjeta de identificación. Si no lo es, llame al 1.800.244.6224 (los usuarios de TTY deben llamar al 711).

896375a  05/17     © 2017 Cigna.

## Proficiency of Language Assistance Services

**English** – ATTENTION: Language assistance services, free of charge, are available to you. For current Cigna customers, call the number on the back of your ID card. Otherwise, call 1.800.244.6224 (TTY: Dial 711).

**Spanish** – ATENCIÓN: Hay servicios de asistencia de idiomas, sin cargo, a su disposición. Si es un cliente actual de Cigna, al número que figura en el reverso de su tarjeta de identificación. Si no lo es, llame al 1.800.244.6224 (los usuarios de TTY deben llamar al 711).

**Chinese** – 注意：我們可為您免費提供語言協助服務。對於 Cigna 的現有客戶，請致電您的 ID 卡背面的號碼。其他客戶請致電 1.800.244.6224 （聽障專線：請撥 711）。

**Vietnamese** – XIN LƯU Ý: Quý vị được cấp dịch vụ trợ giúp về ngôn ngữ miễn phí. Dành cho khách hàng hiện tại của Cigna, vui lòng gọi số ở mặt sau thẻ Hội viên. Các trường hợp khác xin gọi số 1.800.244.6224 (TTY: Quay số 711).

**Korean** – 주의: 한국어를 사용하시는 경우, 언어 지원 서비스를 무료로 이용하실 수 있습니다. 현재 Cigna 가입자님들께서는 ID 카드 뒷면에 있는 전화번호로 연락해주십시오. 기타 다른 경우에는 1.800.244.6224 (TTY: 다이얼 711)번으로 전화해주십시오.

**Tagalog** – PAUNAWA: Makakakuha ka ng mga serbisyo sa tulong sa wika nang libre. Para sa mga kasalukuyang customer ng Cigna, tawagan ang numero sa likuran ng iyong ID card. O kaya, tumawag sa 1.800.244.6224 (TTY: I-dial ang 711).

**Russian** – ВНИМАНИЕ: вам могут предоставить бесплатные услуги перевода. Если вы уже участвуете в плане Cigna, позвоните по номеру, указанному на обратной стороне вашей идентификационной карточки участника плана. Если вы не являетесь участником одного из наших планов, позвоните по номеру 1.800.244.6224 (TTY: 711).

**Arabic** – برجاء الانتباه خدمات الترجمة المجانية متاحة لكم. لعملاء Cigna الحاليين برجاء الاتصال بالرقم المدون على ظهر بطاقتكم الشخصية. او اتصل ب 1.800.244.6224 (TTY: اتصل ب 711).

**French Creole** – ATANSYON: Gen sèvis èd nan lang ki disponib gratis pou ou. Pou kliyan Cigna yo, rele nimewo ki dèyè kat ID ou. Sinon, rele nimewo 1.800.244.6224 (TTY: Rele 711).

**French** – ATTENTION: Des services d'aide linguistique vous sont proposés gratuitement. Si vous êtes un client actuel de Cigna, veuillez appeler le numéro indiqué au verso de votre carte d'identité. Sinon, veuillez appeler le numéro 1.800.244.6224 (ATS : composez le numéro 711).

**Portuguese** – ATENÇÃO: Tem ao seu dispor serviços de assistência linguística, totalmente gratuitos. Para clientes Cigna atuais, ligue para o número que se encontra no verso do seu cartão de identificação. Caso contrário, ligue para 1.800.244.6224 (Dispositivos TTY: marque 711).

**Polish** – UWAGA: w celu skorzystania z dostępnej, bezpłatnej pomocy językowej, obecni klienci firmy Cigna mogą dzwonić pod numer podany na odwrocie karty identyfikacyjnej. Wszystkie inne osoby prosimy o skorzystanie z numeru 1 800 244 6224 (TTY: wybierz 711).

**Japanese** – 注意事項:日本語を話される場合、無料の言語支援サービスをご利用いただけます。現在のCignaのお客様は、IDカード裏面の電話番号まで、お電話にてご連絡ください。その他の方は、1.800.244.6224（TTY: 711）まで、お電話にてご連絡ください。

**Italian** – ATTENZIONE: Sono disponibili servizi di assistenza linguistica gratuiti. Per i clienti Cigna attuali, chiamare il numero sul retro della tessera di identificazione. In caso contrario, chiamare il numero 1.800.244.6224 (utenti TTY: chiamare il numero 711).

**German** – ACHTUNG: Die Leistungen der Sprachunterstützung stehen Ihnen kostenlos zur Verfügung. Wenn Sie gegenwärtiger Cigna-Kunde sind, rufen Sie bitte die Nummer auf der Rückseite Ihrer Krankenversicherungskarte an. Andernfalls rufen Sie 1.800.244.6224 an (TTY: Wählen Sie 711).

**Persian (Farsi)** – توجه: خدمات کمک زبانی، به صورت رایگان به شما ارائه می‌شود. برای مشتریان فعلی Cigna، لطفاً با شماره‌ای که در پشت کارت شناسایی شماست تماس بگیرید. در غیر اینصورت با شماره 1.800.244.6224 تماس بگیرید (شماره تلفن ویژه ناشنوایان: شماره 711 را شمارگیری کنید).

EXH E  pg. 15

A.G. v. Cigna 001574

**393**

EXHIBIT F



Appeals
PO Box 188064
Chattanooga, TN 37422



February 28, 2019

RE: ███████████████. on behalf of your Employer Plan

Name: ████████
████████
Provider: ████████
Dates of Service: ████████
████████
Claim Amount: $15,200.00, $13,300.00, $12,250.00, $12,250.00, $8,750.00, $9,500.00, $9,500.00, $11,400.00, $7,600.00, $9,500.00, $7,600.00, $13,300.00, $7,600.00, $7,600.00, $7,600.00, $1,900.00, $13,300.00

███████████, a licensed utilization review agent, reviews certain
████████████

Dear ████

On February 5, 2019, we received an appeal request concerning our decision to deny
████████████████████████

**Appeal Decision**
After reviewing the appeal submitted by ████████ the original decision to deny
████████████████████ is upheld. All the original information in your file, the information submitted with this request and the terms of your benefit plan were reviewed.

"Cigna" and the "Tree of Life" logo are service marks of Cigna Intellectual Property, Inc., licensed for use by Cigna Corporation and its operating subsidiaries. All products and services are provided by or through such operating subsidiaries and not by Cigna Corporation. Such operating subsidiaries include Cigna Health and Life Insurance Company, Connecticut General Life Insurance Company, Cigna Behavioral Health, Inc., Cigna Health Management, Inc., and HMO or service company subsidiaries of Cigna Health Corporation and Cigna Dental Health, Inc. Please refer to your ID card for the subsidiary that insures or administers your benefit plan. Cigna Health Management Inc. and Cigna Behavioral Health, Inc. are licensed or certified utilization review entities.

EXH F pg. 1

Please know that ████████████████████████ also reviewed your information and agrees with this decision.

**More About The Decision**
This decision was made on February 26, 2019 by ████████████████████
████████████████

This decision was based on the following:

███████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████

**For More Information**
If you would like to request informatio ███████████████████████████
███████████████████████████████████████████please either
contact your █████████████████████ or go to http://www.cigna.com/privacy/
privacy ████████████ forms.html or call the Customer Service number on the back of
your ID card.

███████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████
https://www.cigna.com/static/www-cigna-com/doc ██████████████████
██████████████████████████

Scroll through the Table of Contents and click on th ████████████████ for
██████████████████████████ to view. If you do not have access to the
Internet you may obtain a hard copy of the guideline free of charge by calling (800)
241-4057, ext. 7962009.

You are entitled to receive free of charge, copies of all documents, records and other information relevant to your appeal for benefits. This includes the benefit provision, guideline or protocol upon which the decision was made. If you want to request this material, or if you have any questions, please write to us at:

EXH F pg. 2

A.G. v. Cigna 001117

Cigna ██████████h, Inc.
Attn: Appeals
PO Box 188064
Chattanooga, TN 37422

You may also call our Customer Service Department at the toll-free number listed on
your Cigna ID card. We'll be happy to help you.



Enclosures:      Your Rights and Other Important Information About an Appeal
                 Language Assistance Form
                 Non-Discrimination and Language Assistance Notice
                 CA Language Assistance Form
                 Request for IRO Review and Release Form

c:     ██████████
          Kantor & Kantor
████████████████████

## Your Rights and Other Important
## Information About An Additional Appeal

This decision represents the final step of the **internal** appeal process. However, if your plan is governed by ERISA, you also have the right to bring legal action under Section 502 (a) of ERISA within three (3) years.

For questions about your appeal rights or for assistance, you may contact the Employee Benefits Security Administration at 1-866-444-EBSA (3272) or www.askebsa.dol.gov.

You have the right to appeal this decision directly using the Cigna External Review Program. It provides an independent review of your appeal by an external organization that's not connected to Cigna.

The independent organizations are known as Independent Review Organizations or an IRO. The IROs Cigna uses for this program are separate companies, not connected to Cigna professionally or financially. The decisions made by the IROs are binding, meaning Cigna must accept it.

There's no charge to you for this program. **To be eligible to use the IRO appeal program, you must request a review within four (4) months of the date of this letter.**

Once the review is complete, you'll receive a letter with the decision. If you want to appeal through this external review program, the Customer must complete and sign the attached <u>Request for IRO Review and Release Form</u> and send it to the address below. The form has been sent to the Customer for their signature.

████████████████████.

Attn: External Appeal Processing Unit
PO Box 188064
Chattanooga, TN 37422
Fax: (877) 815-4827

To get additional information about how the IROs are selected or about their relationship to Cigna, call us using the number on the back of your Cigna ID card.

**Additional Information related to the Affordable Care Act**
If you're not satisfied with the final internal review, you may be able to ask for an independent, external review of our decision, as determined by your plan and any state or federal requirements.

Your state may also offer a consumer assistance or an ombudsman program to help you. Go online to mycigna.com, click on the Legal Disclaimer link at the bottom of the page, and select "State Ombudsman/Consumer Assistance Programs" from the drop down menu. If you have difficulty accessing the website, call Customer Service at the toll-free number listed on the back of your Cigna ID card.

Please note that these program offices may not be the offices designated to receive your request for an external review. See the external review information above if applicable.

EXH F pg. 4

A.G. v. Cigna 001119

**398**

**Language Assistance**

If you have difficulty reading English, we offer language assistance. For help please call the
Customer Service number on your ID card.

Si tiene problemas para leer el texto en inglés, le ofrecemos asistencia de idiomas. Para obtener
ayuda, por favor, llame al número de Servicio al cliente que figura en su tarjeta de identificación.

Si vous avez des difficultés à lire l'anglais, nous offrons une assistance linguistique. Pour toute
aide, veuillez composer le numéro du Service à la clientèle qui se trouve sur votre carte
d'identification.

Für den Fall, dass Sie den englischen Text nicht verstehen, bieten wir mehrsprachige
Unterstützung an.  Rufen Sie in diesem Fall bitte die auf Ihrer Versicherungskarte angegebene
Kundenservice-Nummer an.

Kung nahihirapan ka sa pagbabasa ng wikang Ingles, nag-aalok kami ng tulong sa wika. Para sa
tulong pakitawagan ang numero ng Serbisyo ng Customer sa iyong ID card.

如果對您來說閱讀英文會有困難，我們可以提供您語言協助。欲取得協助，請撥打會員卡上的客戶
服務電話號碼。

Bilagáana Bizaad wólta' nił nanitł'ahgo, saad bee niká'a'doowołígíí hóló̖. Áká'a'áyeed
biniiyé t'áá shó̖ọdi áká'anídaalwo'go dabinaanishígíí bich'įʼ hodíílnih éí naaltsoos bee
nee hózinígíí bikáa'gi bibéésh bee hane'é yisdzoh.

A.G. v. Cigna 001120

# DISCRIMINATION IS AGAINST THE LAW

## Medical coverage

Cigna complies with applicable Federal civil rights laws and does not discriminate on the basis of race, color, national origin, age, disability, or sex. Cigna does not exclude people or treat them differently because of race, color, national origin, age, disability, or sex.

Cigna:

• Provides free aids and services to people with disabilities to communicate effectively with us, such as:
  – Qualified sign language interpreters
  – Written information in other formats (large print, audio, accessible electronic formats, other formats)
• Provides free language services to people whose primary language is not English, such as:
  – Qualified interpreters
  – Information written in other languages

If you need these services, contact customer service at the toll-free number shown on your ID card, and ask a Customer Service Associate for assistance.

If you believe that Cigna has failed to provide these services or discriminated in another way on the basis of race, color, national origin, age, disability, or sex, you can file a grievance by sending an email to ACAGrievance@Cigna.com or by writing to the following address:

Cigna
Nondiscrimination Complaint Coordinator
PO Box 188016
Chattanooga, TN  37422

If you need assistance filing a written grievance, please call the number on the back of your ID card or send an email to ACAGrievance@Cigna.com. You can also file a civil rights complaint with the U.S. Department of Health and Human Services, Office for Civil Rights electronically through the Office for Civil Rights Complaint Portal, available at https://ocrportal.hhs.gov/ocr/portal/lobby.jsf, or by mail or phone at:

U.S. Department of Health and Human Services
200 Independence Avenue, SW
Room 509F, HHH Building
Washington, DC 20201
1.800.368.1019, 800.537.7697 (TDD)
Complaint forms are available at
http://www.hhs.gov/ocr/office/file/index.html.



All Cigna products and services are provided exclusively by or through operating subsidiaries of Cigna Corporation, including Cigna Health and Life Insurance Company, Connecticut General Life Insurance Company, Cigna Behavioral Health, Inc., Cigna Health Management, Inc., and HMO or service company subsidiaries of Cigna Health Corporation and Cigna Dental Health, Inc. The Cigna name, logos, and other Cigna marks are owned by Cigna Intellectual Property, Inc. ATTENTION: If you speak languages other than English, language assistance services, free of charge are available to you. For current Cigna customers, call the number on the back of your ID card. Otherwise, call 1.800.244.6224 (TTY: Dial 711). ATENCIÓN: Si usted habla un idioma que no sea inglés, tiene a su disposición servicios gratuitos de asistencia lingüística. Si es un cliente actual de Cigna, llame al número que figura en el reverso de su tarjeta de identificación. Si no lo es, llame al 1.800.244.6224 (los usuarios de TTY deben llamar al 711).

896375a  05/17     © 2017 Cigna.

## Proficiency of Language Assistance Services

**English** – ATTENTION: Language assistance services, free of charge, are available to you. For current Cigna customers, call the number on the back of your ID card. Otherwise, call 1.800.244.6224 (TTY: Dial 711).

**Spanish** – ATENCIÓN: Hay servicios de asistencia de idiomas, sin cargo, a su disposición. Si es un cliente actual de Cigna, llame al número que figura en el reverso de su tarjeta de identificación. Si no lo es, llame al 1.800.244.6224 (los usuarios de TTY deben llamar al 711).

**Chinese** – 注意：我們可為您免費提供語言協助服務。對於 Cigna 的現有客戶，請致電您的 ID 卡背面的號碼。其他客戶請致電 1.800.244.6224 （聽障專線：請撥 711）。

**Vietnamese** – XIN LƯU Ý: Quý vị được cấp dịch vụ trợ giúp về ngôn ngữ miễn phí. Dành cho khách hàng hiện tại của Cigna, vui lòng gọi số ở mặt sau thẻ Hội viên. Các trường hợp khác xin gọi số 1.800.244.6224 (TTY: Quay số 711).

**Korean** – 주의: 한국어를 사용하시는 경우, 언어 지원 서비스를 무료로 이용하실 수 있습니다. 현재 Cigna 가입자님께서는 ID 카드 뒷면에 있는 전화번호로 연락해주십시오. 기타 다른 경우에는 1.800.244.6224 (TTY: 다이얼 711)번으로 전화해주십시오.

**Tagalog** – PAUNAWA: Makakakuha ka ng mga serbisyo sa tulong sa wika nang libre. Para sa mga kasalukuyang customer ng Cigna, tawagan ang numero sa likuran ng iyong ID card. O kaya, tumawag sa 1.800.244.6224 (TTY: I-dial ang 711).

**Russian** – ВНИМАНИЕ: вам могут предоставить бесплатные услуги перевода. Если вы уже участвуете в плане Cigna, позвоните по номеру, указанному на обратной стороне вашей идентификационной карточки участника плана. Если вы не являетесь участником одного из наших планов, позвоните по номеру 1.800.244.6224 (TTY: 711).

**Arabic** – برجاء الانتباه خدمات الترجمة المجانية متاحة لكم. لعملاء Cigna الحاليين برجاء الاتصال بالرقم المدون علي ظهر بطاقتكم الشخصية. او اتصل ب 1.800.244.6224 (TTY: اتصل ب 711).

**French Creole** – ATANSYON: Gen sèvis èd nan lang ki disponib gratis pou ou. Pou kliyan Cigna yo, rele nimewo ki dèyè kat ID ou. Sinon, rele nimewo 1.800.244.6224 (TTY: Rele 711).

**French** – ATTENTION: Des services d'aide linguistique vous sont proposés gratuitement. Si vous êtes un client actuel de Cigna, veuillez appeler le numéro indiqué au verso de votre carte d'identité. Sinon, veuillez appeler le numéro 1.800.244.6224 (ATS : composez le numéro 711).

**Portuguese** – ATENÇÃO: Tem ao seu dispor serviços de assistência linguística, totalmente gratuitos. Para clientes Cigna atuais, ligue para o número que se encontra no verso do seu cartão de identificação. Caso contrário, ligue para 1.800.244.6224 (Dispositivos TTY: marque 711).

