Sean P. Nalty (SBN 121253)
e-mail: sean.nalty@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA 94105
Telephone: (415) 442-4810
Facsimile: (415) 442-4870

Attorneys for Defendant
Cigna Health and Life Insurance Company

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCIE GREENE<br><br>       Plaintiff,<br><br>    v.<br><br>INTEL CORPORATION HEALTH PLAN; CIGNA HEALTH AND LIFE INSURANCE COMPANY,<br><br>       Defendant. | Case No. 2:19-cv-05364-PSG-MRW<br><br>**CIGNA HEALTH AND LIFE INSURANCE COMPANY'S APPLICATION FOR AN ORDER TO FILE ITS OPPOSITION TO PLAINTIFF'S MOTION TO DETERMINE THE STANDARD OF REVIEW UNDER SEAL**<br><br>Accompanying Documents:<br><br>1.    Declaration of Sean P. Nalty<br><br>2.    Proposed Order<br><br>Hearing Date:  November 12, 2020<br>Time:          1:30 p.m.<br>Location:      Courtroom 6A<br><br>Complaint Filed: June 19, 2019<br>Trial Date:  November 17, 2020<br>Judge:     Hon. Philip S. Gutierrez |

CIGNA HEALTH AND LIFE INSURANCE COMPANY'S APPLICATION FOR AN
ORDER TO FILE ITS OPPOSITION TO PLAINTIFF'S MOTION TO DETERMINE THE
STANDARD OF REVIEW UNDER SEAL

1

2     Please take notice that pursuant to Local Rule 79-5.1, defendants Cigna Health

3  and Life Insurance Company ("Cigna") applies to the Honorable Philip S. Gutierrez

4  in Courtroom 6A of this Court, located at the United States Federal Courthouse, 350

5  W. 1st Street, Los Angeles, California, for an order that Cigna's Opposition to

6  Plaintiff's Motion to Determine the Standard of Review ("Opposition"), a copy of

7  which is attached to the accompanying Declaration of Sean P. Nalty as **Exhibit A**, be

8  filed under seal in this matter. Plaintiff's motion is set for hearing on November 12,

9  2020.  Good cause exists for granting this Application for the following reasons:

10     1.     This matter is governed by the Employee Retirement Income Security

11  Act and involves the mental health treatment of a 16 year old, A.G. For the reasons

12  stated below, the Opposition must be filed under seal because plaintiff's full name,

13  Marcie Greene, is on the caption of this case.  As a result, it is very easily to figure

14  out the actual name of Ms. Greene's daughter AG. Highly confidential information

15  concerning Plaintiff and AG will be exposed to the public if the Opposition is not

16  filed under seal.

17     2.     The Opposition contains information from medical records, medical and

18  health information, evaluations of the medical and mental health issues, claim notes

19  and other information reflecting the minor patient AG's health care treatment and

20  information which constitute Protected Health Information ("PHI") pursuant to 45

21  C.F.R. Section 160.103.  The healthcare information is highly confidential and Cigna

22  cannot disclose it.  The Opposition also contains confidential information about

23  Plaintiff and her family.

24     3.     Finally, redaction is futile as a redacted version of the Opposition is

25  unusable for the Court.  The Court will need to have the complete un-redacted

26  version of the Opposition.

27     According, Cigna respectfully requests that the Court allow it to file the

28  Opposition in this matter under seal.

CIGNA HEALTH AND LIFE INSURANCE COMPANY'S APPLICATION FOR AN ORDER
TO FILE ITS OPPOSITION TO PLAINTIFF'S MOTION TO DETERMINE THE STANDARD
OF REVIEW UNDER SEAL

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

///

DATED: October 21, 2020

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: */s/ Sean P. Nalty*
     Sean P. Nalty
     Attorneys for Defendant Cigna Health
     and Life Insurance Company

44296625.1

Case No. 2:19-cv-05364-PSG-MRW

CIGNA HEALTH AND LIFE INSURANCE COMPANY'S APPLICATION FOR AN ORDER TO FILE ITS OPPOSITION TO PLAINTIFF'S MOTION TO DETERMINE THE STANDARD OF REVIEW UNDER SEAL