**Polish** – UWAGA: w celu skorzystania z dostępnej, bezpłatnej pomocy językowej, obecni klienci firmy Cigna mogą dzwonić pod numer podany na odwrocie karty identyfikacyjnej. Wszystkie inne osoby prosimy o skorzystanie z numeru 1 800 244 6224 (TTY: wybierz 711).

**Japanese** – 注意事項:日本語を話される場合、無料の言語支援サービスをご利用いただけます。現在のCignaのお客様は、IDカード裏面の電話番号まで、お電話にてご連絡ください。その他の方は、1.800.244.6224（TTY: 711）まで、お電話にてご連絡ください。

**Italian** – ATTENZIONE: Sono disponibili servizi di assistenza linguistica gratuiti. Per i clienti Cigna attuali, chiamare il numero sul retro della tessera di identificazione. In caso contrario, chiamare il numero 1.800.244.6224 (utenti TTY: chiamare il numero 711).

**German** – ACHTUNG: Die Leistungen der Sprachunterstützung stehen Ihnen kostenlos zur Verfügung. Wenn Sie gegenwärtiger Cigna-Kunde sind, rufen Sie bitte die Nummer auf der Rückseite Ihrer Krankenversicherungskarte an. Andernfalls rufen Sie 1.800.244.6224 an (TTY: Wählen Sie 711).

**Persian (Farsi)** – توجه: خدمات کمک زبانی، به صورت رایگان به شما ارائه می‌شود. برای مشتریان فعلی Cigna، لطفاً با شماره‌ای که در پشت کارت شناسایی شماست تماس بگیرید. در غیر اینصورت با شماره 1.800.244.6224 تماس بگیرید (شماره تلفن ویژه ناشنوایان: شماره 711 را شماره‌گیری کنید).

896375a  05/17

**No Cost Language Services** for customers who live in California and customers who live outside of California who are covered under a policy issued in California. You can get an interpreter. You can get documents read to you and some sent to you in your language. For help, call us at the number listed on your ID card or 1-800-244-6224 for Cigna medical/dental or 1-866-421-8629 for Cigna Behavioral Health mental health/substance abuse. For more help, call either the HMO Help Center at 1-888-466-2219 or for Non-HMO plans (e.g. PPO) call the CA Dept. of Insurance at 1-800-927-4357. **English**

**Servicios de idioma sin costo** para asegurados que viven en California y para asegurados que viven fuera de California y que están cubiertos por una póliza emitida en California. Puede obtener un intérprete. Puede hacer que le lean los documentos en español y que le envíen algunos de ellos en ese idioma. Para obtener ayuda, llámenos al número que aparece en su tarjeta de identificación o al 1-800-244-6224 para servicios médicos/dentales de Cigna o al 1-866-421-8629 para servicios de salud mental/farmacodependencia de Cigna Behavioral Health. Para obtener ayuda adicional, llame al Centro de ayuda HMO al 1-888-466-2219 o para los planes que no sean HMO (p. ej. PPO) llame al Departamento de Seguros de CA al 1-800-927-4357. **Spanish**

居住在加州境內的被保人和居住在加州境外但受到加州境內核發保單承保的被保人可取得**免費語言服務**。您可取得口譯服務。我們可以用中文將文件讀給您聽，並將部分備有中文版的文件寄送給您。欲取得協助，請撥打您會員卡上所列示的電話號碼，或致電 1-800-244-6224 與 Cigna 醫療／牙科聯絡，或撥打 1-866-421-8629 聯繫 Cigna Behavioral Health 精神健康／物質濫用。欲取得其他協助，請致電 1-888-466-2219 與 HMO 協助中心聯絡，或非 HMO 計畫（例如：PPO）請致電 1-800-927-4357 與加州保險部聯絡。**Chinese**

**خدمات لغوية بدون تكلفة** للعملاء المقيمين في ولاية كاليفورنيا والعملاء المقيمين خارج ولاية كاليفورنيا الذين تشملهم سياسة تأمين صادرة في ولاية كاليفورنيا. يُمكنك الاستعانة بمترجم. يمكنك طلب قراءة الوثائق لك وإرسال بعض منها إليك بلغتك. للحصول على المساعدة، اتصل بنا على الرقم المبين على بطاقة عضويتك أو على الرقم 1-800-244-6224 لخدمات Cigna الطبية / صحة الأسنان أو على الرقم 1-866-421-8629 لخدمات Cigna للصحة السلوكية والنفسية / إساءة استخدام المواد المخدرة. للحصول على المزيد من المساعدة، اتصل بنا بمركز HMO للمساعدة على الرقم 1-888-466-2219 أو للبرامج الأخرى غير HMO (مثل PPO)، اتصل بإدارة التأمين لولاية كاليفورنيا على الرقم 1-800-927-4357. **Arabic**

캘리포니아 거주 고객 및 캘리포니아에서 발행된 보험으로 보장을 받는 캘리포니아 이외 지역 거주 고객님들을 위한 **무료 언어 지원 서비스**. 귀하는 통역 서비스를 받으실 수 있습니다. 한국어로 서류를 낭독해주는 서비스를 받으실 수 있으며 한국어로 번역된 서류를 받아보실 수도 있습니다. 도움이 필요하신 분은 본인의 ID 카드상에 기재된 안내번호 혹은 Cigna 의료/치과 안내번호(1-800-244-6224번), 혹은 Cigna Behavioral Health 정신 건강/약물 남용 안내번호(1-866-421-2219번)으로 연락해주십시오. 더 많은 도움이 필요하신 분은 HMO 헬프 센터(HMO Help Center), 안내번호 1-888-466-2219번으로 문의하시거나 비-HMO 플랜(예: PPO)에 해당하시는 분은 캘리포니아주 보험국(CA Dept. of Insurance), 안내번호 1-800-927-4357번으로 연락해주십시오. **Korean**

**Walang Gastos na Mga Serbisyo sa Wika** para sa mga customer na nakatira sa California at mga customer na nakatira sa labas ng California na sakop ng isang polisiyang inisyu sa California. Makakakuha ka ng interpreter. Maaari mong ipabasa para sa iyo ang mga dokumento at maaaring ipadala sa iyo ang ilan sa iyong wika. Para sa tulong, tawagan kami sa numerong nakalista sa iyong ID card o sa 1-800-244-6224 para sa medikal/dental ng Cigna o sa 1-866-421-8629 para sa kalusugang pangkaisipan/pag-abuso sa droga ng Cigna Behavioral Health. Para sa karagdagang tulong, tumawag sa HMO Help Center sa 1-888-466-2219 o para sa mga planong Hindi HMO (hal. PPO) tawagan ang CA Dept. of Insurance sa 1-800-927-4357. **Tagalog**

**Dịch vụ trợ giúp ngôn ngữ miễn phí** cho khách hàng sinh sống trong tiểu bang California và khách hàng sống ngoài California được đài thọ qua một hợp đồng bảo hiểm y tế ký kết tại California. Quý vị có thể được cấp thông dịch viên. Quý vị có thể được có người đọc văn bản cho quý vị hoặc được nhận tài liệu, văn bản bằng ngôn ngữ của quý vị. Để được giúp đỡ, vui lòng gọi cho chúng tôi tại số điện thoại ghi trên thẻ hội viên (ID) của quý vị hoặc gọi cho chương trình bảo hiểm y tế/nha khoa Cigna tại số 1-800-244-6224, hoặc gọi số 1-866-421-8629 cho chương trình chăm sóc sức khỏe tâm thần/lạm dụng chất gây nghiện thuộc Chương trình Sức khỏe Hành vi của Cigna. Để được giúp đỡ thêm, vui lòng gọi Trung tâm Trợ giúp HMO tại 1-888-466-2219 hoặc gọi Bộ Bảo hiểm California tại số 1-800-927-4357 cho các vấn đề thuộc các chương trình bảo hiểm không thuộc loại HMO (như các chương trình PPO). **Vietnamese**

**សេវាបកប្រែភាសាដោយឥតគិតថ្លៃ** សំរាប់អតិថិជនដែលរស់នៅក្នុងរដ្ឋកាលីហ្វ័រញ៉ា និងអតិថិជនដែលរស់នៅក្រៅរដ្ឋកាលីហ្វ័រញ៉ា ដែលបានរ៉ាប់រងនៅក្រោមប្លង់សន្យា បានចេញឲ្យក្នុងរដ្ឋកាលីហ្វ័រញ៉ាៗ អ្នកអាចទទួលបានអ្នកបកប្រែផ្ទាល់មាត់ៗ អ្នកអាចឲ្យគេអានឯកសារឲ្យស្តាប់ ឬទទួលឯកសារ៖ ទៅឲ្យអ្នក ជាភាសាខ្មែរៗ សំរាប់ជំនួយ សូមទូរស័ព្ទមកយើង តាមលេខដូចមានកត់នៅលើប័ណ្ណ ID របស់អ្នក ឬលេខ 1-800-244-6224 សំរាប់ខាង សុខភាព/ធ្មេញ Cigna ឬ 1-866-421-8629 សំរាប់ខាងផ្នែកបញ្ហាសុខភាពអារម្មណ៍/ការលោភសារធាតុញៀនៃ Cignaៗ សំរាប់ជំនួយថែមទៀត ទូរស័ព្ទទៅមជ្ឈមណ្ឌលជំនួយ HMO តាមលេខ 1-888-466-2219 ឬសំរាប់គំរោងមិនមែនជា HMO (ដូចជា PPO) ទូរស័ព្ទទៅ ក្រសួងធានារ៉ាប់រង រដ្ឋកាលីហ្វ័រញ៉ា តាមលេខ 1-800-927-4357ៗ **Khmer**

**ਮੁਫ਼ਤ ਭਾਸ਼ਾ ਸੇਵਾਵਾਂ** ਉਹਨਾਂ ਗਾਹਕਾਂ ਲਈ ਹਨ ਜੋ ਕੈਲੀਫ਼ੋਰਨੀਆ ਵਿੱਚ ਰਹਿੰਦੇ ਹਨ ਅਤੇ ਉਹਨਾਂ ਗਾਹਕਾਂ ਲਈ ਜੋ ਕੈਲੀਫ਼ੋਰਨੀਆ ਤੋਂ ਬਾਹਰ ਰਹਿੰਦੇ ਹਨ ਅਤੇ ਕੈਲੀਫ਼ੋਰਨੀਆ ਵਿੱਚ ਜਾਰੀ ਕੀਤੀ ਗਈ ਪਾਲਿਸੀ ਦੇ ਅਧੀਨ ਕਵਰਡ ਹਨ। ਤੁਹਾਨੂੰ ਦੁਭਾਸ਼ੀਆ ਮਿਲ ਸਕਦਾ ਹੈ। ਤੁਹਾਨੂੰ ਤੁਹਾਡੀ ਭਾਸ਼ਾ ਵਿੱਚ ਦਸਤਾਵੇਜ਼ ਪੜ੍ਹ ਕੇ ਸੁਣਾਏ ਜਾ ਸਕਦੇ ਹਨ ਅਤੇ ਕੁਝ ਤੁਹਾਨੂੰ ਭੇਜੇ ਜਾ ਸਕਦੇ ਹਨ। ਮਦਦ ਲਈ ਸਾਨੂੰ ਆਪਣੇ ਆਈ.ਡੀ. ਕਾਰਡ ਉੱਤੇ ਦਿੱਤੇ ਗਏ ਨੰਬਰ ਤੇ ਜਾਂ Cigna ਮੈਡੀਕਲ/ਡੈਂਟਲ ਲਈ 1-800-244-6224 ਤੇ ਜਾਂ Cigna ਵਿਵਹਾਰਕ ਸਿਹਤ ਮਾਨਸਿਕ ਸਿਹਤ/ਪਦਾਰਥਾਂ ਦੇ ਦਰਉਪਯੋਗ ਲਈ 1-866-421-8629 ਤੇ ਫ਼ੋਨ ਕਰੋ। ਹੋਰ ਮਦਦ ਲਈ, ਜਾਂ ਤਾਂ HMO ਮਦਦ ਕੇਂਦਰ ਨੂੰ 1-888-466-2219 ਤੇ ਫ਼ੋਨ ਕਰੋ ਜਾਂ ਗੈਰ HMO ਯੋਜਨਾਵਾਂ (ਉਦਾਹਰਣ ਲਈ PPO) ਲਈ CA ਦੇ ਬੀਮਾ ਵਿਭਾਗ (CA Dept. of Insurance) ਨੂੰ 1-800-927-4357 ਤੇ ਫ਼ੋਨ ਕਰੋ। **Punjabi**

<div dir="rtl">

**خدمات مجانی مربوط به زبان** برای مشتریانی که در کالیفرنیا زندگی می کنند و مشتریانی که در خارج کالیفرنیا زندگی کرده و بر اساس بیمه نامه ای که در کالیفرنیا صادر شده تحت پوشش هستند. می توانید از خدمات یک مترجم شفاهی برخوردار شوید. می توانید بگویید که مدارک به زبان شما برایتان قرائت شوند و برخی از آنها به زبان برایتان ارسال شوند. برای دریافت کمک، با ما از طریق شماره تلفنی که روی کارت شناسائی شما قید شده است تماس بگیرید و یا به شماره 1-800-244-6224 برای طرح پزشکی/دندانپزشکی Cigna و یا به شماره 1-866-421-8629 برای برنامه بهداشت روانی/سوء استفاده از مواد مخدر طرح بهداشت رفتاری Cigna تلفن کنید. برای دریافت کمک بیشتر، به مرکز کمک HMO به شماره 1-866-466-2219 و یا به طرح های غیر HMO (برای مثال PPO) به اداره بیمه کالیفرنیا به شماره 1-800-927-4357 تلفن کنید. **Persian**

</div>

**無料の言語サービス**。カリフォルニア州にお住まいのお客様、および、カリフォルニア州外にお住まいで、カリフォルニア州において発行された保険のお客様が対象。通訳がご利用でき、書類を日本語でお読みします。また、書類によっては日本語版をお届けできるものもあります。サービスをご希望の方は、IDカードに記載の電話番号、またはCigna医療・歯科サービス担当：1-800-244-6224、またはCigna Behavioral Health（メンタルヘルス・薬物乱用）サービス担当：1-866-421-8629までご連絡ください。その他のお問い合わせは、HMO Help Center：1-888-466-2219、またはNon-HMOプラン（例：PPO「優先医療給付機構」）については、カリフォルニア州保険庁、1-800-927-4357までご連絡ください。**Japanese**

**Бесплатные услуги перевода** для клиентов, проживающих на территории штата Калифорния, а также для тех клиентов, которые проживают за его пределами и имеют страховой полис, выданный в штате Калифорния. Вы имеете право воспользоваться услугами устного переводчика. Вам могут прочесть ваши документы, а также выслать перевод некоторых из них на вашем языке. Для получения помощи, позвоните нам по телефону, указанному в вашей Идентификационной карте, по вопросам медицинского и стоматологического обслуживания, предоставляемого компанией Cigna, позвоните по телефону 1-800-244-6224, по вопросам связанным с психическим здоровьем/злоупотреблением алкоголем или наркотиками обращайтесь по телефону 1-866-421-8629 в программу Cigna Behavioral Health. Для получения дополнительной помощи обращайтесь либо в Центр поддержки НМО по телефону 1-888-466-2219 либо обращайтесь в Министерство страхования штата Калифорния (CA Dept. of Insurance) по телефону 1-800-927-4357 для получения информации в отношении не НМО планов (например РРО). **Russian**

**Անվճար Լեզվական Ծառայություններ** անդամների համար, ովքեր բնակվում են Կալիֆորնիայում և անդամների համար, ովքեր բնակվում են Կալիֆորնիայից դուրս բայց ապահովագրված են Կալիֆորնիայում տրված ապահովագրությամբ։ Դուք կարող եք թարգմանիչ ձեռք բերել։ Դուք կարող եք փաստաթղթերը ձեր լեզվով ընթերցել, իսկ ձեզ համար և նրանից մի մասը ստանալ ձեր լեզվով։ Օգնության համար, զանգահարեք մեզ ձեր ինքնության (ID) տոմսի վրա նշված համարով՝ կամ 1-800-244-6244, Cigna-ի բժշկական/ստոմատոլոգիական ծրագրի համար կամ՝ 1-866-421-8629 Cigna Վարվեցողական Առողջապահության հոգևան առողջության/թմրամոլության համար: Լրացուցիչ օգնության համար զանգահարեք կամ մ Օգնության կենտրոն 1-888-466-2219 համարով կամ՝ Ոչ-HMO ծրագրերի համար (օրինակ՝ PPO) զանգահարեք Կալիֆորնիայի Ապահովագրության Բաժանմունք 1-800-927-4357 համարով: **Armenian**

**Cov Kev Pab Txhais Lus Uas Tsis Tau Them Nqi** rau cov qhua uas nyob hauv xeev California thiab cov qhua uas nyob tawm Xeev California uas tau muaj kev pov fwm los ntawm California. Koj yeej muaj tau tus neeg txhais lus. Koj hais tau kom muab cov ntawv nyeem rau koj mloog thiab kom muab qee cov ntaub ntawv txhais ua koj hom lus xa rau. Yog xav tau kev pab, hu rau peb ntawm tus xov tooj nyob hauv koj daim yuaj ID los sis 1-800-244-6224 rau Cigna chaw pab them nqi kho mob/kho hniav los sis 1-866-421-8629 rau Cigna Chaw pab them nqi kho Kev Coj Cuj Pwm kev puas hlwb/kev quav tshuaj yeeb dej caw. Yog xav tau kev pab ntxiv, hu rau HMO Qhov Chaw Muab Kev Pab ntawm tus xov tooj 1-888-466-2219 los sis rau cov chaw pab them nqi kho mob uas Tsis Koom HMO (piv txwv li yog PPO) hu rau CA Lub Tuam Tsev Tswj Xyuas Txog Kev Tuav Pov Hwm ntawm 1-800-927-4357. **Hmong**

कैलिफोर्निया और कैलिफोर्निया के बाहर रहने वाले कैलिफोर्निया में जारी पॉलिसी के तहत कवर किये गए ग्राहकों के लिए **निःशुल्क भाषा सेवाएं**। आप एक दुभाषिया प्राप्त कर सकते हैं। आप इन दस्तावेज़ों को किसी से पढ़वा सकते हैं और कुछ दस्तावेज़ों को अपनी भाषा में प्राप्त कर सकते हैं। Cigna स्वास्थ्य/दंत के लिए अपने ID कार्ड पर सूचीबद्ध नंबर 1-800-244-6224 पर या Cigna व्यवहार स्वास्थ्य मानसिक स्वास्थ्य/नशे की अधिकता की सहायता के लिए, 1-866-421-8629 पर कॉल करें। अधिक सहायता के लिए, HMO सहायता केंद्र पर 1-888-466-2219 पर कॉल करें या गैर-HMO योजनाओं (उदा. PPO) के लिए 1-800-927-4357 पर CA बीमा विभाग (CA Dept. of Insurance) को कॉल करें। **Hindi**

**บริการภาษาโดยไม่เสียค่าใช้จ่าย** สำหรับลูกค้าที่อาศัยอยู่ในรัฐแคลิฟอร์เนีย และที่อาศัยอยู่นอกรัฐแคลิฟอร์เนียที่ได้รับ การคุ้มครองภายใต้กรมธรรม์ที่ออกในรัฐแคลิฟอร์เนีย คุณสามารถขอล่ามแปลภาษาได้ คุณสามารถขอให้อ่านเอกสารให้ คุณฟัง และขอให้ส่งเอกสารบางส่วนถึงคุณเป็นภาษาของคุณ หากต้องการความช่วยเหลือ โปรดโทรศัพท์ถึงเราตาม หมายเลขที่ระบุไว้บนบัตรประจำตัวของคุณ หรือหมายเลข 1-800-244-6224 สำหรับบริการของ Cigna ด้านการรักษา พยาบาล/ทันตกรรมของ Cigna หรือ 1-866-421-8629 สำหรับบริการของ Cigna Behavioral Health ด้านสุขภาพจิต/การใช้ สารที่มีผลต่อจิตประสาทในทางที่ผิด หากต้องการความช่วยเหลือเพิ่มเติม โปรดโทรศัพท์ถึงศูนย์ช่วยเหลือสำหรับแผนการ รักษาพยาบาลแบบ HMO ที่หมายเลข 1-888-466-2219 หรือสำหรับแผนการรักษาพยาบาลที่ไม่ใช่ HMO (เช่น PPO) โปรดโทรศัพท์ถึง Dept. of Insurance ของรัฐแคลิฟอร์เนียที่หมายเลข 1-800-927-4357 **Thai**

EXH F pg. 10

A.G. v. Cigna 001125

**404**

*Request for IRO (Independent Review Organization) Review and Release Form*



Patient Name: _____ ID#:_____

Patient Date of Birth:_____ SR# from Prior Appeal Denial:_____

Subscriber Name (if different):_____ Relationship to Patient:_____

Subscriber's Phone Number :_____

Subscriber's Employer Name:_____

Coverage determination that I am appealing:_____

I am attaching additional information for this appeal:   ☐ Yes    ☐ No

**Please complete this section if you are authorizing someone else to act on your behalf**

I am authorizing _____(name of individual) to act on my behalf in requesting a review in accordance with Cigna's External Review Program regarding the non-coverage determination dated _____. This authorization allows Cigna to disclose any individually identifying information to my representative. This includes releasing the results of the IRO decision to the above mentioned authorized representative.

Authorized Representative's Address: _____

Relationship to member: _____

I understand that the IRO will receive and review the following information from Cigna, its Agents or subsidiaries:
- My medical records and other documents that were reviewed during the internal review process.
- Documents from the internal review process, including a statement of the criteria and clinical reasons for the initial coverage decision.
- The contract document for my health care benefit plan (the description of my coverage).
- Any additional information not presented during the internal review process related to the appeal.

I understand that I may submit additional information related to this appeal **WITH THIS FORM** to be considered in the external review process.  I understand that the decision of the IRO's reviewer(s) will be binding on Cigna and on me, except to the extent that there are other remedies available under State or Federal law.  I understand that my appeal to an IRO cannot begin until I have submitted all required information. I understand I must provide the information requested below and if applicable, sign the release of records form which allows Cigna to forward certain information to the IRO.  I understand that any forms returned to Cigna incomplete will be returned to me for completion and my appeal will not be forwarded to the IRO until I complete the form and provide all requested information.

**I have read and understand the above information.**

**Signature of patient electing appeal:** _____ **Date:** _____

If patient is unable to give consent because of physical condition or age, complete the following:

Patient is a minor _____Years of age or is unable to give consent, because _____

**Signature of Parent/Guardian/POA:**_____ **Date:**_____

**Relationship:** _____

Return Completed Form To:  **Cigna Behavioral Health, Inc., Attn: External Appeal Processing Unit, P.O. Box 188064, Chattanooga, TN 37422, Fax #: (877) 815-4827**

### *SPECIAL AUTHORIZATION FORM FOR RELEASE OF RECORDS*



FOR MENTAL HEALTH/REHABILITATION, ALCOHOL OR DRUG ABUSE AND OR
DEPENDENCY, HIV ANTIBODY TEST RESULT AND/OR AIDS DIAGNOSIS AND TREATMENT

**This form should only be completed if you are releasing records related to Mental Health, Alcohol or Drug Abuse or HIV Diagnosis and treatment. You do not need to complete or return this form otherwise.**

**Patient Name:** _____   **ID#:** _____

**Patient Date of Birth:** _____

**Subscriber Name (if different):** _____   **Relationship to Patient:** _____

**Subscriber's Employer Name:** _____

**Subscriber's ID#:** _____

**SPECIAL AUTHORIZATION FOR RELEASE OF RECORDS FOR MENTAL HEALTH/REHABILITATION, ALCOHOL OR DRUG ABUSE AND OR DEPENDENCY, HIV ANTIBODY TEST RESULT AND/OR AIDS DIAGNOSIS AND TREATMENT.**

**Please initial all that apply:**

_____ Include information related to diagnosis and/or treatment for alcoholism and/or drug abuse or dependency.

_____ Include information related to diagnosis and/or treatment for mental health/rehabilitation.

_____ Include information related to HIV antibody testing results and/or AIDS diagnosis and treatment.

I, _____ (Print name of member electing appeal) have elected to participate in Cigna's External Review Program and hereby authorize Cigna to release any and all relevant information identified herein to the Independent Review Organization that will review my appeal. Only information relevant to my appeal will be forwarded.

I hereby release Cigna, its Agents and Subsidiaries from any and all liability for fulfilling the authorization request for release of medical information to the Independent Review Organization.  I understand that this consent is revocable by me, in writing, at any time except to the extent that action has been taken in reliance on it.  I also understand that this consent will expire either ninety (90) days after the date of this signature or automatically when the record/information requested on this form has been provided to the requestor.

**Signature of patient electing appeal:** _____   **Date:** _____

**If patient is unable to give consent because of physical condition or age, complete the following:**

Patient is a minor _____Years of age or is unable to give consent, because _____

**Signature of Parent/Guardian/POA:** _____   **Date:** _____

**Relationship:** _____

**Signature of Witness:** _____   **Date:** _____

**PROHIBITION OF REDISCLOSURE:** Any further disclosure of the confidential information identified herein is prohibited by law.

Return Completed Form To:   **Cigna Behavioral Health, Inc., Attn: External Appeal Processing Unit, P.O. Box 188064, Chattanooga, TN 37422, Fax #: (877) 815-4827**

# EXHIBIT G



AG0064



AG0065

19036300222082

**19036300222082: 429 images.**



19036300222082

19036300222082: 429 images.

AG0066

EXH G pg. 3

A.G. v. Cigna 000734

410



AG0068

19036300222082

19036300222082: 429 images.

A.G. v. Cigna 000736

411



AG0069

1 9 0 3 6 3 0 0 2 2 2 0 8 2

**19036300222082: 429 images.**



AG0071

1 9 0 3 6 3 0 0 2 2 2 0 8 2

**19036300222082: 429 images.**



AG0082

19036300222082

19036300222082: 429 images.

EXH G pg. 7

A.G. v. Cigna 000750

414

EXHIBIT C



# CIGNA STANDARDS AND GUIDELINES/ ███████ NECESSITY CRITERIA

**Revised Edition: January 1, 2018**

A.G. v. Cigna 002309



# Table of Contents

Foreword ...................................................................................................................3
Core Principles...........................................................................................................4

**References** ...........................................................................................................**119**

1

**Editorial Staff**.............................................................................................................**122**

EXH C - pg. 3

A.G. v. Cigna 002311

# Foreword



3

A.G. v. Cigna 002312

# Core Principles



## Medical Necessity Criteria

4

A.G. v. Cigna 002313

# ███████ ███████ for Children and Adolescents

## SECTION II.

26

A.G. v. Cigna 002335



A.G. v. Cigna 002340



32

EXH C - pg. 8
A.G. v. Cigna 002341



A.G. v. Cigna 002342



34

A.G. v. Cigna 002343



A.G. v. Cigna 002344

EXH C - pg. 12
A.G. v. Cigna 002345



# SECTION V.

EXH C - pg. 13
A.G. v. Cigna 002396



88

EXH C - pg. 14

A.G. v. Cigna 002397



89

EXH C - pg. 15

A.G. v. Cigna 002398



90

A.G. v. Cigna 002399



EXH C - pg. 17
A.G. v. Cigna 002400



92

A.G. v. Cigna 002401



93

EXH C - pg. 19
A.G. v. Cigna 002402



94

A.G. v. Cigna 002403



95

A.G. v. Cigna 002404



EXH C - pg. 22
A.G. v. Cigna 002405



97

EXH C - pg. 23

A.G. v. Cigna 002406



98

EXH C - pg. 24
A.G. v. Cigna 002407



99

EXH C - pg. 25

A.G. v. Cigna 002408



100

EXH C - pg. 26
A.G. v. Cigna 002409



101

EXH C - pg. 27
A.G. v. Cigna 002410



102

EXH C - pg. 28
A.G. v. Cigna 002411



103

A.G. v. Cigna 002412

EXH C - pg. 30
A.G. v. Cigna 002413



105

A.G. v. Cigna 002414



EXH C - pg. 32
A.G. v. Cigna 002415

# References

## References:



119

A.G. v. Cigna 002428



120

A.G. v. Cigna 002429



EXH C - pg. 35

A.G. v. Cigna 002430

# Editorial Staff

### Senior Editors



### Associate Editors



### Editorial Board



EXH C - pg. 36
A.G. v. Cigna 002431

EXHIBIT D

**Kelly Anderson**

Kelly Anderson ,

**: Kelly Anderson**

A.G. v. Cigna 002169



A.G. v. Cigna 002170

Kelly Anderson , █████████████████████████

A.G. v. Cigna 002171

Shannon Mann

Kevin M. Welkos,

**Shannon Mann**

Shannon Mann

**Shannon Mann**

Shannon Mann

**Shannon Mann**

Shannon Mann

**Xue Yang**

Xue Yang,

**: Kya Fischer** :

: KYA FISCHER

A.G. v. Cigna 002172



Kya Fischer

**Shannon Mann**

Shannon Mann

**Shannon Mann**
**State:**

EXH D pg. 5

A.G. v. Cigna 002173



A.G. v. Cigna 002174

EXH D pg. 7

A.G. v. Cigna 002175

Shannon Mann

**Shannon Mann**

A.G. v. Cigna 002176

A.G. v. Cigna 002177

EXH D pg. 10

A.G. v. Cigna 002178

Shannon Mann

: Shannon Mann

A.G. v. Cigna 002179



A.G. v. Cigna 002180

Shannon Mann

**Shannon Mann**

Shannon Mann

**Shannon Mann**

Shannon Mann

**: Shannon Mann**

A.G. v. Cigna 002181

A.G. v. Cigna 002182



A.G. v. Cigna 002183

A.G. v. Cigna 002184

Shannon Mann

: Shannon Mann

Kevin Welkos

Shannon Mann

Shannon Mann c

A.G. v. Cigna 002186



Shannon Mann

Shannon Mann

A.G. v. Cigna 002187



A.G. v. Cigna 002188

EXH D pg. 21

A.G. v. Cigna 002189

Shannon Mann

**Shannon Mann**

Hoover

Shannon Mann

**Shannon Mann**

A.G. v. Cigna 002190

A.G. v. Cigna 002191

A.G. v. Cigna 002192



Shannon Mann

Shannon Mann

Shannon Mann

Shannon Mann

A.G. v. Cigna 002193

A.G. v. Cigna 002194



A.G. v. Cigna 002195



Shannon Mann

Alex Grundei

Alex Grundei

Alex Grundei

Shannon Mann

A.G. v. Cigna 002196

Shannon Mann

: Shannon Mann

A.G. v. Cigna 002197



A.G. v. Cigna 002198

Shannon Mann

**Shannon Mann**

Shannon Mann

**Shannon Mann**

A.G. v. Cigna 002199

A.G. v. Cigna 002200

A.G. v. Cigna 002201



Shannon Mann

Shannon Mann

A.G. v. Cigna 002202

A.G. v. Cigna 002203

A.G. v. Cigna 002204

Shannon Mann

**Shannon Mann**

Hoover

Shannon Mann

: **Shannon Mann**

A.G. v. Cigna 002206

EXH D pg. 39
A.G. v. Cigna 002207

Shannon Mann ████████

**Shannon Mann**

Shannon Mann ████████

**Shannon Mann**

A.G. v. Cigna 002208

A.G. v. Cigna 002209

EXH D pg. 42

A.G. v. Cigna 002210



Shannon Mann

: Shannon Mann                                                    c

Hoover                                                           d

Shannon Mann

A.G. v. Cigna 002211



A.G. v. Cigna 002212

A.G. v. Cigna 002213



Shannon Mann

: **Shannon Mann**

Shannon Mann

A.G. v. Cigna 002214



Shannon Mann

: Joanna Callan

: Shannon Mann

Shannon Mann

Shannon Mann

Joanna Callan

: Joanna Callan

A.G. v. Cigna 002215



Joanna Callan

**Joanna Callan**

Joanna Callan

**Shannon Mann**

Cirelli

Shannon Mann

**Shannon Mann**

Shannon Mann

A.G. v. Cigna 002216

Shannon Mann

A.G. v. Cigna 002217

A.G. v. Cigna 002218

Shannon Mann

**Shannon Mann**

Shannon Mann

**: Shannon Mann**

A.G. v. Cigna 002219

Shannon Mann

**: Shannon Mann**

A.G. v. Cigna 002221



Shannon Mann ██████

A.G. v. Cigna 002222

**Shannon Mann**

Hoover

Shannon Mann

**: Shannon Mann**

Shannon Mann

**Shannon Mann**

A.G. v. Cigna 002223

Exh D pg. 50

A.G. v. Cigna 002224

A.G. v. Cigna 002225

Shannon Mann

**: Shannon Mann**

Shannon Mann

**: Shannon Mann**

Shannon Mann

**Shannon Mann**

A.G. v. Cigna 002227

A.G. v. Cigna 002228



Shannon Mann

**: Shannon Mann**

Shannon Mann

**Shannon Mann**

Shannon Mann

A.G. v. Cigna 002229

**: Shannon Mann**

Shannon Mann

**: Shannon Mann**

A.G. v. Cigna 002230

Shannon Mann

**: Shannon Mann**

Shannon Mann

**Shannon Mann**

Shannon Mann

**: Shannon Mann**

Shannon Mann

**: Samuel Miller**

A.G. v. Cigna 002231



Sam Miller

**Alexis Stafford**

A.G. v. Cigna 002232

Alexis Stafford - ████████████

**Tammy Morgan**

TAMMY MORGAN ████████████████████

**Christopher Brown**

Christopher M. Brown- ████████████

**Victoria Soller**   I

A.G. v. Cigna 002233

Victoria Soller -

**: Kelsey Herrgott**

K. Herrgott,

A.G. v. Cigna 002234

**Julene Bolstad**

Julene Bolstad,

**: Julene Bolstad**

Julene Bolstad,

**: Kevin Welkos**

Kevin M. Welkos,

**: Anna Thelen**



ANNA THELEN -

**Kassie Lien**

Kassie Lien,

**Shannon Mann**

Shannon Mann

**Kya Fischer**

KYA FISCHER

A.G. v. Cigna 002236



Kya Fischer

: Steven Richter

A.G. v. Cigna 002237



Steven Richter

Steven Richter

**Shannon Mann**



A.G. v. Cigna 002239

Exh D pg. 72

A.G. v. Cigna 002240



Shannon Mann

: Shannon Mann

Shannon Mann

: Shannon Mann

Shannon Mann

Shannon Mann

A.G. v. Cigna 002241



A.G. v. Cigna 002242



A.G. v. Cigna 002243

Shannon Mann ▮▮▮▮▮▮

**Shannon Mann**

A.G. v. Cigna 002244

EXH D pg. 77

A.G. v. Cigna 002245



Shannon Mann ████████

A.G. v. Cigna 002246

**Shannon Mann**

A.G. v. Cigna 002247

Exh D pg. 60
A.G. v. Cigna 002248

Shannon Mann

**Shannon Mann**

A.G. v. Cigna 002249

A.G. v. Cigna 002250

A.G. v. Cigna 002251

Shannon Mann

**Shannon Mann**

A.G. v. Cigna 002252



A.G. v. Cigna 002253



A.G. v. Cigna 002254

Shannon Mann

**: Shannon Mann**

Kilburn

Shannon Mann

**: Shannon Mann**

Shannon Mann

**Shannon Mann**

A.G. v. Cigna 002255



A.G. v. Cigna 002256

A.G. v. Cigna 002257

Shannon Mann

**: Shannon Mann**

Shannon Mann

**: Katie Anderson**

A.G. v. Cigna 002258

Katie Anderson, ████████████

**: Shannon Mann**

Shannon Mann ████████

**Shannon Mann**

A.G. v. Cigna 002259

A.G. v. Cigna 002260



A.G. v. Cigna 002261

Shannon Mann

**: Shannon Mann**

Shannon Mann

**: Shannon Mann**

A.G. v. Cigna 002262

A.G. v. Cigna 002263



A.G. v. Cigna 002264

Shannon Mann ████████

**Bettina Kilburn** ████████████████████████████████████████████
████████████████████████████

████████: Shannon Mann ████████████████████████████

A.G. v. Cigna 002265

A.G. v. Cigna 002266

A.G. v. Cigna 002267

Bettina B. Kilburn,

**Shannon Mann**

. Kilburn,

Shannon Mann

**: Shannon Mann**



A.G. v. Cigna 002269

A.G. v. Cigna 002270



Kilburn

Shannon Mann

**Bettina Kilburn**
**91609924   Jurac State: CA**
t

: Shannon Mann

A.G. v. Cigna 002272



Chad Steph, Mike,

Dr.Steph                                        (Dr. Steph

A.G. v. Cigna 002273

Mike

Mike

(Mike

Bettina B. Kilburn,

: Shannon Mann

Shannon Mann

Shannon Mann

A.G. v. Cigna 002274



A.G. v. Cigna 002275



A.G. v. Cigna 002276



Shannon Mann

**: Shannon Mann    C**

A.G. v. Cigna 002277



A.G. v. Cigna 002278



A.G. v. Cigna 002279

EXH D pg. 112

A.G. v. Cigna 002280



Shannon Mann

**Shannon Mann**

Shannon Mann

**Molly Zeier**                                        c

Matt A.

Molly Zeier

Molly Zeier -

**: Shannon Mann   C**

Shannon Mann

**Leslie Taylor**

Matt                                    . Leslie Taylor

Matt Adlof

Leslie Taylor,

Angela, Mike

A.G. v. Cigna 002282



A.G. v. Cigna 002283

Leslie Taylor, █

Matt Adlof; ████████████

**: Russell Scheffer**

. Taylor

**: Matthew Adlof BA**

A.G. v. Cigna 002284

: Matt Adlof

Matt Adlof; _____r

**Shannon Mann**

Shannon Mann ___

**: Matthew Adlof**

Matt Adlof; _____

**Matthew Adlof**

Chris Lancaster ▇ Matt Adlof _____

Matt Adlof; _____

**: Shannon Mann**

Shannon Mann ___

**Lindsay Vanselow    _B**

: Matthew Adlof

Lindsay Vanselow,

**Frederick Green**

: Kelly Spielman                                    :

KELLY SPIELMAN,

Kelly Spielman                                                    c

A.G. v. Cigna 002287

█████████ : Kelly S, RN

KELLY SPIELMAN, █████████████

**: Sara Urban**

█████████ : Frederick Green, ████████████████
█████████ : Russell Scheffer, ██

Sara Urban, ██████████████

**Shannon Mann**

Shannon Mann

**Shannon Mann**

Shannon Mann

**Shannon Mann**

A.G. v. Cigna 002289

A.G. v. Cigna 002290

Shannon Mann

**Tyler Becker**

Tyler Becker

A.G. v. Cigna 002291

Tyler Becker

**Shannon Mann**

Shannon Mann

**Shannon Mann**

A.G. v. Cigna 002292

A.G. v. Cigna 002293



A.G. v. Cigna 002294

EXH D pg. 127

A.G. v. Cigna 002295

Shannon Mann ▉▉▉▉▉

**: Shannon Mann**

Kevin Welkos'

Shannon Mann ▉▉▉▉▉

**: Shannon Mann**

Paula w▉▉▉▉

Shannon Mann ▉▉▉T

**Ella Avagyants**

Shannon Mann

Ella Avagyants▉▉▉▉▉

**Erin Miller**

Qayyum
C▉▉▉CC Rachel M ▉▉▉▉▉.

Erin Miller▉▉▉

**Mohsin Qayyum**

Rachel Mooney

RACHEL MOONEY                                    MOHSIN QAYYUM

Rachel Mooney

Rachel Mooney

A.G. v. Cigna 002297

Rachel Mooney

Rachel Mooney

**Rachel Mooney**

Qayyum.

. Qayyum

Qayyum                          t.

Rachel Mooney

**Paula Degroot**

Paula DeGroot,

**: Rachel Mooney**

A.G. v. Cigna 002298

Rachel Mooney ██████████████████████

████ **: Rachel Mooney** ████████ █

Rachel Mooney ██████████████████████

████████ **Shannon Mann** ████████████████████ c

████████████████████████████████████ Rachel M.

████ Rachel ████ t Rachel's d ████████████████████ t

Shannon Mann ██████

0 ████████ **: Shannon Mann** ████████

Shannon Mann ██████

████████ **hannon Mann** ██████████████

██████

██████████████ Rachel M. ████████████

Shannon Mann ██████

████████ **: Rachel Mooney** ████████

A.G. v. Cigna 002299



Rachel Mooney

**: Joseph Wentzel**

Mohsin Qayyum,

Joe Wentzel,

**: Shannon Mann**

Shannon Mann

**Rachel Mooney**

: Rachel Mooney

A.G. v. Cigna 002300

Rachel Mooney

**: Shannon Mann**

Kevin Welkos

Shannon Mann

**: Shannon Mann**

Shannon Mann

**Sara Urban**

Sara Urban

**Liebe Gelman**



: Mohsin Qayyum,

A.G. v. Cigna 002302



A.G. v. Cigna 002303

A.G. v. Cigna 002304

A.G. v. Cigna 002305



--L Gelman



L Gelman

Jan F Swanson

**: Sara Urban**

Sara Urban,

**Diane Wilson**

A.G. v. Cigna 002307



Liebe Gelman,

r: Mohsin Qayyum

A.G. v. Cigna 002308

EXHIBIT E



September 21, 2018

**Cigna Behavioral Health, Inc.**
**Behavioral Operations Support Team**
**PO Box 46237**
**Eden Prairie, MN  55344**
**www.cigna.com**

███████████

RE:      ████████████████████████████████████████████ f Cigna
Health and Life Insurance Company
Date Issue Received at ████████████████ 09/17/2018
Date(s) of ████████ Requested:  09/16/2018 - Discharge
Date(s) of ████████ Denied:  09/16/2018 - Discharge
Date(s) of ████████ Authorized:  Zero (0)
Issue ID: ████████████

Dear ████████████

████████████████████, a licensed utilization review agent, reviews certain ████████████
████████████████ Cigna Health and Life Insurance Company.  Your health
benefit plan requires some services to be reviewed to determine coverage.  We received a
coverage request on 09/17/2018 for ████████████ for the following ████████████
████████████████████████████████████████████████.
After a review of the information submitted by your provider and the terms of your benefit plan,
████████████████████████████████████████████  This decision was based on the
following:

████████████████████████████████████████████████████████████████

"Cigna" and the "Tree of Life" logo are registered service marks of Cigna Intellectual Property, Inc., licensed for use by Cigna Corporation and its operating subsidiaries.  All products and services are provided exclusively by such operating subsidiaries and not by Cigna Corporation.  Such operating subsidiaries include Connecticut General Life Insurance Company (CGLIC), Cigna Health and Life Insurance Company (CHLIC), Cigna Behavioral Health, Inc. and HMO or service company subsidiaries of Cigna Health Corporation.  Cigna Behavioral Health, Inc. is licensed and accredited as a utilization review agent and Third Party Administrator.

EXH E pg. 1

██████████

Claim #:  No claim on file at the time this letter was generated.
Claim Amount:  Not applicable

████████████████████████████████████████████████

https://apps███████████████████████████████████████████
███████████████

Scroll through the Table of Contents and click on the ██████████████████ █████l
███████████████████t  to view.  If you do not have access to the Internet you may obtain a
hard copy of the guideline free of charge by calling 800.241.4057, ext. 7962009.

████████████████████████████████████████████████████████████

If you are not satisfied with this coverage decision, you, your authorized representative, or your
███████████████████on your behalf, may start the appeal process by submitting a
request along with any additional supporting information within 180 days, or longer as defined in
your benefit plan, from the date of this letter to:

████████████████

Central Appeals Unit
P.O. Box 188064
Chattanooga, TN 37422

A.G. v. Cigna 001561



**What happens in the appeals process:**
- If you appeal 

- The reviewer will make a decision no later than 30 days from when we receive your request.
- We'll mail you a letter with the decision within 30 days of your request.

**Expedited appeals**
In certain cases, we can make a decision more quickly -- within 72 hours.  This is called an expedited appeal.  Your appeal may be expedited, if you haven't had the ▓▓▓▓▓▓▓▓▓▓ and you're in one or more of these situations:

You may request an expedited appeal by calling 800.241.4057 ext. 7963346.  If you call let us know this is an expedited request.

If your plan is governed by ERISA, you also have the right to bring legal action under section 502(a) of ERISA following an adverse benefit determination.

For questions about your appeal rights or for assistance, you can contact the Employee Benefits Security Administration at 1.866.444.EBSA (3272) or www.askebsa.dol.gov.



A.G. v. Cigna 001562

You are entitled to receive free of charge, copies of, all documents, records and other information relevant to your appeal for benefits, including the benefit provision, guideline or protocol upon which the decision was based.  If you want to request copies or if you have any questions, please write to us at ███████████████, Central Appeals Unit, P.O. Box 188064, Chattanooga, TN 37422 or contact us by facsimile at 877.815.4827 or call our department at 800.241.4057 ext. 7962009.  One of our representatives will be happy to help you.

Sincerely,

Joseph W., Care Coordinator
████████████████████

Copy sent to:

8530 S 500 W
Paradise, UT 84328

Enclosure(s):  Important Additional Information
Non-Discrimination and Language Assistance Notice
California Language Assistance Program

A.G. v. Cigna 001563

**No Cost Language Services** for customers who live in California and customers who live outside of California who are covered under a policy issued in California. You can get an interpreter. You can get documents read to you and some sent to you in your language. For help, call us at the number listed on your ID card or 1-800-244-6224 for Cigna medical/dental or 1-866-421-8629 for Cigna Behavioral Health mental health/substance abuse. For more help, call either the HMO Help Center at 1-888-466-2219 or for Non-HMO plans (e.g. PPO) call the CA Dept. of Insurance at 1-800-927-4357. **English**

**Servicios de idioma sin costo** para asegurados que viven en California y para asegurados que viven fuera de California y que están cubiertos por una póliza emitida en California. Puede obtener un intérprete. Puede hacer que le lean los documentos en español y que le envíen algunos de ellos en ese idioma. Para obtener ayuda, llámenos al número que aparece en su tarjeta de identificación o al 1-800-244-6224 para servicios médicos/dentales de Cigna o al 1-866-421-8629 para servicios de salud mental/farmacodependencia de Cigna Behavioral Health. Para obtener ayuda adicional, llame al Centro de ayuda HMO al 1-888-466-2219 o para los planes que no sean HMO (p. ej. PPO) llame al Departamento de Seguros de CA al 1-800-927-4357. **Spanish**

居住在加州境內的被保人和居住在加州境外但受到加州境內核發保單承保的被保人可取得**免費語言服務**。您可取得口譯員服務。我們可以用中文將文件讀給您聽，並將部分備有中文版的文件寄送給您。欲取得協助，請撥打您會員卡上所列示的電話號碼，或致電 1-800-244-6224 與 Cigna 醫療／牙科聯絡，或撥打 1-866-421-8629 聯繫 Cigna Behavioral Health 精神健康／物質濫用。欲取得其他協助，請致電 1-888-466-2219 與 HMO 協助中心聯絡，或非 HMO 計畫（例如：PPO）請致電 1-800-927-4357 與加州保險部聯絡。**Chinese**

**خدمات لغوية بدون تكلفة** للعملاء المقيمين في ولاية كاليفورنيا والعملاء المقيمين خارج ولاية كاليفورنيا الذين تشملهم سياسة تأمين صادرة في ولاية كاليفورنيا. يُمكنك الاستعانة بمترجم. يمكنك طلب قراءة الوثائق لك وإرسال بعض منها إليك بلغتك. للحصول على المساعدة، اتصل بنا على الرقم المبين على بطاقة عضويتك أو على الرقم 1-800-244-6244 لخدمات Cigna الطبية / صحة الأسنان أو على الرقم 1-866-421-8629 لخدمات Cigna للصحة السلوكية والنفسية / إساءة استخدام المواد المخدرة. للحصول على المزيد من المساعدة، اتصل بنا بمركز HMO للمساعدة على الرقم 1-888-466-2219 أو للبرامج الأخرى غير HMO (مثل PPO)، اتصل بإدارة التأمين لولاية كاليفورنيا على الرقم 1-800-927-4357. **Arabic**

캘리포니아 거주 고객 및 캘리포니아에서 발행된 보험으로 보장을 받는 캘리포니아 이외 지역 거주 고객님들을 위한 **무료 언어 지원 서비스**. 귀하는 통역 서비스를 받으실 수 있습니다. 한국어로 서류를 낭독해주는 서비스를 받으실 수 있으며 한국어로 번역된 서류를 받아보실 수도 있습니다. 도움이 필요하신 분은 본인의 ID 카드상에 기재된 안내번호 혹은 Cigna 의료/치과 안내번호(1-800-244-6224번), 혹은 Cigna Behavioral Health 정신 건강/약물 남용 안내번호(1-866-421-2219번)으로 연락해주십시오. 더 많은 도움이 필요하신 분은 HMO 헬프 센터(HMO Help Center), 안내번호 1-888-466-2219번으로 문의하시거나 비-HMO 플랜(예: PPO)에 해당하시는 분은 캘리포니아주 보험국(CA Dept. of Insurance), 안내번호 1-800-927-4357번으로 연락해주십시오. **Korean**

**Walang Gastos na Mga Serbisyo sa Wika** para sa mga customer na nakatira sa California at mga customer na nakatira sa labas ng California na sakop ng isang polisiyang inisyu sa California. Makakakuha ka ng interpreter. Maaari mong ipabasa para sa iyo ang mga dokumento at maaaring ipadala sa iyo ang ilan sa iyong wika. Para sa tulong, tawagan kami sa numerong nakalista sa iyong ID card o sa 1-800-244-6224 para sa medikal/dental ng Cigna o sa 1-866-421-8629 para sa kalusugang pangkaisipan/pag-abuso sa droga ng Cigna Behavioral Health. Para sa karagdagang tulong, tumawag sa HMO Help Center sa 1-888-466-2219 o para sa mga planong Hindi HMO (hal. PPO) tawagan ang CA Dept. of Insurance sa 1-800-927-4357. **Tagalog**

A.G. v. Cigna 001564

**Dịch vụ trợ giúp ngôn ngữ miễn phí** cho khách hàng sinh sống trong tiểu bang California và khách hàng sống ngoài California được đài thọ qua một hợp đồng bảo hiểm y tế ký kết tại California. Quý vị có thể được cấp thông dịch viên. Quý vị có thể được có người đọc văn bản cho quý vị hoặc được nhận tài liệu, văn bản bằng ngôn ngữ của quý vị. Để được giúp đỡ, vui lòng gọi cho chúng tôi tại số điện thoại ghi trên thẻ hội viên (ID) của quý vị hoặc gọi cho chương trình bảo hiểm y tế/nha khoa Cigna tại số 1-800-244-6224, hoặc gọi số 1-866-421-8629 cho chương trình chăm sóc sức khỏe tâm thần/lạm dụng chất gây nghiện thuộc Chương trình Sức khỏe Hành vi của Cigna. Để được giúp đỡ thêm, vui lòng gọi Trung tâm Trợ giúp HMO tại 1-888-466-2219 hoặc gọi Bộ Bảo hiểm California tại số 1-800-927-4357 cho các vấn đề thuộc các chương trình bảo hiểm không thuộc loại HMO (như các chương trình PPO). **Vietnamese**

**សេវាបកប្រែភាសាដោយឥតគិតថ្លៃ** សំរាប់អតិថិជនដែលរស់នៅក្នុងរដ្ឋកាលីហ្វរញ៉ា និងអតិថិជនដែលរស់នៅក្រៅរដ្ឋកាលីហ្វរញ៉ា ដែលបានរ៉ាប់រងនៅក្រោមធានារ៉ាប់រងសុខភាព បានចេញឲ្យក្នុងរដ្ឋកាលីហ្វរញ៉ាៗ អ្នកអាចទទួលបានជំនួយពីអ្នកបកប្រែបានៗ អ្នកអាចឲ្យគេអានឯកសារជូនអ្នក និងផ្ដល់ឯកសារឲ្យ៖ ទៅឲ្យអ្នក ជាភាសាខ្មែរៗ សំរាប់ជំនួយ សូមទូរស័ព្ទមកយើង តាមលេខទូរស័ព្ទដែលនៅលើប័ណ្ណ ID របស់អ្នក ឬលេខ 1-800-244-6224 សំរាប់ខាង សុខភាព/ធ្មេញ Cigna ឬ 1-866-421-8629 សំរាប់ខាងថែរក្សាបញ្ហាសុខភាពអារម្មណ៍/កាំណែរការសារធាតុញៀនៗ Cigna ។ សំរាប់ជំនួយថែមទៀតឲ្យ ទូរស័ព្ទទៅមជ្ឈមណ្ឌលជំនួយ HMO តាមលេខ 1-888-466-2219 ឬសំរាប់គំរោងមិនមែនជា HMO (ដូចជា PPO) ទូរស័ព្ទទៅ ក្រសួងធានារ៉ាប់រង រដ្ឋកាលីហ្វរញ៉ា តាមលេខ 1-800-927-4357 ។ **Khmer**

**ਮੁਫ਼ਤ ਭਾਸ਼ਾ ਸੇਵਾਵਾਂ** ਉਹਨਾਂ ਗਾਹਕਾਂ ਲਈ ਹਨ ਜੋ ਕੈਲੀਫ਼ੋਰਨੀਆ ਵਿੱਚ ਰਹਿੰਦੇ ਹਨ ਅਤੇ ਉਹਨਾਂ ਗਾਹਕਾਂ ਲਈ ਜੋ ਕੈਲੀਫ਼ੋਰਨੀਆ ਤੋਂ ਬਾਹਰ ਰਹਿੰਦੇ ਹਨ ਅਤੇ ਕੈਲੀਫ਼ੋਰਨੀਆ ਵਿੱਚ ਜਾਰੀ ਕੀਤੀ ਗਈ ਪਾਲਿਸੀ ਦੇ ਅਧੀਨ ਕਵਰਡ ਹਨ। ਤੁਹਾਨੂੰ ਦੁਭਾਸ਼ੀਆ ਮਿਲ ਸਕਦਾ ਹੈ। ਤੁਹਾਨੂੰ ਤੁਹਾਡੀ ਭਾਸ਼ਾ ਵਿੱਚ ਦਸਤਾਵੇਜ਼ ਪੜ੍ਹ ਕੇ ਸੁਣਾਏ ਜਾ ਸਕਦੇ ਹਨ ਅਤੇ ਕੁਝ ਤੁਹਾਨੂੰ ਭੇਜੇ ਜਾ ਸਕਦੇ ਹਨ। ਮਦਦ ਲਈ ਸਾਨੂੰ ਆਪਣੇ ਆਈ.ਡੀ. ਕਾਰਡ ਉੱਤੇ ਦਿੱਤੇ ਗਏ ਨੰਬਰ ਤੇ ਜਾਂ Cigna ਮੈਡੀਕਲ/ਡੈਂਟਲ ਲਈ 1-800-244-6224 ਤੇ ਜਾਂ Cigna ਵਿਵਹਾਰਕ ਸਿਹਤ ਮਾਨਸਿਕ ਸਿਹਤ/ਪਦਾਰਥਾਂ ਦੇ ਦਰਉਪਯੋਗ ਲਈ 1-866-421-8629 ਤੇ ਫ਼ੋਨ ਕਰੋ। ਹੋਰ ਮਦਦ ਲਈ, ਜਾਂ ਤਾਂ HMO ਮਦਦ ਕੇਂਦਰ ਨੂੰ 1-888-466-2219 ਤੇ ਫ਼ੋਨ ਕਰੋ ਜਾਂ ਗੈਰ HMO ਯੋਜਨਾਵਾਂ (ਉਦਾਹਰਣ ਲਈ PPO) ਲਈ CA ਦੇ ਬੀਮਾ ਵਿਭਾਗ (CA Dept. of Insurance) ਨੂੰ 1-800-927-4357 ਤੇ ਫ਼ੋਨ ਕਰੋ। **Punjabi**

**خدمات مجانی مربوط به زبان** برای مشتریانی که در کالیفرنیا زندگی می کنند و مشتریانی که در خارج کالیفرنیا زندگی کرده و بر اساس بیمه نامه ای که در کالیفرنیا صادر شده تحت پوشش هستند. می توانید از خدمات یک مترجم شفاهی برخوردار شوید. می توانید بگوئید که مدارک به زبان شما برایتان قرائت شوند و برخی از آنها به زبان شما برایتان ارسال شوند. برای دریافت کمک، با ما از طریق شماره تلفنی که روی کارت شناسائی شما قید شده است تماس بگیرید و یا به شماره 1-800-244-6224 برای طرح پزشکی/دندانپزشکی Cigna و یا به شماره 1-866-421-8629 برای برنامه بهداشت روانی/سوء استفاده از مواد مخدر طرح بهداشت رفتاری Cigna تلفن کنید. برای دریافت کمک بیشتر، به مرکز کمک HMO به شماره 1-866-466-2219 و یا برای طرح های غیر HMO (برای مثال PPO) به اداره بیمه کالیفرنیا به شماره 1-800-927-4357 تلفن کنید. **Persian**

**無料の言語サービス**。カリフォルニア州にお住まいのお客様、および、カリフォルニア州外にお住まいで、カリフォルニア州において発行された保険のお客様が対象。通訳がご利用でき、書類を日本語でお読みします。また、書類によっては日本語版をお届けできるものもあります。サービスをご希望の方は、IDカードに記載の電話番号、またはCigna医療・歯科サービス担当：1-800-244-6224、またはCigna Behavioral Health（メンタルヘルス・薬物乱用）サービス担当：1-866-421-8629までご連絡ください。その他のお問い合わせは、HMO Help Center：1-888-466-2219、またはNon-HMOプラン（例：PPO「優先医療給付機構」）については、カリフォルニア州保険庁、1-800-927-4357までご連絡ください。**Japanese**

**Бесплатные услуги перевода** для клиентов, проживающих на территории штата Калифорния, а также для тех клиентов, которые проживают за его пределами и имеют страховой полис, выданный в штате Калифорния. Вы имеете право воспользоваться услугами устного переводчика. Вам могут прочесть ваши документы, а также выслать перевод некоторых из них на вашем языке. Для получения помощи, позвоните нам по телефону, указанному в вашей Идентификационной карте, по вопросам медицинского и стоматологического обслуживания, предоставляемого компанией Cigna, позвоните по телефону 1-800-244-6224, по вопросам связанным с психическим здоровьем/злоупотреблением алкоголем или наркотиками обращайтесь по телефону 1-866-421-8629 в программу Cigna Behavioral Health. Для получения дополнительной помощи обращайтесь либо в Центр поддержки HMO по телефону 1-888-466-2219 либо обращайтесь в Министерство страхования штата Калифорния (CA Dept. of Insurance) по телефону 1-800-927-4357 для получения информации в отношении не HMO планов (например PPO). **Russian**

**Անվճար Լեզվական Ծառայություններ** անհատների համար, ովքեր բնակվում են Կալիֆորնիայում և անհատների համար, ովքեր բնակվում են Կալիֆորնիայից դուրս բայց ապահովագրված են Կալիֆորնիայում տրված ապահովագրությամբ: Դուք կարող եք թարգմանիչ ձեռք բերել: Դուք կարող եք փաստաթղթերը ձեր լեզվով ընթերցել, տալ ձեզ համար և նրանց մի մասը ստանալ ձեր լեզվով: Օգնության համար, զանգահարեք մեզ ձեր ինքնության (ID) տոմսի վրա նշված համարով՝ կամ 1-800-244-6244, Cigna-ի բժշկական/ստոմատաբուժական ծրագրի համար կամ՝ 1-866-421-8629 Cigna Վարվեցողական Առողջապահության հոգեկան առողջության/թմրամոլության համար: Լրացուցիչ օգնության համար զանգահարեք կամ մ Օգնության կենտրոն 1-888-466-2219 համարով կամ՝ Ոչ-HMO ծրագրերի համար (օրինակ՝ PPO) զանգահարեք Կալիֆորնիայի Ապահովագրության Բաժանմունք 1-800-927-4357 համարով: **Armenian**

**Cov Kev Pab Txhais Lus Uas Tsis Tau Them Nqi** rau cov qhua uas nyob hauv xeev California thiab cov qhua uas nyob tawm Xeev California uas tau muaj kev pov fwm los ntawm California. Koj yeej muaj tau tus neeg txhais lus. Koj hais tau kom muab cov ntawv nyeem rau koj mloog thiab kom muab qee cov ntaub ntawv txhais ua koj hom lus xa rau. Yog xav tau kev pab, hu rau peb ntawm tus xov tooj nyob hauv koj daim yuaj ID los sis 1-800-244-6224 rau Cigna chaw pab them nqi kho mob/kho hniav los sis 1-866-421-8629 rau Cigna Chaw pab them nqi kho Kev Coj Cuj Pwm kev puas hlwb/kev quav tshuaj yeeb dej caw. Yog xav tau kev pab ntxiv, hu rau HMO Qhov Chaw Muab Kev Pab ntawm tus xov tooj 1-888-466-2219 los sis rau cov chaw pab them nqi kho mob uas Tsis Koom HMO (piv txwv li yog PPO) hu rau CA Lub Tuam Tsev Tswj Xyuas Txog Kev Tuav Pov Hwm ntawm 1-800-927-4357. **Hmong**

कैलिफोर्निया और कैलिफोर्निया के बाहर रहने वाले कैलिफोर्निया में जारी पॉलिसी के तहत कवर किये गए ग्राहकों के लिए **निःशुल्क भाषा सेवाएं**। आप एक दुभाषिया प्राप्त कर सकते हैं। आप इन दस्तावेज़ों को किसी से पढ़वा सकते हैं और कुछ दस्तावेज़ों को अपनी भाषा में प्राप्त कर सकते हैं। Cigna स्वास्थ्य/दंत के लिए अपने ID कार्ड पर सूचीबद्ध नंबर 1-800-244-6224 पर या Cigna व्यवहार स्वास्थ्य मानसिक स्वास्थ्य/नशे की अधिकता की सहायता के लिए, 1-866-421-8629 पर कॉल करें। अधिक सहायता के लिए, HMO सहायता केंद्र पर 1-888-466-2219 पर कॉल करें या गैर-HMO योजनाओं (उदा. PPO) के लिए 1-800-927-4357 पर CA बीमा विभाग (CA Dept. of Insurance) को कॉल करें। **Hindi**

**บริการภาษาโดยไม่เสียค่าใช้จ่าย** สำหรับลูกค้าที่อาศัยอยู่ในรัฐแคลิฟอร์เนีย และที่อาศัยอยู่นอกรัฐแคลิฟอร์เนียที่ได้รับการคุ้มครองภายใต้กรมธรรม์ที่ออกในรัฐแคลิฟอร์เนีย คุณสามารถขอล่ามแปลภาษาได้ คุณสามารถขอให้อ่านเอกสารให้คุณฟัง และขอให้ส่งเอกสารบางส่วนถึงคุณเป็นภาษาของคุณ หากต้องการความช่วยเหลือ โปรดโทรศัพท์ถึงเราตามหมายเลขที่ระบุไว้บนบัตรประจำตัวของคุณ หรือหมายเลข 1-800-244-6224 สำหรับบริการของ Cigna ด้านการรักษาพยาบาล/ทันตกรรมของ Cigna หรือ 1-866-421-8629 สำหรับบริการของ Cigna Behavioral Health ด้านสุขภาพจิต/การใช้สารที่มีผลต่อจิตประสาทในทางที่ผิด หากต้องการความช่วยเหลือเพิ่มเติม โปรดโทรศัพท์ถึงศูนย์ช่วยเหลือสำหรับแผนการรักษาพยาบาลแบบ HMO ที่หมายเลข 1-888-466-2219 หรือสำหรับแผนการรักษาพยาบาลที่ไม่ใช่ HMO (เช่น PPO) โปรดโทรศัพท์ถึง Dept. of Insurance ของรัฐแคลิฟอร์เนียที่หมายเลข 1-800-927-4357 **Thai**

EXH E pg. 7

A.G. v. Cigna 001566

## *Important Additional Information*

If you're not satisfied with the final internal review, you may be able to ask for an independent, external review of our decision, as determined by your plan and any state or federal requirements.

The following states may offer a consumer assistance or ombudsman program to assist you. Please note that these program offices may not be the offices designated to receive your request for an external review. See the external review information in the accompanying attachment.

| State | Contact Information |
|---|---|
| Arkansas | Arkansas Insurance Department, Consumer Services Division<br>1200 West Third St.<br>Little Rock, AR  72201<br>(800) 852-5494<br>http://insurance.arkansas.gov/csd.htm (website)<br>Insurance.consumers@arkansas.gov (email) |
| California | California Consumer Assistance Program<br>Operated by the California Department of Managed Health Care and Department of Insurance<br>980 9th St, Suite #500<br>Sacramento, CA 95814<br>(888) 466-2219<br>http://www.HealthHelp.ca.gov |
| Connecticut | Connecticut Office of the Healthcare Advocate<br> P. O. Box 1543Hartford, CT 06144<br>(866) 466-4446<br> http://www.ct.gov/oha/site/default.asp (website)healthcare.advocate@ct.gov (email) |
| Delaware | Delaware Department of Insurance<br>841 Silver Lake Blvd<br>Dover, DE 19904<br>(800) 282-8611<br>http://www.delawareinsurance.gov (website)<br>consumer@state.de.us (email) |
| District of Columbia | DC Office of the Health Care Ombudsman and Bill of Rights<br>One Judicial Square<br>441 4th St., NW  900 South<br>Washington, DC 20001<br>(877) 685-6391<br>http://www.healthcareombudsman.dc.gov (website)<br>healthcareombudsman@dc.gov (email) |
| Georgia | Georgia Office of Insurance and Safety Fire Commissioner<br>Consumer Services Division<br>2 Martin Luther King, Jr. Drive<br>West Tower, Suite 716<br>Atlanta, Georgia 30334<br>(800) 656-2298<br>http://www.oci.ga.gov/ConsumerService/Home.aspx (website) |
| Illinois | Illinois Department of Insurance<br>320 W. Washington St, 4th Floor<br>Springfield, IL  62767<br>(866) 445-5364<br>http://www.insurance.illinois.gov (website)<br>DOI.Director@illinois.gov (email) |

A.G. v. Cigna 001567

| Kansas | Kansas Insurance Department |
|---|---|
| | Consumer Assistance Division |
| | 420 SW 9th Street |
| | Topeka, KS  66612-1678 |
| | (800) 432-2484 (in state) |
| | (785) 296-3071 (all others) |
| | http://www.ksinsurance.org (website) |
| | CAP@ksinsurance.org (email) |
| Kentucky | Kentucky Department of Insurance, Consumer Protection Division |
| | P.O. Box 517 |
| | Frankfort, KY 40602-0517 |
| | (800) 595-6053 |
| | http://insurance.ky.gov (website) |
| | consumerservices@ky.gov (email) |
| Maine | Consumers for Affordable Health Care |
| | 12 Church Street, PO Box 2490 |
| | Augusta, ME 04338-2490 |
| | (800) 965-7476 |
| | www.mainecahc.org |
| | consumerhealth@mainecahc.org |
| Maryland | Maryland Office of the Attorney General |
| | Health Education and Advocacy Unit |
| | 200 St. Paul Place, 16th Floor |
| | Baltimore, MD 21202 |
| | (877) 261-8807 |
| | http://www.oag.state.md.us/Consumer.HEAU.htm |
| | heau@oag.state.md.us |
| Massachusetts | Health Care For All |
| | One Federal Street |
| | Boston, MA 02110 |
| |  800-272-4232 |
| | www.massconsumerassistance.org |
| Michigan | Michigan Health Insurance Consumer Assistance Program (HICAP) |
| | Michigan Department of Insurance and Financial Services (DIFS) |
| | PO Box 30220 |
| | Lansing, MI 48909-7720 |
| | (877) 999-6442 |
| | http://www.michigan.gov/difs (website) |
| | difs-HICAP@michigan.gov (email) |
| Mississippi | Health Help Mississippi |
| | 800 North President St |
| | Jackson, MS 39202 |
| | 1-877-314-3843 |
| | http://www.healthhelpms.org |
| | healthhelpms@mhap.org |
| Missouri | Missouri Department of Insurance |
| | Harry S. Truman State Office Building Room 530 |
| | P.O. Box 690 |
| | Jefferson City, MO  65102 |
| | (800) 726-7390 |
| | www.insurance.mo.gov/consumers/ (website) |
| | consumeraffairs@insurance.mo.gov (email) |
| Montana | Office of the Montana State Auditor |
| | Commissioner of Securities and Insurance |
| | 840 Helena Ave |

| | |
|---|---|
| | Helena, MT 59601<br>(800) 332-6148 (in-state only)<br>http://www.montanahealthanswers.com (website) |
| Nevada | Office of Consumer Health Assistance<br>Governor's Consumer Health Advocate<br>555 East Washington Ave #4800<br>Las Vegas, NV 89101<br>(702) 486-3587<br>(888) 333-1597<br>http://www.dhhs.nv.gov (website)<br>cha@govcha.nv.gov (email) |
| New Hampshire | New Hampshire Department of Insurance<br>21 South Fruit Street, Suite 14<br>Concord, NH 03301<br>(800) 852-3416<br>http://www.nh.gov/insurance (website)<br>consumerservices@ins.nh.gov (email) |
| New Jersey | New Jersey Department of Banking and Insurance<br>20 West State Street<br>PO Box 325<br>Trenton, NJ 08625<br>(800) 446-7467<br>(609) 292-7272<br>http://www.state.nj.us/dobi/consumer.htm (website)<br>ombudsman@dobi.state.nj.us (email) |
| New Mexico | New Mexico Public Regulation Commission<br>Consumer Relations Division<br>1120 Paseo De Peralta<br>Santa Fe, NM 87504<br>(855) 857-0972 or (888) 427-5772<br>(505) 476-0326 (fax)<br>http://nmprc.state.nm.us/consumer-relations/index.html (website)<br>mchb.grievance@state.nm.us (email) |
| New York | Community Service Society of New York, Community Health Advocates<br>633 Third Avenue, 10th floor<br>New York, NY 10017<br>(888) 614-5400<br>http://www.communityhealthadvocates.org/ (website)<br>cha@cssny.org (email) |
| North Carolina | North Carolina Department of Insurance<br>Health Insurance Smart NC<br>430 N. Salisbury Street Suite 1018<br>Raleigh, NC  27603<br>855-408-1212<br>http://www.ncdoi.com/Smart/ (website)<br><br>Eastern Regional Office:<br>North Carolina Department of Insurance<br>Health Insurance Smart NC<br>1316 Unit A Commerce Drive<br>New Bern, NC  28562 |

A.G. v. Cigna 001569

| | |
|---|---|
| | Western Regional Office:<br>North Carolina Department of Insurance<br>Health Insurance Smart NC<br>537 College Street<br>Asheville, NC 28801 |
| Oklahoma | Oklahoma Insurance Department<br>Five Corporate Plaza<br>3625 Northwest 56th Street, Suite 100<br>Oklahoma City, OK 73112-4511<br>(800) 522-0071 (in-state only)<br>(405) 521-2828<br>https://www.ok.gov/oid/Consumers/Consumer_Assistance/ (website) |
| Oregon | Oregon Health Connect<br>1435 NE 81st Ave. Suite 500<br>Portland, OR 97213-6759<br>(866) 698-6155<br>http://211info.org/health/ (website)<br>healthconnect@211info.org (email) |
| Pennsylvania | Pennsylvania Insurance Department<br>1326 Strawberry Square<br>Harrisburg, PA 17120<br>(877) 881-6388<br>http://www.insurance.pa.gov (website) |
| Puerto Rico | Puerto Rico Oficina de la Procuradora del Paciente<br>Calle Recinto Sur #303<br>San Juan, PR  00910<br>(787) 979-0909<br>http://www.pr.gov/ (website)<br>querellas@opp.gobierno.pr (email) |
| Rhode Island | Rhode Island Consumer Assistance Program<br>Rhode Island Parent Information Network, Inc.<br>1210 Pontiac Avenue<br>Cranston, RI 02920<br>(855) 747-3224<br>http://www.rireach.org/ (website)<br>rireach@ripin.org (email)<br><br>Office of Managed Care Regulation<br>Rhode Island Department of Health<br>Room 410<br>3 Capitol Hill<br>Providence, RI  02908<br>Telephone: (401) 222-6015<br>Email: DOH.ManagedCare@health.ri.gov |
| South Carolina | South Carolina Department of Insurance<br>Consumer and Individual Licensing Services<br>P.O. Box 100105<br>Columbia, SC 29202<br>(803) 737-6180<br>http://www.doi.sc.gov/638/Health-Insurance (website)<br>consumers@doi.sc.gov (email) |
| Tennessee | Tennessee Department of Commerce & Insurance<br>500 James Robertson Parkway |

|  | Davy Crockett Tower, 4th floor<br>Nashville, TN 37243-0565<br>(615) 741-2241<br>http://www.tn.gov/commerce/section/consumer-services (website) |
|---|---|
| Texas | Texas Consumer Health Assistance Program<br>Texas Department of Insurance<br>Mail Code 111-1A<br>333 Guadalupe<br>P.O. Box 149091<br>Austin, TX  78714-9091<br>(800) 252-3439<br>http://www.texashealthoptions.com (website)<br>ConsumerProtection@tdi.texas.gov (email) |
| Vermont | Vermont Legal Aid<br>264 North Winooski Ave.<br>Burlington, VT 05402<br>(800) 889-2047<br>www.vtlegalaid.org |
| Virginia | Virginia State Corporation Commission<br>Life & Health Division, Bureau of Insurance<br>P.O. Box 1157<br>Richmond, VA 23218<br>(804) 371-9691<br>http://www.scc.virginia.gov/boi/cons/index.aspx (website)<br>bureauofinsurance@scc.virginia.gov (email) |
| Virgin Islands | U.S. Virgin Islands Division of Banking and Insurance<br>1131 King Street<br>Suite 101<br>Christiansted<br>St. Croix, VI 00820<br>(340) 773-6459<br>http://ltg.gov.vi (website) |
| Washington | Washington Consumer Assistance Program<br>5000 Capitol Blvd<br>Tumwater, WA 98501<br>(800) 562-6900<br>https://www.insurance.wa.gov/ (website)<br>cap@oic.wa.gov (email) |
| West Virginia | West Virginia Offices of the Insurance Commissioner<br>Consumer Service Division<br>P.O. Box 50540<br>Charleston, WV 25305-0540<br>(888) 879-9842<br>http://www.wvinsurance.gov/ConsumerServices/ConsumerServices.aspx (website) |

If you would like to request information about the specific diagnosis and treatment codes submitted by your Health Care Professional, please either contact your Health Care Professional, or go to http://www.cigna.com/privacy/privacy_healthcare_forms.html, or call the Customer Service number on the back of your ID card.

If you have difficulty reading English, we offer language assistance. For help please call the Customer Service number on your ID card.

Si tiene problemas para leer el texto en inglés, le ofrecemos asistencia de idiomas. Para obtener ayuda, por favor, llame al número de Servicio al cliente que figura en su tarjeta de identificación.

A.G. v. Cigna 001571

Si vous avez des difficultés à lire l'anglais, nous offrons une assistance linguistique. Pour toute aide, veuillez composer le numéro du Service à la clientèle qui se trouve sur votre carte d'identification.

Für den Fall, dass Sie den englischen Text nicht verstehen, bieten wir mehrsprachige Unterstützung an.  Rufen Sie in diesem Fall bitte die auf Ihrer Versicherungskarte angegebene Kundenservice-Nummer an.

Kung nahihirapan ka sa pagbabasa ng wikang Ingles, nag-aalok kami ng tulong sa wika. Para sa tulong pakitawagan ang numero ng Serbisyo ng Customer sa iyong ID card.

如果對您來說閱讀英文會有困難，我們可以提供您語言協助。欲取得協助，請撥打會員卡上的客戶服務電話號碼。

Bilagáana Bizaad wólta' nił nanitł'ahgo, saad bee niká'a'doowolígíí hóló. Áká'a'áyeed biniiyé t'áá shóódi áká'anídaalwo'go dabinaanishígíí bich'į' hodíílnih éí naaltsoos bee nee hózínígíí bikáa'gi bibéésh bee hane'é yisdzoh.

A.G. v. Cigna 001572

# DISCRIMINATION IS AGAINST THE LAW

## Medical coverage

Cigna complies with applicable Federal civil rights laws and does not discriminate on the basis of race, color, national origin, age, disability, or sex. Cigna does not exclude people or treat them differently because of race, color, national origin, age, disability, or sex.

Cigna:

- Provides free aids and services to people with disabilities to communicate effectively with us, such as:
  - Qualified sign language interpreters
  - Written information in other formats (large print, audio, accessible electronic formats, other formats)
- Provides free language services to people whose primary language is not English, such as:
  - Qualified interpreters
  - Information written in other languages

If you need these services, contact customer service at the toll-free number shown on your ID card, and ask a Customer Service Associate for assistance.

If you believe that Cigna has failed to provide these services or discriminated in another way on the basis of race, color, national origin, age, disability, or sex, you can file a grievance by sending an email to ACAGrievance@Cigna.com or by writing to the following address:

Cigna
Nondiscrimination Complaint Coordinator
PO Box 188016
Chattanooga, TN  37422

If you need assistance filing a written grievance, please call the number on the back of your ID card or send an email to ACAGrievance@Cigna.com. You can also file a civil rights complaint with the U.S. Department of Health and Human Services, Office for Civil Rights electronically through the Office for Civil Rights Complaint Portal, available at https://ocrportal.hhs.gov/ocr/portal/lobby.jsf, or by mail or phone at:

U.S. Department of Health and Human Services
200 Independence Avenue, SW
Room 509F, HHH Building
Washington, DC 20201
1.800.368.1019, 800.537.7697 (TDD)
Complaint forms are available at
http://www.hhs.gov/ocr/office/file/index.html.



All Cigna products and services are provided exclusively by or through operating subsidiaries of Cigna Corporation, including Cigna Health and Life Insurance Company, Connecticut General Life Insurance Company, Cigna Behavioral Health, Inc., Cigna Health Management, Inc., and HMO or service company subsidiaries of Cigna Health Corporation and Cigna Dental Health, Inc. The Cigna name, logos, and other Cigna marks are owned by Cigna Intellectual Property, Inc. ATTENTION: If you speak languages other than English, language assistance services, free of charge are available to you. For current Cigna customers, call the number on the back of your ID card. Otherwise, call 1.800.244.6224 (TTY: Dial 711). ATENCIÓN: Si usted habla un idioma que no sea inglés, tiene a su disposición servicios gratuitos de asistencia lingüística. Si es un cliente actual de Cigna, llame al número que figura en el reverso de su tarjeta de identificación. Si no lo es, llame al 1.800.244.6224 (los usuarios de TTY deben llamar al 711).

EXH E pg. 14
A.G. v. Cigna 001573

## Proficiency of Language Assistance Services

**English** – ATTENTION: Language assistance services, free of charge, are available to you. For current Cigna customers, call the number on the back of your ID card. Otherwise, call 1.800.244.6224 (TTY: Dial 711).

**Spanish** – ATENCIÓN: Hay servicios de asistencia de idiomas, sin cargo, a su disposición. Si es un cliente actual de Cigna, llame al número que figura en el reverso de su tarjeta de identificación. Si no lo es, llame al 1.800.244.6224 (los usuarios de TTY deben llamar al 711).

**Chinese** – 注意：我們可為您免費提供語言協助服務。對於 Cigna 的現有客戶，請致電您的 ID 卡背面的號碼。其他客戶請致電 1.800.244.6224 （聽障專線：請撥 711）。

**Vietnamese** – XIN LƯU Ý: Quý vị được cấp dịch vụ trợ giúp về ngôn ngữ miễn phí. Dành cho khách hàng hiện tại của Cigna, vui lòng gọi số ở mặt sau thẻ Hội viên. Các trường hợp khác xin gọi số 1.800.244.6224 (TTY: Quay số 711).

**Korean** – 주의: 한국어를 사용하시는 경우, 언어 지원 서비스를 무료로 이용하실 수 있습니다. 현재 Cigna 가입자님들께서는 ID 카드 뒷면에 있는 전화번호로 연락해주십시오. 기타 다른 경우에는 1.800.244.6224 (TTY: 다이얼 711)번으로 전화해주십시오.

**Tagalog** – PAUNAWA: Makakakuha ka ng mga serbisyo sa tulong sa wika nang libre. Para sa mga kasalukuyang customer ng Cigna, tawagan ang numero sa likuran ng iyong ID card. O kaya, tumawag sa 1.800.244.6224 (TTY: I-dial ang 711).

**Russian** – ВНИМАНИЕ: вам могут предоставить бесплатные услуги перевода. Если вы уже участвуете в плане Cigna, позвоните по номеру, указанному на обратной стороне вашей идентификационной карточки участника плана. Если вы не являетесь участником одного из наших планов, позвоните по номеру 1.800.244.6224 (TTY: 711).

**Arabic** – برجاء الانتباه خدمات الترجمة المجانية متاحة لكم. لعملاء Cigna الحاليين برجاء الاتصال بالرقم المدون علي ظهر بطاقتكم الشخصية. او اتصل ب 1.800.244.6224 (TTY: اتصل ب 711).

**French Creole** – ATANSYON: Gen sèvis èd nan lang ki disponib gratis pou ou. Pou kliyan Cigna yo, rele nimewo ki dèyè kat ID ou. Sinon, rele nimewo 1.800.244.6224 (TTY: Rele 711).

**French** – ATTENTION: Des services d'aide linguistique vous sont proposés gratuitement. Si vous êtes un client actuel de Cigna, veuillez appeler le numéro indiqué au verso de votre carte d'identité. Sinon, veuillez appeler le numéro 1.800.244.6224 (ATS : composez le numéro 711).

**Portuguese** – ATENÇÃO: Tem ao seu dispor serviços de assistência linguística, totalmente gratuitos. Para clientes Cigna atuais, ligue para o número que se encontra no verso do seu cartão de identificação. Caso contrário, ligue para 1.800.244.6224 (Dispositivos TTY: marque 711).

**Polish** – UWAGA: w celu skorzystania z dostępnej, bezpłatnej pomocy językowej, obecni klienci firmy Cigna mogą dzwonić pod numer podany na odwrocie karty identyfikacyjnej. Wszystkie inne osoby prosimy o skorzystanie z numeru 1 800 244 6224 (TTY: wybierz 711).

**Japanese** – 注意事項:日本語を話される場合、無料の言語支援サービスをご利用いただけます。現在のCignaのお客様は、IDカード裏面の電話番号まで、お電話にてご連絡ください。その他の方は、1.800.244.6224（TTY: 711）まで、お電話にてご連絡ください。

**Italian** – ATTENZIONE: Sono disponibili servizi di assistenza linguistica gratuiti. Per i clienti Cigna attuali, chiamare il numero sul retro della tessera di identificazione. In caso contrario, chiamare il numero 1.800.244.6224 (utenti TTY: chiamare il numero 711).

**German** – ACHTUNG: Die Leistungen der Sprachunterstützung stehen Ihnen kostenlos zur Verfügung. Wenn Sie gegenwärtiger Cigna-Kunde sind, rufen Sie bitte die Nummer auf der Rückseite Ihrer Krankenversicherungskarte an. Andernfalls rufen Sie 1.800.244.6224 an (TTY: Wählen Sie 711).

**Persian (Farsi)** – توجه: خدمات کمک زبانی، به صورت رایگان به شما ارائه می‌شود. برای مشتریان فعلی Cigna، لطفاً با شماره‌ای که در پشت کارت شناسایی شماست تماس بگیرید. در غیر اینصورت با شماره 1.800.244.6224 تماس بگیرید (شماره تلفن ویژه ناشنوایان: شماره 711 را شماره‌گیری کنید).

EXH E pg. 15

A.G. v. Cigna 001574

# EXHIBIT F



Appeals
PO Box 188064
Chattanooga, TN 37422



February 28, 2019

RE: ███████████████████. on behalf of your Employer Plan

Name: ██████████
███████████
Provider: ████████
Dates of Service: ██████████████
██████████████
Claim Amount: $15,200.00, $13,300.00, $12,250.00, $12,250.00, $8,750.00, $9,500.00, $9,500.00, $11,400.00, $7,600.00, $9,500.00, $7,600.00, $13,300.00, $7,600.00, $7,600.00, $7,600.00, $1,900.00, $13,300.00

████████████████████, a licensed utilization review agent, reviews certain ██████████████████████████

Dear ████

On February 5, 2019, we received an appeal request concerning our decision to deny ██████████████████████████████████████████████████████████

**Appeal Decision**
After reviewing the appeal submitted by ██████████ the original decision to deny ████████████████████████████████████ is upheld. All the original information in your file, the information submitted with this request and the terms of your benefit plan were reviewed.

"Cigna" and the "Tree of Life" logo are service marks of Cigna Intellectual Property, Inc., licensed for use by Cigna Corporation and its operating subsidiaries. All products and services are provided by or through such operating subsidiaries and not by Cigna Corporation. Such operating subsidiaries include Cigna Health and Life Insurance Company, Connecticut General Life Insurance Company, Cigna Behavioral Health, Inc., Cigna Health Management, Inc., and HMO or service company subsidiaries of Cigna Health Corporation and Cigna Dental Health, Inc. Please refer to your ID card for the subsidiary that insures or administers your benefit plan. Cigna Health Management Inc. and Cigna Behavioral Health, Inc. are licensed or certified utilization review entities.

EXH F pg. 1

Please know that ██████████████████████████ also reviewed your information and agrees with this decision.

**More About The Decision**
This decision was made on February 26, 2019 by ██████████████████
██████████████████

This decision was based on the following:

███████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████

**For More Information**
If you would like to request informatio ██████████████████████████
██████████████████████████████████████ please either
contact your ████████████████████ or go to http://www.cigna.com/privacy/
privacy ████████████ forms.html or call the Customer Service number on the back of
your ID card.

███████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████
https://www.cigna.com/static/www-cigna-com/doc ████████████████████
██████████████████████████████████

Scroll through the Table of Contents and click on th ██████████████████ for
██████████████████████████████ to view. If you do not have access to the
Internet you may obtain a hard copy of the guideline free of charge by calling (800)
241-4057, ext. 7962009.

You are entitled to receive free of charge, copies of all documents, records and other
information relevant to your appeal for benefits. This includes the benefit provision,
guideline or protocol upon which the decision was made. If you want to request this
material, or if you have any questions, please write to us at:

A.G. v. Cigna 001117

Cigna ███████h, Inc.
Attn: Appeals
PO Box 188064
Chattanooga, TN 37422

You may also call our Customer Service Department at the toll-free number listed on your Cigna ID card. We'll be happy to help you.



Enclosures:       Your Rights and Other Important Information About an Appeal
                  Language Assistance Form
                  Non-Discrimination and Language Assistance Notice
                  CA Language Assistance Form
                  Request for IRO Review and Release Form

c:      ████████

        Kantor & Kantor
████████████████

## Your Rights and Other Important
## Information About An Additional Appeal

This decision represents the final step of the **internal** appeal process. However, if your plan is governed by ERISA, you also have the right to bring legal action under Section 502 (a) of ERISA within three (3) years.

For questions about your appeal rights or for assistance, you may contact the Employee Benefits Security Administration at 1-866-444-EBSA (3272) or www.askebsa.dol.gov.

You have the right to appeal this decision directly using the Cigna External Review Program. It provides an independent review of your appeal by an external organization that's not connected to Cigna.

The independent organizations are known as Independent Review Organizations or an IRO. The IROs Cigna uses for this program are separate companies, not connected to Cigna professionally or financially. The decisions made by the IROs are binding, meaning Cigna must accept it.

There's no charge to you for this program. **To be eligible to use the IRO appeal program, you must request a review within four (4) months of the date of this letter.**

Once the review is complete, you'll receive a letter with the decision. If you want to appeal through this external review program, the Customer must complete and sign the attached Request for IRO Review and Release Form and send it to the address below. The form has been sent to the Customer for their signature.

██████████████ .

Attn: External Appeal Processing Unit
PO Box 188064
Chattanooga, TN 37422
Fax: (877) 815-4827

To get additional information about how the IROs are selected or about their relationship to Cigna, call us using the number on the back of your Cigna ID card.

**Additional Information related to the Affordable Care Act**

If you're not satisfied with the final internal review, you may be able to ask for an independent, external review of our decision, as determined by your plan and any state or federal requirements.

Your state may also offer a consumer assistance or an ombudsman program to help you. Go online to mycigna.com, click on the Legal Disclaimer link at the bottom of the page, and select "State Ombudsman/Consumer Assistance Programs" from the drop down menu. If you have difficulty accessing the website, call Customer Service at the toll-free number listed on the back of your Cigna ID card.

Please note that these program offices may not be the offices designated to receive your request for an external review. See the external review information above if applicable.

EXH F pg. 4

A.G. v. Cigna 001119

**Language Assistance**

If you have difficulty reading English, we offer language assistance. For help please call the Customer Service number on your ID card.

Si tiene problemas para leer el texto en inglés, le ofrecemos asistencia de idiomas. Para obtener ayuda, por favor, llame al número de Servicio al cliente que figura en su tarjeta de identificación.

Si vous avez des difficultés à lire l'anglais, nous offrons une assistance linguistique. Pour toute aide, veuillez composer le numéro du Service à la clientèle qui se trouve sur votre carte d'identification.

Für den Fall, dass Sie den englischen Text nicht verstehen, bieten wir mehrsprachige Unterstützung an.  Rufen Sie in diesem Fall bitte die auf Ihrer Versicherungskarte angegebene Kundenservice-Nummer an.

Kung nahihirapan ka sa pagbabasa ng wikang Ingles, nag-aalok kami ng tulong sa wika. Para sa tulong pakitawagan ang numero ng Serbisyo ng Customer sa iyong ID card.

如果對您來說閱讀英文會有困難，我們可以提供您語言協助。欲取得協助，請撥打會員卡上的客戶服務電話號碼。

Bilagáana Bizaad wólta' nił nanitł'ahgo, saad bee niká'a'doowołígíí hóló. Áká'a'áyeed biniiyé t'áá shóódi áká'anídaalwo'go dabinaanishígíí bich'į' hodíílnih éí naaltsoos bee nee hózinígíí bikáa'gi bibéésh bee hane'é yisdzoh.

EXH F pg. 5

A.G. v. Cigna 001120

# DISCRIMINATION IS AGAINST THE LAW

## Medical coverage

Cigna complies with applicable Federal civil rights laws and does not discriminate on the basis of race, color, national origin, age, disability, or sex. Cigna does not exclude people or treat them differently because of race, color, national origin, age, disability, or sex.

Cigna:

- Provides free aids and services to people with disabilities to communicate effectively with us, such as:
  - Qualified sign language interpreters
  - Written information in other formats (large print, audio, accessible electronic formats, other formats)
- Provides free language services to people whose primary language is not English, such as:
  - Qualified interpreters
  - Information written in other languages

If you need these services, contact customer service at the toll-free number shown on your ID card, and ask a Customer Service Associate for assistance.

If you believe that Cigna has failed to provide these services or discriminated in another way on the basis of race, color, national origin, age, disability, or sex, you can file a grievance by sending an email to ACAGrievance@Cigna.com or by writing to the following address:

Cigna
Nondiscrimination Complaint Coordinator
PO Box 188016
Chattanooga, TN  37422

If you need assistance filing a written grievance, please call the number on the back of your ID card or send an email to ACAGrievance@Cigna.com. You can also file a civil rights complaint with the U.S. Department of Health and Human Services, Office for Civil Rights electronically through the Office for Civil Rights Complaint Portal, available at https://ocrportal.hhs.gov/ocr/portal/lobby.jsf, or by mail or phone at:

U.S. Department of Health and Human Services
200 Independence Avenue, SW
Room 509F, HHH Building
Washington, DC 20201
1.800.368.1019, 800.537.7697 (TDD)
Complaint forms are available at
http://www.hhs.gov/ocr/office/file/index.html.



All Cigna products and services are provided exclusively by or through operating subsidiaries of Cigna Corporation, including Cigna Health and Life Insurance Company, Connecticut General Life Insurance Company, Cigna Behavioral Health, Inc., Cigna Health Management, Inc., and HMO or service company subsidiaries of Cigna Health Corporation and Cigna Dental Health, Inc. The Cigna name, logos, and other Cigna marks are owned by Cigna Intellectual Property, Inc. ATTENTION: If you speak languages other than English, language assistance services, free of charge are available to you. For current Cigna customers, call the number on the back of your ID card. Otherwise, call 1.800.244.6224 (TTY: Dial 711). ATENCIÓN: Si usted habla un idioma que no sea inglés, tiene a su disposición servicios gratuitos de asistencia lingüística. Si es un cliente actual de Cigna, llame al número que figura en el reverso de su tarjeta de identificación. Si no lo es, llame al 1.800.244.6224 (los usuarios de TTY deben llamar al 711).

896375a  05/17     © 2017 Cigna.

## Proficiency of Language Assistance Services

**English** – ATTENTION: Language assistance services, free of charge, are available to you. For current Cigna customers, call the number on the back of your ID card. Otherwise, call 1.800.244.6224 (TTY: Dial 711).

**Spanish** – ATENCIÓN: Hay servicios de asistencia de idiomas, sin cargo, a su disposición. Si es un cliente actual de Cigna, llame al número que figura en el reverso de su tarjeta de identificación. Si no lo es, llame al 1.800.244.6224 (los usuarios de TTY deben llamar al 711).

**Chinese** – 注意：我們可為您免費提供語言協助服務。對於 Cigna 的現有客戶，請致電您的 ID 卡背面的號碼。其他客戶請致電 1.800.244.6224 （聽障專線：請撥 711）。

**Vietnamese** – XIN LƯU Ý: Quý vị được cấp dịch vụ trợ giúp về ngôn ngữ miễn phí. Dành cho khách hàng hiện tại của Cigna, vui lòng gọi số ở mặt sau thẻ Hội viên. Các trường hợp khác xin gọi số 1.800.244.6224 (TTY: Quay số 711).

**Korean** – 주의: 한국어를 사용하시는 경우, 언어 지원 서비스를 무료로 이용하실 수 있습니다. 현재 Cigna 가입자님께서는 ID 카드 뒷면에 있는 전화번호로 연락해주십시오. 기타 다른 경우에는 1.800.244.6224 (TTY: 다이얼 711)번으로 전화해주십시오.

**Tagalog:** PAUNAWA: Makakakuha ka ng mga serbisyo sa tulong sa wika nang libre. Para sa mga kasalukuyang customer ng Cigna, tawagan sa likuran ng iyong ID card. O kaya, tumawag sa 1.800.244.6224 (TTY: I-dial ang 711).

**Russian** – ВНИМАНИЕ: вам могут предоставить бесплатные услуги перевода. Если вы уже участвуете в плане Cigna, позвоните по номеру, указанному на обратной стороне вашей идентификационной карточки участника плана. Если вы не являетесь участником одного из наших планов, позвоните по номеру 1.800.244.6224 (TTY: 711).

**Arabic** – برجاء الانتباه خدمات الترجمة المجانية متاحة لكم. لعملاء Cigna الحاليين برجاء الاتصال بالرقم المدون علي ظهر بطاقتكم الشخصية. او اتصل ب 1.800.244.6224 (TTY: اتصل ب 711).

**French Creole** – ATANSYON: Gen sèvis èd nan lang ki disponib gratis pou ou. Pou kliyan Cigna yo, rele nimewo ki dèyè kat ID ou. Sinon, rele nimewo 1.800.244.6224 (TTY: Rele 711).

**French** – ATTENTION: Des services d'aide linguistique vous sont proposés gratuitement. Si vous êtes un client actuel de Cigna, veuillez appeler le numéro indiqué au verso de votre carte d'identité. Sinon, veuillez appeler le numéro 1.800.244.6224 (ATS : composez le numéro 711).

**Portuguese** – ATENÇÃO: Tem ao seu dispor serviços de assistência linguística, totalmente gratuitos. Para clientes Cigna atuais, ligue para o número que se encontra no verso do seu cartão de identificação. Caso contrário, ligue para 1.800.244.6224 (Dispositivos TTY: marque 711).

**Polish** – UWAGA: w celu skorzystania z dostępnej, bezpłatnej pomocy językowej, obecni klienci firmy Cigna mogą dzwonić pod numer podany na odwrocie karty identyfikacyjnej. Wszystkie inne osoby prosimy o skorzystanie z numeru 1 800 244 6224 (TTY: wybierz 711).

**Japanese** – 注意事項:日本語を話される場合、無料の言語支援サービスをご利用いただけます。現在のCignaのお客様は、IDカード裏面の電話番号まで、お電話にてご連絡ください。その他の方は、1.800.244.6224（TTY: 711）まで、お電話にてご連絡ください。

**Italian** – ATTENZIONE: Sono disponibili servizi di assistenza linguistica gratuiti. Per i clienti Cigna attuali, chiamare il numero sul retro della tessera di identificazione. In caso contrario, chiamare il numero 1.800.244.6224 (utenti TTY: chiamare il numero 711).

**German** – ACHTUNG: Die Leistungen der Sprachunterstützung stehen Ihnen kostenlos zur Verfügung. Wenn Sie gegenwärtiger Cigna-Kunde sind, rufen Sie bitte die Nummer auf der Rückseite Ihrer Krankenversicherungskarte an. Andernfalls rufen Sie 1.800.244.6224 an (TTY: Wählen Sie 711).

**Persian (Farsi)** – توجه: خدمات کمک زبانی، به صورت رایگان به شما ارائه می‌شود. برای مشتریان فعلی Cigna، لطفاً با شماره‌ای که در پشت کارت شناسایی شماست تماس بگیرید. در غیر اینصورت با شماره 1.800.244.6224 تماس بگیرید (شماره تلفن ویژه ناشنوایان: شماره 711 را شماره‌گیری کنید).

EXH F pg. 7

A.G. v. Cigna 001122

**No Cost Language Services** for customers who live in California and customers who live outside of California who are covered under a policy issued in California. You can get an interpreter. You can get documents read to you and some sent to you in your language. For help, call us at the number listed on your ID card or 1-800-244-6224 for Cigna medical/dental or 1-866-421-8629 for Cigna Behavioral Health mental health/substance abuse. For more help, call either the HMO Help Center at 1-888-466-2219 or for Non-HMO plans (e.g. PPO) call the CA Dept. of Insurance at 1-800-927-4357. **English**

**Servicios de idioma sin costo** para asegurados que viven en California y para asegurados que viven fuera de California y que están cubiertos por una póliza emitida en California. Puede obtener un intérprete. Puede hacer que le lean los documentos en español y que le envíen algunos de ellos en ese idioma. Para obtener ayuda, llámenos al número que aparece en su tarjeta de identificación o al 1-800-244-6224 para servicios médicos/dentales de Cigna o al 1-866-421-8629 para servicios de salud mental/farmacodependencia de Cigna Behavioral Health. Para obtener ayuda adicional, llame al Centro de ayuda HMO al 1-888-466-2219 o para los planes que no sean HMO (p. ej. PPO) llame al Departamento de Seguros de CA al 1-800-927-4357. **Spanish**

居住在加州境內的被保人和居住在加州境外但受到加州境內核發保單承保的被保人可取得**免費語言服務**。您可取得口譯員服務。我們可以用中文將文件讀給您聽，並將部分備有中文版的文件寄送給您。欲取得協助，請撥打您會員卡上所列示的電話號碼，或致電 1-800-244-6224 與 Cigna 醫療／牙科聯絡，或撥打 1-866-421-8629 聯繫 Cigna Behavioral Health 精神健康／物質濫用。欲取得其他協助，請致電 1-888-466-2219 與 HMO 協助中心聯絡，或非 HMO 計畫 (例如：PPO) 請致電 1-800-927-4357 與加州保險部聯絡。**Chinese**

**خدمات لغوية بدون تكلفة** للعملاء المقيمين في ولاية كاليفورنيا والعملاء المقيمين خارج ولاية كاليفورنيا الذين تشملهم سياسة تأمين صادرة في ولاية كاليفورنيا. يُمكنك الاستعانة بمترجم. يمكنك طلب قراءة الوثائق لك وإرسال بعض منها إليك بلغتك. للحصول على المساعدة، اتصل بنا على الرقم المبين على بطاقة عضويتك أو على الرقم 1-800-244-6224 لخدمات Cigna الطبية / صحة الأسنان أو على الرقم 1-866-421-8629 لخدمات Cigna للصحة السلوكية والنفسية / إساءة استخدام المواد المخدرة. للحصول على المزيد من المساعدة، اتصل بنا بمركز HMO للمساعدة على الرقم 1-888-466-2219 أو للبرامج الأخرى غير HMO (مثل PPO)، اتصل بإدارة التأمين لولاية كاليفورنيا على الرقم 1-800-927-4357. **Arabic**

캘리포니아 거주 고객 및 캘리포니아에서 발행된 보험으로 보장을 받는 캘리포니아 이외 지역 거주 고객님들을 위한 **무료 언어 지원 서비스**. 귀하는 통역 서비스를 받으실 수 있습니다. 한국어로 서류를 낭독해주는 서비스를 받으실 수 있고 한국어로 번역된 서류를 받아보실 수도 있습니다. 도움이 필요하신 분은 본인의 ID 카드상에 기재된 안내번호 혹은 Cigna 의료/치과 안내번호(1-800-244-6224번), 혹은 Cigna Behavioral Health 정신 건강/약물 남용 안내번호(1-866-421-2219번)으로 연락해주십시오. 더 많은 도움이 필요하신 분은 HMO 헬프 센터(HMO Help Center), 안내번호 1-888-466-2219번으로 문의하시거나 비-HMO 플랜(예: PPO)에 해당하시는 분은 캘리포니아주 보험국(CA Dept. of Insurance), 안내번호 1-800-927-4357번으로 연락해주십시오. **Korean**

**Walang Gastos na Mga Serbisyo sa Wika** para sa mga customer na nakatira sa California at mga customer na nakatira sa labas ng California na sakop ng isang polisiyang inisyu sa California. Makakakuha ka ng interpreter. Maaari mong ipabasa para sa iyo ang mga dokumento at maaaring ipadala sa iyo ang ilan sa iyong wika. Para sa tulong, tawagan kami sa numerong nakalista sa iyong ID card o sa 1-800-244-6224 para sa medikal/dental ng Cigna o sa 1-866-421-8629 para sa kalusugang pangkaisipan/pag-abuso sa droga ng Cigna Behavioral Health. Para sa karagdagang tulong, tumawag sa HMO Help Center sa 1-888-466-2219 o para sa mga planong Hindi HMO (hal. PPO) tawagan ang CA Dept. of Insurance sa 1-800-927-4357. **Tagalog**

A.G. v. Cigna 001123

**Dịch vụ trợ giúp ngôn ngữ miễn phí** cho khách hàng sinh sống trong tiểu bang California và khách hàng sống ngoài California được đài thọ qua một hợp đồng bảo hiểm y tế ký kết tại California. Quý vị có thể được cấp thông dịch viên. Quý vị có thể được có người đọc văn bản cho quý vị hoặc được nhận tài liệu, văn bản bằng ngôn ngữ của quý vị. Để được giúp đỡ, vui lòng gọi cho chúng tôi tại số điện thoại ghi trên thẻ hội viên (ID) của quý vị hoặc gọi cho chương trình bảo hiểm y tế/nha khoa Cigna tại số 1-800-244-6224, hoặc gọi số 1-866-421-8629 cho chương trình chăm sóc sức khỏe tâm thần/lạm dụng chất gây nghiện thuộc Chương trình Sức khỏe Hành vi của Cigna. Để được giúp đỡ thêm, vui lòng gọi Trung tâm Trợ giúp HMO tại 1-888-466-2219 hoặc gọi Bộ Bảo hiểm California tại số 1-800-927-4357 cho các vấn đề thuộc các chương trình bảo hiểm không thuộc loại HMO (như các chương trình PPO). **Vietnamese**

**សេវាបកប្រែភាសាដោយឥតគិតថ្លៃ** សំរាប់អតិថិជនដែលរស់នៅក្នុងរដ្ឋកាលីហ្វ័រនីញ៉ា និងអតិថិជនដែលរស់នៅក្រៅរដ្ឋកាលីហ្វ័រនីញ៉ា ដែលបានរាប់រងនៅក្រោមច្បាប់សន្យា បានចេញឲ្យក្នុងរដ្ឋកាលីហ្វ័រនីញ៉ា។ អ្នកអាចទទួលបានជំនួយអ្នកបកប្រែបាន។ អ្នកអាចឲ្យគេអានឯកសារឲ្យស្តាប់ និងឲ្យឯកសារឬ ទៅឲ្យអ្នក ជាភាសាខ្មែរ។ សំរាប់ជំនួយ សូមទូរស័ព្ទមកយើង តាមលេខដែលមានកត់នៅលើប័ណ្ណ ID របស់អ្នក ឬលេខ 1-800-244-6224 សំរាប់ខាង សុខភាព/ធ្មេញ Cigna ឬ 1-866-421-8629 សំរាប់ខាងគិនិយាបថសុខភាពអារម្មណ៍/ការលោភតាមគ្រឿងញៀន Cigna។ សំរាប់ជំនួយបន្ថែមទៀត ទូរស័ព្ទទៅមជ្ឈមណ្ឌលជំនួយ HMO តាមលេខ 1-888-466-2219 ឬសំរាប់អ្នកមិនមែនមែនជា HMO (ដូចជា PPO) ទូរស័ព្ទទៅ ក្រសួងធានារ៉ាប់រង រដ្ឋកាលីហ្វ័រនីញ៉ា តាមលេខ 1-800-927-4357។ **Khmer**

**ਮੁਫ਼ਤ ਭਾਸ਼ਾ ਸੇਵਾਵਾਂ** ਉਹਨਾਂ ਗਾਹਕਾਂ ਲਈ ਹਨ ਜੋ ਕੈਲੀਫ਼ੋਰਨੀਆ ਵਿੱਚ ਰਹਿੰਦੇ ਹਨ ਅਤੇ ਉਹਨਾਂ ਗਾਹਕਾਂ ਲਈ ਜੋ ਕੈਲੀਫ਼ੋਰਨੀਆ ਤੋਂ ਬਾਹਰ ਰਹਿੰਦੇ ਹਨ ਅਤੇ ਕੈਲੀਫ਼ੋਰਨੀਆ ਵਿੱਚ ਜਾਰੀ ਕੀਤੀ ਗਈ ਪਾਲਿਸੀ ਦੇ ਅਧੀਨ ਕਵਰੇਡ ਹਨ। ਤੁਹਾਨੂੰ ਦੁਭਾਸ਼ੀਆ ਮਿਲ ਸਕਦਾ ਹੈ। ਤੁਹਾਨੂੰ ਤੁਹਾਡੀ ਭਾਸ਼ਾ ਵਿੱਚ ਦਸਤਾਵੇਜ਼ ਪੜ੍ਹ ਕੇ ਸੁਣਾਏ ਜਾ ਸਕਦੇ ਹਨ ਅਤੇ ਕੁਝ ਤੁਹਾਨੂੰ ਭੇਜੇ ਜਾ ਸਕਦੇ ਹਨ। ਮਦਦ ਲਈ ਸਾਨੂੰ ਆਪਣੇ ਆਈ.ਡੀ. ਕਾਰਡ ਉੱਤੇ ਦਿੱਤੇ ਗਏ ਨੰਬਰ ਤੇ ਜਾਂ Cigna ਮੈਡੀਕਲ/ਡੈਂਟਲ ਲਈ 1-800-244-6224 ਤੇ ਜਾਂ Cigna ਵਿਵਹਾਰਕ ਸਿਹਤ ਮਾਨਸਿਕ ਸਿਹਤ/ਪਦਾਰਥਾਂ ਦੇ ਦੁਰਉਪਯੋਗ ਲਈ 1-866-421-8629 ਤੇ ਫ਼ੋਨ ਕਰੋ। ਹੋਰ ਮਦਦ ਲਈ, ਜਾਂ ਤਾਂ HMO ਮਦਦ ਕੇਂਦਰ ਨੂੰ 1-888-466-2219 ਤੇ ਫ਼ੋਨ ਕਰੋ ਜਾਂ ਗੈਰ HMO ਯੋਜਨਾਵਾਂ (ਉਦਾਹਰਣ ਲਈ PPO) ਲਈ CA ਦੇ ਬੀਮਾ ਵਿਭਾਗ (CA Dept. of Insurance) ਨੂੰ 1-800-927-4357 ਤੇ ਫ਼ੋਨ ਕਰੋ। **Punjabi**

**خدمات مجانی مربوط به زبان** برای مشتریانی که در کالیفرنیا زندگی می کنند و مشتریانی که در خارج کالیفرنیا زندگی کرده و بر اساس بیمه نامه ای که در کالیفرنیا صادر شده تحت پوشش هستند. می توانید از خدمات یک مترجم شفاهی برخوردار شوید. می توانید بگویند که مدارک به زبان شما برایتان قرائت شوند و برخی از آنها به زبان برایتان ارسال شوند. برای دریافت کمک، با ما از طریق شماره تلفنی که روی کارت شناسائی شما قید شده است تماس بگیرید و یا به شماره 1-800-244-6224 برای طرح پزشکی/دندانپزشکی Cigna و یا به شماره 1-866-421-8629 برای برنامه بهداشت روانی/سوء استفاده از مواد مخدر طرح بهداشت رفتاری Cigna تلفن کنید. برای دریافت کمک بیشتر، به مرکز کمک HMO به شماره 1-866-466-2219 و یا برای طرح های غیر HMO (برای مثال PPO) به اداره بیمه کالیفرنیا به شماره 1-800-927-4357 تلفن کنید. **Persian**

**無料の言語サービス**。カリフォルニア州にお住まいのお客様、および、カリフォルニア州外にお住まいで、カリフォルニア州において発行された保険のお客様が対象。通訳がご利用でき、書類を日本語でお読みします。また、書類によっては日本語版をお届けできるものもあります。サービスをご希望の方は、IDカードに記載の電話番号、またはCigna医療・歯科サービス担当：1-800-244-6224、またはCigna Behavioral Health（メンタルヘルス・薬物乱用）サービス担当：1-866-421-8629までご連絡ください。その他のお問い合わせは、HMO Help Center：1-888-466-2219、またはNon-HMOプラン（例：PPO「優先医療給付機構」）については、カリフォルニア州保険庁、1-800-927-4357までご連絡ください。**Japanese**

**Бесплатные услуги перевода** для клиентов, проживающих на территории штата Калифорния, а также для тех клиентов, которые проживают за его пределами и имеют страховой полис, выданный в штате Калифорния. Вы имеете право воспользоваться услугами устного переводчика. Вам могут прочесть ваши документы, а также выслать перевод некоторых из них на вашем языке. Для получения помощи, позвоните нам по телефону, указанному в вашей Идентификационной карте, по вопросам медицинского и стоматологического обслуживания, предоставляемого компанией Cigna, позвоните по телефону 1-800-244-6224, по вопросам связанным с психическим здоровьем/злоупотреблением алкоголем или наркотиками обращайтесь по телефону 1-866-421-8629 в программу Cigna Behavioral Health. Для получения дополнительной помощи обращайтесь либо в Центр поддержки HMO по телефону 1-888-466-2219 либо обращайтесь в Министерство страхования штата Калифорния (CA Dept. of Insurance) по телефону 1-800-927-4357 для получения информации в отношении не HMO планов (например PPO). **Russian**

**Անվճար Լեզվական Ծառայություններ** անդամների համար, ովքեր բնակվում են Կալիֆորնիայում և անդամների համար, ովքեր բնակվում են Կալիֆորնիայից դուրս բայց ապահովագրված են Կալիֆորնիայում տրված ապահովագրությամբ: Դուք կարող եք թարգմանիչ ձեռք բերել: Դուք կարող եք փաստաթղթերը ձեր լեզվով ընթերցել, տալ ձեզ համար և նրանցից մի մասը ստանալ ձեր լեզվով: Օգնության համար, զանգահարեք մեզ ձեր ինքնության (ID) տոմսի վրա նշված համարով կամ՝ 1-800-244-6244, Cigna-ի բժշկական/ստոմատոլոգիական ծրագրի համար կամ՝ 1-866-421-8629 Cigna Վարվեցողական Առողջապահության հոգեկան առողջության/թմրամոլության համար: Լրացուցիչ օգնության համար զանգահարեք կամ՝ HMO-ի Օգնության կենտրոն 1-888-466-2219 համարով կամ՝ Ոչ-HMO ծրագրերի համար (օրինակ՝ PPO) զանգահարեք Կալիֆորնիայի Ապահովագրության Բաժանմունք 1-800-927-4357 համարով: **Armenian**

**Cov Kev Pab Txhais Lus Uas Tsis Tau Them Nqi** rau cov qhua uas nyob hauv xeev California thiab cov qhua uas nyob tawm Xeev California uas tau muaj kev pov fwm los ntawm California. Koj yeej muaj tau tus neeg txhais lus. Koj hais tau kom muab cov ntawv nyeem rau koj mloog thiab kom muab qee cov ntaub ntawv txhais ua koj hom lus xa rau. Yog xav tau kev pab, hu rau peb ntawm tus xov tooj nyob hauv koj daim yuaj ID los sis 1-800-244-6224 rau Cigna chaw pab them nqi kho mob/kho hniav los sis 1-866-421-8629 rau Cigna Chaw pab them nqi kho Kev Coj Cuj Pwm kev puas hlwb/kev quav tshuaj yeeb dej caw. Yog xav tau kev pab ntxiv, hu rau HMO Qhov Chaw Muab Kev Pab ntawm tus xov tooj 1-888-466-2219 los sis rau cov chaw pab them nqi kho mob uas Tsis Koom HMO (piv txwv li yog PPO) hu rau CA Lub Tuam Tsev Tswj Xyuas Txog Kev Tuav Pov Hwm ntawm 1-800-927-4357. **Hmong**

कैलिफोर्निया और कैलिफोर्निया के बाहर रहने वाले कैलिफोर्निया में जारी पॉलिसी के तहत कवर किये गए ग्राहकों के लिए **निःशुल्क भाषा सेवाएं**। आप एक दुभाषिया प्राप्त कर सकते हैं। आप इन दस्तावेज़ों को किसी से पढ़वा सकते हैं और कुछ दस्तावेज़ों को अपनी भाषा में प्राप्त कर सकते हैं। Cigna स्वास्थ्य/दंत के लिए अपने ID कार्ड पर सूचीबद्ध नंबर 1-800-244-6224 पर या Cigna व्यवहार स्वास्थ्य मानसिक स्वास्थ्य/नशे की अधिकता की सहायता के लिए, 1-866-421-8629 पर कॉल करें। अधिक सहायता के लिए, HMO सहायता केंद्र पर 1-888-466-2219 पर कॉल करें या गैर-HMO योजनाओं (उदा. PPO) के लिए 1-800-927-4357 पर CA बीमा विभाग (CA Dept. of Insurance) को कॉल करें। **Hindi**

**บริการภาษาโดยไม่เสียค่าใช้จ่าย** สำหรับลูกค้าที่อาศัยอยู่ในรัฐแคลิฟอร์เนียที่ได้รับ การคุ้มครองภายใต้กรมธรรม์ที่ออกในรัฐแคลิฟอร์เนีย คุณสามารถขอล่ามแปลภาษาได้ คุณสามารถขอให้อ่านเอกสารให้ คุณฟัง และขอให้ส่งเอกสารบางส่วนถึงคุณเป็นภาษาของคุณ หากต้องการความช่วยเหลือ โปรดโทรศัพท์ถึงเราตาม หมายเลขที่ระบุไว้บนบัตรประจำตัวของคุณ หรือหมายเลข 1-800-244-6224 สำหรับบริการของ Cigna ด้านการรักษา พยาบาล/ทันตกรรมของ Cigna หรือ 1-866-421-8629 สำหรับบริการของ Cigna Behavioral Health ด้านสุขภาพจิต/การใช้ สารที่มีผลต่อจิตประสาทในทางที่ผิด หากต้องการความช่วยเหลือเพิ่มเติม โปรดโทรศัพท์ถึงศูนย์ช่วยเหลือสำหรับแผนการ รักษาพยาบาลแบบ HMO ที่หมายเลข 1-888-466-2219 หรือสำหรับแผนการรักษาพยาบาลที่ไม่ใช่ HMO (เช่น PPO) โปรดโทรศัพท์ถึง Dept. of Insurance ของรัฐแคลิฟอร์เนียที่หมายเลข 1-800-927-4357 **Thai**

### *Request for IRO (Independent Review Organization) Review and Release Form*



Patient Name: _____ ID#:_____

Patient Date of Birth:_____ SR# from Prior Appeal Denial:_____

Subscriber Name (if different):_____ Relationship to Patient:_____

Subscriber's Phone Number :_____

Subscriber's Employer Name:_____

Coverage determination that I am appealing:_____

I am attaching additional information for this appeal:  ☐ Yes   ☐ No

**Please complete this section if you are authorizing someone else to act on your behalf**

I am authorizing _____(name of individual) to act on my behalf in requesting a review in accordance with Cigna's External Review Program regarding the non-coverage determination dated _____. This authorization allows Cigna to disclose any individually identifying information to my representative. This includes releasing the results of the IRO decision to the above mentioned authorized representative.

Authorized Representative's Address: _____

Relationship to member: _____

I understand that the IRO will receive and review the following information from Cigna, its Agents or subsidiaries:

- My medical records and other documents that were reviewed during the internal review process.

- Documents from the internal review process, including a statement of the criteria and clinical reasons for the initial coverage decision.

- The contract document for my health care benefit plan (the description of my coverage).

- Any additional information not presented during the internal review process related to the appeal.

I understand that I may submit additional information related to this appeal **WITH THIS FORM** to be considered in the external review process.  I understand that the decision of the IRO's reviewer(s) will be binding on Cigna and on me, except to the extent that there are other remedies available under State or Federal law.  I understand that my appeal to an IRO cannot begin until I have submitted all required information.  I understand I must provide the information requested below and if applicable, sign the release of records form which allows Cigna to forward certain information to the IRO.  I understand that any forms returned to Cigna incomplete will be returned to me for completion and my appeal will not be forwarded to the IRO until I complete the form and provide all requested information.

**I have read and understand the above information.**

**Signature of patient electing appeal:** _____ **Date:** _____

If patient is unable to give consent because of physical condition or age, complete the following:

Patient is a minor _____Years of age or is unable to give consent, because _____

**Signature of Parent/Guardian/POA:**_____ **Date:**_____

**Relationship:** _____

Return Completed Form To:  **Cigna Behavioral Health, Inc., Attn: External Appeal Processing Unit, P.O. Box 188064, Chattanooga, TN 37422, Fax #: (877) 815-4827**

A.G. v. Cigna 001126

## *SPECIAL AUTHORIZATION FORM FOR RELEASE OF RECORDS*



FOR MENTAL HEALTH/REHABILITATION, ALCOHOL OR DRUG ABUSE AND OR DEPENDENCY, HIV ANTIBODY TEST RESULT AND/OR AIDS DIAGNOSIS AND TREATMENT

**This form should only be completed if you are releasing records related to Mental Health, Alcohol or Drug Abuse or HIV Diagnosis and treatment. You do not need to complete or return this form otherwise.**

**Patient Name:** _____  **ID#:** _____

**Patient Date of Birth:** _____

**Subscriber Name (if different):** _____  **Relationship to Patient:** _____

**Subscriber's Employer Name:** _____

**Subscriber's ID#:** _____

**SPECIAL AUTHORIZATION FOR RELEASE OF RECORDS FOR MENTAL HEALTH/REHABILITATION, ALCOHOL OR DRUG ABUSE AND OR DEPENDENCY, HIV ANTIBODY TEST RESULT AND/OR AIDS DIAGNOSIS AND TREATMENT.**

**Please initial all that apply:**

_____ Include information related to diagnosis and/or treatment for alcoholism and/or drug abuse or dependency.

_____ Include information related to diagnosis and/or treatment for mental health/rehabilitation.

_____ Include information related to HIV antibody testing results and/or AIDS diagnosis and treatment.

I, _____ (Print name of member electing appeal) have elected to participate in Cigna's External Review Program and hereby authorize Cigna to release any and all relevant information identified herein to the Independent Review Organization that will review my appeal. Only information relevant to my appeal will be forwarded.

I hereby release Cigna, its Agents and Subsidiaries from any and all liability for fulfilling the authorization request for release of medical information to the Independent Review Organization.  I understand that this consent is revocable by me, in writing, at any time except to the extent that action has been taken in reliance on it.  I also understand that this consent will expire either ninety (90) days after the date of this signature or automatically when the record/information requested on this form has been provided to the requestor.

**Signature of patient electing appeal:** _____  **Date:** _____

**If patient is unable to give consent because of physical condition or age, complete the following:**

Patient is a minor _____Years of age or is unable to give consent, because _____

**Signature of Parent/Guardian/POA:** _____  **Date:** _____

**Relationship:** _____

**Signature of Witness:** _____  **Date:** _____

**PROHIBITION OF REDISCLOSURE:** Any further disclosure of the confidential information identified herein is prohibited by law.

Return Completed Form To:  **Cigna Behavioral Health, Inc., Attn: External Appeal Processing Unit, P.O. Box 188064, Chattanooga, TN 37422, Fax #: (877) 815-4827**

EXH F pg. 12

A.G. v. Cigna 001127

EXHIBIT G



AG0064

1 9 0 3 6 3 0 0 2 2 0 8 2

**1903630022082: 429 images.**

EXH G pg. 1

A.G. v. Cigna 000732



AG0065

19036300222082

19036300222082: 429 images.

EXH G pg. 2

A.G. v. Cigna 000733



AG0066

19036300222082

19036300222082: 429 images.

EXH G pg. 3

A.G. v. Cigna 000734



AG0068

19036300222082

**19036300222082: 429 images.**

EXH G pg. 4

A.G. v. Cigna 000736



AG0069

1 9 0 3 6 3 0 0 2 2 2 0 8 2

19036300222082: 429 images.

A.G. v. Cigna 000737



AG0071

1 9 0 3 6 3 0 0 2 2 2 0 8 2

**1903630222082: 429 images.**



AG0082

19036300222082

19036300222082: 429 images.

EXH G pg. 7

A.G. v. Cigna 000750